255

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X

UNITED STATES OF AMERICA,    : 21-CR-397(CBA)
                          :
                          :
      -against-        : United States Courthouse
                          : Brooklyn, New York
                          :
RAJPREET KAUR AND JASMINDER : Tuesday, April 19, 2022
SINGH,                   : 9:30 a.m.
                          :
         Defendants.     :
                          :

- - - - - - - - - - - - - X

TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
BEFORE THE HONORABLE CAROL BAGLEY AMON
UNITED STATES SENIOR DISTRICT COURT JUDGE

A P P E A R A N C E S :

For the Government: BREON S. PEACE, U.S. ATTORNEY
                  EASTERN DISTRICT OF NEW YORK
                    271 Cadman Plaza East
                    Brooklyn, New York 11201
                BY:  PATRICK J. CAMPBELL
                    MICHAEL GIBALDI
                    DAVID PITLUCK
                    Assistants United States Attorney

For the Defendant    FEDERAL DEFENDERS OF NEW YORK
Rajpreet Kaur:        One Pierrepont Plaza - 16th Floor
                    Brooklyn, New York  11201
                BY:KANNAN SUNDARAM, ESQ.
                    KATHRYN WOZENCROFT, ESQ.

For the Defendant    MEISTER SEELIG & FEIN LLP
Jasminder Singh:      125 Park Avenue - 7th Floor
                    New York, New York 10017
                BY:ILANA HARAMATI, ESQ.

Court Reporter:      LINDA A. MARINO, OFFICIAL COURT REPORTER
                  225 Cadman Plaza East/Brooklyn, NY 11201
                  lindacsr@aol.com
Proceedings recorded by mechanical stenography, transcript
produced by Computer-Aided Transcription.

Proceedings                                                    256

1          (In open court.)

2          THE COURTROOM DEPUTY:  United States District Court

3    for the Eastern District of New York is now in session.  The

4    Honorable Judge Amon is now presiding.  Criminal cause for a

5    trial, United States v. Kaur, Docket No. 21-CR-397.

6          May I have appearances for the Government, please?

7          MR. GIBALDI:  Good morning, your Honor.  For the

8    United States, Michael Gibaldi.  With me at counsel table is

9    Assistant U.S. Attorney David Pitluck, trial attorney Patrick

10   Campbell, Special Agent Melody Shen, and paralegal Eleanor

11   Fitzgerald.

12         THE COURT:  Thank you.  Good morning.

13         THE COURTROOM DEPUTY:  For the Defendant Kaur?

14         MR. SUNDARAM:  Kannan Sundaram, Federal Defenders of

15   New York, together with Katie Wozencroft and Joshua Dufont.

16         THE COURT:  Good morning.

17         MR. SUNDARAM:  Good morning.

18         THE COURTROOM DEPUTY:  For the Defendant Singh?

19         MS. HARAMATI:  Good morning, your Honor.  Ilana

20   Haramati on behalf of Jasminder Singh, who is standing to my

21   left.  And with me at counsel table is my paralegal Olesya

22   Khanas.

23         THE COURT:  Good morning.  Thank you.

24         Can the witness please resume the stand?

25         The jury is all here raring to go.

Proceedings                                                  257

1          The witness and the interpreter.

2          MS. HARAMATI:  Your Honor, one brief thing.

3          Just that you had asked about a limiting instruction

4    about the 404(b) material that's going to come in, and I asked

5    your Honor to just if I could --

6          (Pause in proceedings.)

7          MS. HARAMATI:  With respect to the limiting

8    instruction on the 404(b) that's going to come in as to

9    Mr. Singh alone, I would ask for that limiting instruction.

10         THE COURT:  You want me to -- what limiting

11   instruction are you seeking?

12         What do you want the Court to say?

13         MS. HARAMATI:  That this is evidence that only --

14   that isn't direct evidence of the crime and that it only comes

15   in as evidence with respect to Mr. Singh's intent.

16         THE COURT:  Thank you.

17         (Pause in proceedings.)

18         THE COURT:  Listen to this proposed instruction, and

19   the parties can give me your view.

20         With respect to the testimony that you've just

21   heard, the Defendant is not charged with a separate crime

22   regarding this testimony.  This evidence may only be

23   considered by you on the question of whether -- on the

24   question of the Defendant Singh's intent to commit the charged

25   crime.  You may not consider it on the question of propensity;

Proceedings                                    258

1   in other words, you may not consider that because he did this

2   crime, he must have committed the crime charged.

3           MS. HARAMATI:  Yes, thank you, your Honor.

4           THE COURT:  Is that acceptable?

5           MR. GIBALDI:  Yes for the Government.

6           THE COURT:  Okay.  And when is that testimony coming

7   in?

8           MR. GIBALDI:  Approximately -- probably about 45

9   minutes into this morning, maybe -- yeah.

10          MS. HARAMATI:  Your Honor, actually, just with

11  respect to the instruction, I think your Honor characterized

12  it as a "crime."  I think it should be characterized as

13  "conduct."

14          THE COURT:  Well, maybe I should say that he's not

15  charged with a separate crime with regard to this conduct?

16          MS. HARAMATI:  Yes.

17          THE COURT:  Because that's true.  He's not.

18          MS. HARAMATI:  And in the second sentence, if your

19  Honor could add something:  If you find that this conduct

20  occurred.

21          THE COURT:  Okay.

22          MS. HARAMATI:  Would your Honor just read it one

23  more time so I can...

24          THE COURT:  With regard to the testimony that you

25  just heard, I charge you that the Defendant is not charged

Proceedings                                                259

1  with a separate crime with regard to this conduct.  If you

2  find that this conduct occurred, this evidence may only be

3  considered by you on the question of the Defendant Singh's

4  intent to commit the charged crime.  You may not consider it

5  on the question of propensity; that is, you may not conclude

6  that because he engaged in this conduct that he must have

7  committed the crime charged.

8           And I guess you can consider it for no purpose

9  against Ms. Kaur?

10          MR. SUNDARAM:  Yes, thank you.

11          MS. HARAMATI:  Thank you, your Honor.

12          THE COURT:  And with any luck at all, it will come

13  out something like that.

14          Let's bring --

15          MR. PITLUCK:  Excuse me, Judge.

16          I'm going to have to step out this morning for about

17  20 minutes to attend to another matter in the courthouse.  I

18  just didn't want your Honor to think anything was wrong.  I'll

19  be right back.

20          THE COURT:  Drag you back in here, you mean?  Have

21  the marshals drag you back in?

22          MR. PITLUCK:  That would be fine.  I would prefer

23  this, but I couldn't get coverage.  I apologize, Judge, but

24  I'll be back as soon as it's over.

25          THE COURT:  That's all right.

M. Singh - Direct - Gibaldi                    260

1          MR. PITLUCK:  Thank you.

2          (Jury enters.)

3          THE COURT:  All right.  Good morning, everyone.

4     Please be seated.  We're ready to begin.

5          THE COURTROOM DEPUTY:  Please be reminded you're

6     still under oath.

7          THE COURT:  All right, Mr. Gibaldi.

8          MR. GIBALDI:  Thank you, your Honor.

9     **MANDEEP SINGH**,

10         called as a witness, having been previously duly

11         sworn, was examined and testified as follows:

12    DIRECT EXAMINATION

13    BY MR. GIBALDI (Continuing):

14    Q    Good morning, sir.

15    A    Good morning.

16    Q    Can you hear me okay from there?

17    A    Yes.

18    Q    When we left off yesterday, you were telling us about

19    your business with Jasminder Singh and Rajpreet Kaur; do you

20    remember that?

21    A    Yes.

22    Q    I'd like to show you a document.

23         MR. GIBALDI:  Please, for the witness only,

24    Government Exhibit 501.

25    Q    It's a driver's license photo.

 1            Do you see something in front of you?

 2   A    Yes.

 3   Q    Do you recognize the individual in this photograph?

 4   A    Yes.

 5   Q    Who is it?

 6   A    Jasminder Singh.

 7            MR. GIBALDI:  Government moves in evidence

 8   Government 501.

 9            THE COURT:  It will be received.

10            (Government Exhibit 501 so marked.)

11            MR. GIBALDI:  Can we publish it to the jury?

12            THE COURT:  Yes.

13            (Exhibit published to the jury.)

14            MR. GIBALDI:  Thank you.

15            Can we also show just for the witness only

16   Government Exhibit 500, another driver's license photo?

17   Q    Do you recognize the individual in this picture?

18   A    Yes.

19            MR. GIBALDI:  And if the interpreter can, again,

20   please speak into the microphone.

21            THE INTERPRETER:  Yes.

22   Q    Who is this?

23   A    Rajpreet Kaur.

24            MR. GIBALDI:  Government moves to admit Government

25   500.

M. Singh - Direct - Gibaldi                    262

1          THE COURT:  It will be received.

2          (Government Exhibit 500 so marked.)

3          MR. GIBALDI:  May I publish?

4          THE COURT:  Yes.

5          MR. GIBALDI:  Thank you.

6          (Exhibit published to the jury.)

7          MR. GIBALDI:  We can take that down.

8    Q    When we left off yesterday, you were telling us about

9    what happened to the iPhones after you bought them from the

10   store; remember that?

11   A    Yes.

12   Q    Where did the phones go?

13   A    We had been shipping out of the country.

14   Q    When you say out of the country, where?

15   A    Mostly Dubai.

16   Q    And did you get paid for your work with the Defendants?

17          THE INTERPRETER:  Would you repeat that?

18   Q    Did you get paid for your work?

19   A    Yes.

20   Q    How much were you paid?

21   A    In starting, 1500.

22   Q    Is that $1,500?

23   A    Yes.

24   Q    How often were you paid $1,500?

25   A    Every month.

M. Singh - Direct - Gibaldi                    263

1   Q   So, $1,500 a month?

2   A   Yes.

3   Q   And you said in the beginning.

4            Did that change at some point?

5   A   Yes.

6   Q   So, how did it change?

7   A   After that, there is more money.

8   Q   So, how much were you paid by the end?

9   A   Sometimes $3,000 and sometimes $3,500.

10  Q   Again, $3,000, $3,500, how often?

11  A   Every month.

12  Q   And in what form were you paid?

13  A   Cash.

14  Q   Who gave you the cash?

15  A   Jasminder Singh.

16  Q   You talked about the name of the business yesterday; do

17  you remember that?

18  A   Yes.

19  Q   Can you tell us the name of the business?

20  A   GAPP Wireless, Ekam Trading Inc., Sale 4 Today, and Quick

21  Wholesale.

22  Q   Were those the same business or different businesses?

23  A   The same business.

24  Q   With respect to one of those names that you mentioned,

25  was one of those your company?

M. Singh - Direct - Gibaldi                    264

1                THE INTERPRETER:  Pardon me?

2    Q    Was one of those companies you named your company?

3    A    Yes.

4    Q    Which company was yours?

5    A    Quick Wholesale.

6    Q    When was Quick Wholesale formed?

7    A    In 2015.

8    Q    Do you know why Quick Wholesale was formed?

9    A    Yes.

10   Q    Can you tell us why?

11   A    Jasminder Singh told me about the business and he told

12   me:  Open your company.  We can run your business.

13            I told Jasminder Singh:  I do not have any knowledge

14   or any money.

15            Jasminder Singh told me:  Don't worry, I will handle

16   everything.

17   Q    Did you open any bank accounts for Quick Wholesale?

18   A    Yes.

19   Q    Which bank did you use?

20   A    TDBank.

21   Q    Whose idea was it to open bank accounts?

22            THE INTERPRETER:  Pardon me, sir?

23   Q    Whose idea was it to open bank accounts?

24   A    Jasminder Singh.

25   Q    Were you involved in opening the bank account?

M. Singh - Direct - Gibaldi                      265

1    A    Would you please repeat the question?

2    Q    Sure.  Were you involved personally in opening the bank

3    account?

4    A    Yes, we went to the branch to open the account, yes.

5    Q    Which branch did you go to to open the account?

6    A    TDBank, Richmond Hill, Queens, New York.

7    Q    I believe you said "we" went.

8         Did you go with somebody else to the branch?

9    A    Yes.

10   Q    Who else went to the bank with you?

11   A    Rajpreet Kaur.

12   Q    Do you know why Rajpreet Kaur went with you to the bank?

13   A    Yes.

14   Q    Why?

15   A    Because I didn't have any experience to open bank

16   account, how to open the company account, and where to open

17   and how to open.

18   Q    So what, if anything, did Rajpreet Kaur tell you when you

19   went to the bank?

20   A    Rajpreet Kaur helped me to open checking account and

21   saving account.

22        MR. GIBALDI:  Your Honor, at this time I move to

23   admit Government Exhibits 158-A, which is on the stipulation

24   from yesterday --

25        THE COURT:  All right, 158-A will be received.

M. Singh - Direct - Gibaldi                    266

1           (Government Exhibit 158-A so marked.)

2           MR. GIBALDI:  -- and also move to admit Government

3    Exhibit 161-A.

4           THE COURT:  It will be received.

5           (Government Exhibit 161-A so marked.)

6           MR. GIBALDI:  Can we publish 158-A, please?

7           THE COURT:  Yes.

8           (Exhibit published to the jury.)

9    Q    Sir, do you recognize this document?

10   A    Yes.

11          MR. GIBALDI:  If we could, zoom in on the top

12   portion, please.

13   Q    What do you recognize this document as?

14   A    It is Quick Wholesale business account.

15          MR. GIBALDI:  Can we zoom in a little bit more in

16   the middle where it says "date opened"?

17   Q    Can you tell us what the date opened is?

18   A    Yes, February 3, 2016.

19          MR. GIBALDI:  And can we zoom out, please, and zoom

20   in on the bottom middle portion there?

21   Q    Can you tell us whose name is listed here associated with

22   the account?

23   A    My name.

24   Q    And do you recognize the signature above your name?

25   A    Yes.

M. Singh - Direct - Gibaldi                    267

1  Q    Whose signature is that?

2  A    My signature.

3         MR. GIBALDI:  Can we have Government Exhibit 161-A,

4  please?

5         (Exhibit published to the jury.)

6  Q    Do you recognize this document?

7  A    Yes.

8  Q    What do you recognize this document to be?

9  A    Quick Wholesale business account.

10        MR. GIBALDI:  Can we zoom in on the top portion

11 there, please?

12 Q    Can you tell us the date that this was opened?

13 A    February 3, 2016.

14        MR. GIBALDI:  Can we zoom out, please, and zoom in

15 again on the middle to bottom portion?  Thank you.

16 Q    Whose name is associated with this account?

17 A    My name.

18 Q    And do you recognize the signature of your name?

19 A    My signature.

20 Q    So, we've just seen two accounts.  Can you tell us why

21 you opened two different accounts for Quick Wholesale?

22 A    I do not know.

23 Q    Did anybody tell you to open two accounts?

24 A    Yes.

25 Q    Who told you to open two accounts?

M. Singh - Direct - Gibaldi                    268

1   A    Jasminder Singh.

2   Q    Now, who managed these bank accounts?

3   A    Jasminder Singh.

4   Q    Did you ever get the bank statements for these accounts?

5   A    No.

6   Q    Did you ever have access to these accounts online?

7   A    No.

8   Q    As far as you know, did anyone have access to these

9   accounts online?

10  A    What is the question?  What?

11  Q    As far as you know, did anyone have access online to

12  these accounts?

13  A    Yes.

14  Q    Who had access online?

15  A    Jasminder Singh.

16  Q    How do you know that?

17  A    Because Jasminder Singh told me that he had been handling

18  everything for the company.

19  Q    So, why did you not also have access?

20  A    Because I didn't have any experience.  I never had

21  experience.

22  Q    Were you comfortable having Jasminder Singh manage these

23  accounts?

24  A    Yes.

25  Q    Why is that?

M. Singh - Direct - Gibaldi                    269

1   A    I believed him.  I trusted him.

2   Q    In addition to bank accounts, did Quick Wholesale have

3   any credit cards?

4   A    Yes.

5   Q    What credit cards did Quick Wholesale have?

6   A    American Express.

7   Q    Did you personally apply for American Express credit

8   cards for Quick Wholesale?

9   A    No.

10  Q    So, who did?

11  A    Jasminder Singh.

12  Q    How do you know that?

13  A    Because later Jasminder Singh told me.

14  Q    What did he tell you?

15  A    He said:  Congratulations.  Your American Express card

16  has been approved and we got them.

17  Q    Were you surprised to hear that?

18  A    Yes.

19  Q    Why were you surprised?

20  A    Because I had no knowledge that the American Express card

21  had been applied.

22  Q    Did you personally receive any credit cards in the mail?

23  A    No.

24  Q    Do you know who did?

25  A    Rajpreet Kaur.

M. Singh - Direct - Gibaldi                    270

1  Q    How do you know that Rajpreet Kaur received the credit
2  cards?

3  A    Rajpreet Kaur told me.

4  Q    What did she tell you?

5  A    She said:  Congratulations.  We have received your credit
6  cards.

7  Q    Do you know what address the Quick Wholesale credit card
8  was mailed to?

9  A    Yes.

10 Q    What address was that?

11 A    I had been living there in Richmond Hill for a brief
12 period.

13 Q    Were you living at that address at the time the card was
14 mailed there?

15 A    No.

16 Q    So, how do you know that the card was mailed there?

17 A    Rajpreet Kaur informed me.

18        THE COURT:  I'm not sure it's clear, what address
19 did you say you believe the card was mailed to?

20        What was that address?

21        THE WITNESS:  Exactly, I do not remember.

22        THE COURT:  Well, do you know approximately where it
23 was?

24        THE WITNESS:  95th, I think 95th Avenue, Richmond
25 Hill.

M. Singh - Direct - Gibaldi                271

1    THE COURT:  And do you know what is there?

2    THE WITNESS:  It's nearby Sikh temple.

3  Q    Is that a residential address?

4    THE INTERPRETER:  Pardon me, sir?

5  Q    Is that a residential address?

6  A    Yes.

7  Q    Did you used to live at that address?

8  A    I stayed there for few months over there.

9  Q    Were you living there at the time Jasminder and Rajpreet

10 told you to get this credit card?

11 A    No.

12 Q    Did either of them say why they opened a credit card

13 account in Quick Wholesale?

14 A    Yes, Jasminder Singh told me.

15    MR. SUNDARAM:  Your Honor, I have an objection.

16    THE COURT:  He can answer the question.

17    Are you going to ask him what he said?

18    MR. SUNDARAM:  My objection is to the question that

19 was just asked before that.

20    THE COURT:  Well, how am I supposed to figure that

21 out?

22    MR. SUNDARAM:  I said objection.  I don't think the

23 Court heard me before.

24    THE COURT:  I'm sorry, I didn't hear you.  I don't

25 know what the question before was.

M. Singh - Direct - Gibaldi                  272

1              What question are you objecting to?

2              MR. GIBALDI:  I'm happy to pose the question again.

3              MR. SUNDARAM:  The testimony that they opened the

4    account and the Government included that in their question.

5    That's my objection.

6              THE COURT:  So, assuming facts not in evidence?

7              MR. SUNDARAM:  Yes.

8              THE COURT:  What is your response, counsel?

9              MR. GIBALDI:  I'll rephrase the question, your

10   Honor.

11             THE COURT:  Okay.

12             MR. SUNDARAM:  Move to strike that question and

13   response.

14             THE COURT:  The application is granted.

15             Why don't you start over?

16   Q    Did either Jasminder or Rajpreet tell you why the Quick

17   Wholesale credit card was opened?

18   A    Yes.

19   Q    Who --

20             THE COURT:  Which person told you?

21   Q    Which person told you?

22   A    Jasminder Singh.

23   Q    And what did Jasminder Singh say?

24   A    Jasminder Singh told me that we have received approved

25   credit cards, congratulations, and we have more business for

1    the company.

2    Q    When the Quick Wholesale credit card wasn't being used in

3    a store, do you know who kept the physical card?

4    A    Yes.

5    Q    Who was that?

6    A    Jasminder Singh.

7    Q    How did Jasminder Singh keep the physical card?

8    A    They put the credit card in the wallet and then he put

9    that in a laptop bag, that one.

10   Q    Do you know if Jasminder Singh kept any other credit

11   cards?

12   A    Yes.

13   Q    To your knowledge, which other credit cards did Jasminder

14   keep in the wallet?

15   A    GAPP Wireless, also Ekam Trading Inc., and Quick

16   Wholesale, and Sale 4 Today.

17   Q    When you went to the Apple store to buy iPhones, who gave

18   you a credit card to use?

19   A    Jasminder Singh.

20   Q    Which credit card would he give you?

21   A    American Express.

22   Q    Do you know which company card it was?

23   A    Every day different cards.

24   Q    When you say "every day different cards," can you tell us

25   which cards?

1    A    Sometimes GAPP Wireless, Ekam Trading, Quick Wholesale,
2    and Sale 4 Today.
3    Q    Who decided which company card you would use on a given
4    day?
5    A    Jasminder Singh.
6    Q    Did you have access to the statements for any Quick
7    Wholesale credit cards?
8    A    No.
9    Q    Do you know who did?
10   A    Jasminder Singh.
11   Q    So, how is that possible if your name was on the credit
12   cards?
13   A    He had been handling online payments and everything he
14   had been handling.
15        MR. GIBALDI:  Can we have Government Exhibit 102,
16   which is already in evidence, please?
17        (Exhibit published to the jury.)
18        MR. GIBALDI:  And perhaps we could just zoom in on
19   the top half so it's a little bit clearer.
20   Q    Did you ever receive these statements in the mail?
21   A    Never.
22   Q    Did you ever receive --
23   A    I'm sorry, he said no.
24   Q    Did you ever receive these statements in electronic form?
25   A    No.

M. Singh - Direct - Gibaldi                    275

1    Q    And whose name is listed there at the top?

2    A    Quick Wholesale Inc. And my name, Mandeep Singh.

3              MR. GIBALDI:  Can we zoom out, please, and, if we

4    could, zoom in on the bottom portion where we have the

5    address.

6    Q    Do you recognize the address at the bottom of the

7    statement?

8    A    Yes.

9    Q    What address is that?

10   A    Quick Wholesale Inc., 11118 95th Avenue, South Richmond

11   Hill, New York, 11419.

12   Q    Are you familiar with that address?

13   A    Yes.

14   Q    So, what do you know that address to be?

15   A    I had been living in the building on this address.

16   Q    Is this the old address you were talking about a few

17   minutes ago?

18   A    Yes.

19   Q    Approximately when did you last live at that address?

20   A    I don't remember.

21             MR. GIBALDI:  Can we go to Page 33 of the same

22   exhibit, please, and can we zoom in on the bottom portion with

23   the address?

24   Q    Do you recognize the address on this statement?

25   A    Yes.

M. Singh - Direct - Gibaldi                    276

1  Q    Are you familiar with this address?

2  A    Yes.

3  Q    So, what do you know this address to be?

4  A    It's a P.O. box.

5  Q    Do you know anything more about it?

6         THE INTERPRETER:  Pardon me, sir?

7  Q    Do you know anything more about the address?

8  A    It was UPS P.O. box.

9  Q    Do you know who had access to this box?

10 A    In the beginning, I had a key.

11 Q    You said in the beginning you had a key.

12        Did that change at some point?

13 A    Yes.

14 Q    So, what changed?

15 A    I hand it over to Jasminder Singh.

16 Q    When you said you handed over, what did you hand over to

17 Jasminder Singh?

18 A    Salem, Oregon.

19 Q    Sorry, my question -- I think you said you handed over to

20 Jasminder Singh.  What did you hand over to Jasminder Singh?

21 A    The box key.

22        MR. GIBALDI:  Can we have Government Exhibit 103,

23 please?

24        (Exhibit published to the jury.)

25        MR. GIBALDI:  If we could, zoom in on the top half

M. Singh - Direct - Gibaldi                    277

1    or so.

2    Q    Did you ever receive these statements in the mail?

3    A    No.

4    Q    Did you ever receive these statements electronically?

5    A    No.

6    Q    Whose name is listed here at the top?

7    A    Quick Wholesale Inc. And my name, Mandeep Singh.

8            MR. GIBALDI:  We can put this document aside.  Thank

9    you.

10   Q    I'd like to direct your attention now to January 2018,

11   okay?

12   A    Yes.

13   Q    Do you remember making a transfer of money in that month?

14   A    Yes.

15   Q    Can you tell us about that?

16   A    Yes.

17   Q    Can you tell us about that transfer?

18   A    I was in Seattle, Washington, at that time.  I took a

19   flight and came to New York, and there was about $500,000 in

20   Quick Wholesale account.  I went to TDBank branch and I

21   transferred that money to Jasminder Singh's account.  And

22   Rajpreet Kaur helped me.

23   Q    You said that there was about $500,000 in Quick

24   Wholesale's account.

25            How did you know that?

M. Singh - Direct - Gibaldi                278

1    A    Jasminder Singh told me.

2    Q    And did you know where that money came from?

3    A    Yes.

4    Q    Where did that money come from?

5    A    Jasminder Singh sold iPhones.

6    Q    And at the time you made this transfer, were you aware

7    that Quick Wholesale owed American Express money?

8    A    Yes.

9    Q    And to your knowledge, did Jasminder Singh also know that

10   Quick Wholesale owed American Express money?

11   A    Yes.

12   Q    How do you know that?

13   A    Jasminder Singh told me.

14   Q    What did he tell you?

15   A    He said I have to pay -- we have to pay American Express

16   money.

17   Q    So, at the time you transferred the money, what did you

18   believe the purpose was?

19   A    That money had been concealed from American Express.

20   Q    Why did you think that?

21   A    Because that money had to be paid to American Express.

22   Q    Whose idea was it to move the money?

23              THE INTERPRETER:  Pardon me, sir?

24   Q    Whose idea was it to transfer the money?

25   A    What's the question?

M. Singh - Direct - Gibaldi                  279

1  Q    Whose idea was it --

2  A    Jasminder Singh.

3  Q    And how do you know that?

4  A    Jasminder Singh said to me.

5  Q    When he said it to you, what sort of conversation was

6  that?

7  A    Jasminder Singh told me:  That money in Quick Wholesale

8  account, transfer that money to my account.

9          And when we were having discussion about that,

10 Jasminder Singh told me that:  I will handle everything.  Just

11 go to there and transfer that money from your -- from Quick

12 Wholesale account to my account.

13 Q    Was that conversation with Jasminder Singh in person?

14 A    Yes.

15 Q    Where were you?

16 A    In Seattle, Washington.

17 Q    And at the time, did you have any concerns about making

18 this transfer?

19 A    Yes.

20 Q    And did you raise that concern with Jasminder Singh?

21 A    Yes, I have discussed that with Jasminder Singh.

22          Jasminder Singh told me:  Don't worry, I will -- I

23 am taking care of everything.  Don't worry about anything.

24 Q    So, tell us about how you actually went about making the

25 transfer.

M. Singh - Direct - Gibaldi                    280

1   A    I took a flight from Seattle to New York.  I stayed up a

2   night in Rajpreet Kaur residence.  In the morning, Rajpreet

3   Kaur accompanied me to TDBank branch.  We went there.  And

4   money had been transferred to Jasminder Singh's account.

5   Q    Why did you fly from Seattle all the way to New York to

6   do this?

7   A    Jasminder Singh told me there was no TDBank over there.

8   Q    When you say "over there," where is that?

9   A    In Seattle.

10  Q    And, so, which branch did you end up going to?

11  A    TDBank branch Richmond Hill, Queens, New York.

12  Q    You mentioned a minute ago Rajpreet Kaur.

13       Do you know why Rajpreet was with you?

14  A    Yes.

15  Q    Because?

16  A    Because in my whole life I never, ever transferred that

17  kind of huge amount.  I was also nervous and I have language

18  barrier, English problem.  And she helped me how to talk to

19  them at TDBank.

20  Q    Did anyone actually go into the bank with you?

21  A    Yes.

22  Q    Who went into the bank with you?

23  A    Rajpreet Kaur.

24  Q    What, if anything, did she say to you in the bank?

25  A    Bank arrived.  Rajpreet stood outside from the bank.  She

M. Singh - Direct - Gibaldi                    281

1    told me that:  I have given you Jasminder Singh's account.  Go

2    to the counter and tell them that whatever money we have in

3    Quick Wholesale account transfer to Jasminder Singh account.

4    Q    Did Rajpreet go to the counter with you?

5    A    No.

6    Q    And approximately how much money did you end up

7    transferring?

8    A    Approximately $450,000.  Approximately probably that.

9    Q    Did Jasminder Singh give you any money after that?

10   A    Yes.

11   Q    How much money?

12   A    29,000.

13          MR. GIBALDI:  Your Honor, the Government at this

14   time moves to admit in evidence Government Exhibits 155-D and

15   155-F.

16          THE COURT:  All right.  They'll be received.

17          (Government Exhibits 155-D and 155-F so marked.)

18          MR. GIBALDI:  Can we publish 155-D first, please?

19          THE COURT:  Yes.

20          (Exhibit published to the jury.)

21          MR. GIBALDI:  If we could, zoom in on the top

22   portion.

23   Q    Do you recognize this document?

24   A    Yes.

25   Q    What is it?

M. Singh - Direct - Gibaldi                          282

1    A    It is Ekam Trading Inc. Check.

2    Q    And who is this check payable to?

3    A    My name.

4         And I got that check.

5    Q    You got that check.  How did you get the check?

6    A    By hand.

7    Q    Who gave it to you by hand?

8    A    Jasminder Singh.

9    Q    Can you tell us the amount of the check?

10   A    Yes.

11   Q    What's the amount?

12   A    20,000.

13   Q    And what's the date of this check?

14   A    February 1, 2018.

15         MR. GIBALDI:  Can we have Government Exhibit 155-F,

16   please?

17         (Exhibit published to the jury.)

18         MR. GIBALDI:  And can you please zoom in on the top

19   portion?  Thank you.

20   Q    Sir, do you recognize this document?

21   A    Yes.

22   Q    What is this?

23   A    It's also a check from Ekam Trading Inc.

24   Q    And who is that payable to?

25   A    I got it.

M. Singh - Direct - Gibaldi                283

1   Q    How did you get it?

2            THE INTERPRETER:   How?

3   Q    How did you get it?

4   A    By hand, check.

5   Q    Who gave it to you by hand?

6   A    Jasminder Singh.

7   Q    What's the amount of this check?

8   A    9,000.

9   Q    And what's the date of this check?

10  A    February 2, 2018.

11  Q    Do you know why Jasminder Singh gave you two different

12  checks?

13  A    I don't remember.

14  Q    What did you do with the money?

15  A    I deposit it in the bank and I withdrew the cash.

16  Q    We talked earlier this morning about Quick Wholesale bank

17  accounts; do you remember that?

18  A    Yes.

19  Q    Other than the two accounts that were opened in 2016,

20  were you aware of any other Quick Wholesale bank accounts that

21  were opened?

22  A    No.

23           MR. GIBALDI:  Your Honor, the Government moves to

24  admit in evidence Government Exhibit 159-A.

25           THE COURT:  All right.  It will be received.

M. Singh - Direct - Gibaldi                284

1              (Government Exhibit 159-A so marked.)

2              MR. GIBALDI:  May I publish?

3              THE COURT:  Yes.

4              (Exhibit published to the jury.)

5              MR. GIBALDI:  Can we zoom in on the top portion,

6     please?

7     Q    Do you recognize the business name on this account?

8     A    Yes.

9     Q    What's the name of the business?

10    A    Quick Wholesale Inc.

11    Q    And, again, was that your business?

12    A    Yes.

13    Q    Can you tell us the date that this account was opened?

14    A    Yes.

15    Q    What's the date?

16    A    January 8, 2018.

17             MR. GIBALDI:  Can we zoom out, please, and, if we

18    could, zoom in on the middle portion?

19    Q    Do you recognize the name of the individual on this

20    account?

21    A    My name.

22    Q    And do you recognize the signature above your name?

23    A    Not my signature.

24             MR. GIBALDI:  Can we zoom out, please?

25             Can we zoom back in on where it says "business

M. Singh - Direct - Gibaldi                285

1   name," please, at the top?

2   Q    Do you recognize that address?

3   A    Yes.

4   Q    Are you familiar with that address?

5   A    11118 95th Avenue, Richmond Hill, New York.

6   Q    Is this the same address that we were talking about

7   before?

8   A    Yes.

9   Q    Were you living at this address in January 2018?

10  A    No.

11  Q    In addition to the American Express credit cards, did you

12  use any other credit cards to buy Apple products?

13  A    Yes, sir.  Once or twice I used personal credit card.

14  Q    Why did you use a personal credit card?

15  A    Sometimes there was more profit in the business of

16  iPhones and sometimes American Express closed the account.

17  Then, we were using personal.

18  Q    Whose idea was it to use your personal card?

19  A    Jasminder Singh.

20  Q    How do you know that it was his idea?

21  A    Jasminder Singh told me.

22  Q    And what did he tell you?

23  A    For example, he said:  There's more profit in iPhone now.

24  If we buy more iPhones, we will make more profit.

25          MR. GIBALDI:  Your Honor, at this time the

M. Singh - Direct - Gibaldi                286

1    Government moves in evidence Government Exhibit 151-A.

2              THE COURT:  It will be received.

3              (Government Exhibit 151-A so marked.)

4              MR. GIBALDI:  May I publish?

5              THE COURT:  Yes.

6              MR. GIBALDI:  While we're waiting for that to load,

7    I'll just ask if the interpreter can remember to speak

8    directly into the microphone.

9              THE INTERPRETER:  Yes, sir.

10             MR. GIBALDI:  Thank you.

11             (Exhibit published to the jury.)

12             MR. GIBALDI:  Can we go to Page 154 of this exhibit,

13   please, and can we zoom in at the top portion?

14   Q    Do you recognize this?

15   A    Yes.

16   Q    What is this?

17   A    A statement, personal credit card.

18             MR. GIBALDI:  And can you zoom in at the top on the

19   billing period, please?

20   Q    Can you tell us the billing period for this statement?

21   A    Yes, December 21, 2017 to January 18, '18.

22             MR. GIBALDI:  Can we flip ahead a few pages to 157,

23   please?

24             Can you zoom in on the bottom portion, right about

25   there, please?

M. Singh - Direct - Gibaldi                287

1    Q    Do you see this in front of you?

2    A    Yes.

3    Q    Do you recognize these charges?

4    A    Yes.

5    Q    Looking at these charges, where were most of these

6    charges made?

7    A    Apple store.  We bought phone from Apple store, Apple

8    store iPhones.

9    Q    Which Apple store?

10   A    Tacoma, Washington.

11   Q    And what -- can you tell us the dates of these

12   transactions?

13   A    January 12, 2018; January 13, 2018.

14   Q    And whose idea was it to put these Apple charges on your

15   personal card?

16   A    Jasminder Singh.

17   Q    How do you know that?

18   A    Jasminder Singh told me.

19   Q    What did he tell me?

20   A    That American Express credit card limits have been

21   completed, are done.  We are making more profit in iPhones

22   business and use the personal credit cards.

23   Q    Did you end up paying this credit card bill?

24            THE INTERPRETER:  Pardon me, sir?

25   Q    Did you end up paying this credit card bill?

1    A    No.

2    Q    Why not?

3    A    I had no money.

4    Q    And did you ever talk to Jasminder about that?

5    A    Yes.

6    Q    Can you tell us about that conversation?

7    A    Jasminder Singh told me we had shipped the phone and wire

8    didn't receive so far:  Don't worry.  Whenever we get the

9    wire, we will pay the payment.

10   Q    And to your knowledge, was this card ever paid?

11   A    No.

12           MR. GIBALDI:  Your Honor, I'm finished with that

13   section if you want to give the instruction.

14           THE COURT:  Yes.

15           Ladies and gentlemen, just with regard to this

16   testimony that you've just heard regarding the use of the

17   personal credit card from this witness, I should explain to

18   you that Jasminder Singh is not charged with a separate crime

19   with regard to this conduct.  If you find that this conduct

20   occurred, you may consider it for a more limited purpose; in

21   other words, the evidence may be considered by you on the

22   question of the Defendant Singh's intent to commit the crime

23   charged regarding what you've heard about from American

24   Express.  You may not consider it on the question of

25   propensity; in other words, you may not consider that because

M. Singh - Direct - Gibaldi                    289

1    he did this conduct he must have done the charged conduct.

2          Also, you may not consider it for any purpose

3    against the Defendant Rajpreet Kaur.

4          You can proceed.

5          MR. GIBALDI:  Thank you, your Honor.

6          At this point, or I expect in the next few minutes,

7    I expect to play telephone calls.

8          May I pass out -- we have demonstrative transcripts

9    prepared for the jury --

10         THE COURT:  Yes.

11         MR. GIBALDI:  -- which we've turned over to the

12   defense.  They have copies as well.

13         THE COURT:  Okay.

14         MR. GIBALDI:  Just hold on one second.

15         (Pause in proceedings.)

16         MR. GIBALDI:  Does your Honor want the Court's

17   deputy to hand them out?

18         THE COURT:  Yes, he can.

19         (Pause in proceedings.)

20         MR. GIBALDI:  Just for the record, your Honor, what

21   the jury is being handed, they're marked as Government Exhibit

22   111-T through 134-T.

23         THE COURT:  Okay.

24         MR. GIBALDI:  We're not offering them in evidence

25   with the exception of the five translated calls which have

M. Singh - Direct - Gibaldi                    290

1   already been admitted in evidence yesterday.

2            THE COURT:  Are those calls in this book?

3            MR. GIBALDI:  Those calls are also in this book.

4   Those are transcripts, but those are the translations...

5            THE COURT:  It's noted on the transcript where it's

6   a translation, correct?

7            MR. GIBALDI:  Yes, your Honor.

8            THE COURT:  Ladies and gentlemen, let me just

9   explain to you, to the extent that the calls that you hear are

10  in English, the transcripts are just used as an aid for you to

11  follow along.  The real evidence is what you hear on the tapes

12  themselves.

13           There may be parts of the conversations that are in

14  the Punjabi language.  To the extent that those are translated

15  for you on those transcripts, that is the evidence.  So, you

16  would consider that the evidence and you must consider that

17  the evidence.

18           I don't know if any of you speak that language, but

19  if you do, you can't use your own interpretation, you have to

20  accept the interpretation on the transcript which the parties

21  have agreed to.

22

23           (Continued on the following page.)

24

25

Mandeep Singh - direct - Gibaldi                    291

1    (Continuing.)

2              MR. GIBALDI:  Thank you, Your Honor.

3    BY MR. GIBALDI:

4    Q    After you made this transfer of money in January of 2018,

5    did American Express ever call you about payment issues on

6    your credit cards?

7    A    Yes.

8    Q    What was your phone number at the time?

9    A    347-745-7061.

10             MR. GIBALDI:  If we can start playing -- can we play

11   Government Exhibit 112, please?  And I will ask that you play

12   the first two minutes and 37 seconds.

13             (Audio played.)

14             (Audio paused.)

15   BY MR. GIBALDI:

16   Q    Do you recognize the voice on the call?

17   A    Yes.

18   Q    Whose voice is that?

19   A    My wife.

20   Q    So even though you are speaking through an interpreter

21   today, do you speak some English?

22   A    Very little, yes.

23   Q    Did you understand what was going on in that call?

24   A    Yes.

25   Q    When you said that you were waiting for a buyer and I'm

1    stuck, do you recall hearing that?

2    A    Yes.

3    Q    Was that true or false?

4    A    False.

5    Q    How was it falls?

6    A    Because whatever money we had, I had transferred that

7    money to Jasminder Singh's account.

8    Q    So if it was false why did you say it?

9    A    The way Jasminder Singh instructed me, I spoke the same

10   way.

11   Q    So what did he instruct you?

12   A    Jasminder Singh told me when you receive a phone call

13   from them just tell them that we did not receive the wire yet

14   and when we receive the wire, we will pay you.

15           MR. GIBALDI:  Can we please keep playing the phone

16   call?

17           (Audio played.)

18           MR. GIBALDI:  Pause it there.  For the record, 2:37.

19           (Audio paused.)

20   BY MR. GIBALDI:

21   Q    Whose voice was that?

22   A    It's my voice and my wife's.

23   Q    Did you hear any other voices during that portion?

24   A    Yes.

25   Q    Whose voice was that?

1  A    The last time the word "yes," Jasminder Singh spoke that

2  word, "yes."

3          MR. GIBALDI:  Can we replay from 2:25 to 2:37,

4  please.

5          (Audio played.)

6          MR. GIBALDI:  Pause it there, please.

7          (Audio paused.)

8  BY MR. GIBALDI:

9  Q    Whose voice was that there at the very end?

10  A    Jasminder Singh.

11  Q    Was he with you when you took this call?

12  A    Yes.

13  Q    What, if anything, was Jasminder doing when you were on

14  the phone?

15  A    He was sitting by me.

16  Q    Was he doing anything while he was sitting by you?

17  A    He was listening to my phone conversation.

18  Q    What, if anything, was he saying?

19  A    As I told you that -- that whenever American Express

20  phone call comes, tell them we didn't receive the wire -- we

21  didn't receive the money yet.  Whenever we would receive the

22  money, we will pay you.

23          MR. GIBALDI:  Can we have Government Exhibit 113,

24  please?  I will start at the 4 minute 47 second mark, please.

25  We will play until 8:28.

1           (Audio played.)

2           MR. GIBALDI:  We can pause it there.  Pausing at

3    8:28.

4           (Audio paused.)

5    BY MR. GIBALDI:

6    Q    Do you recognize the voice on that call?

7    A    Yes.

8    Q    Who is speaking?

9    A    My wife.

10   Q    Were you speaking through an interpreter on this call?

11   A    Yes.

12   Q    Do you recall a portion of this call when you said that

13   you had a loss?

14   A    Yes.

15   Q    When you said you had a loss was that the real reason

16   that Quick Wholesale did not pay its credit card bill?

17   A    No.

18   Q    What was the real reason?

19   A    The real reason was the Quick Wholesale account got

20   $500,000.  It had to be paid to American Express, but that

21   money had been transferred to Jasminder Singh's account.

22   Q    Do you recall a later portion of that call when you said

23   that you did not have a job?

24   A    Yes.

25   Q    When you said that you didn't have a job, was that true

Mandeep Singh - direct - Gibaldi                295

1    or false?

2    A    False.

3    Q    So why were you telling false things to American Express?

4    A    I had no idea about the conversation.  Whatever Jasminder

5    Singh told me, I had been speaking the same.

6    Q    You said whatever he told you, so what did he tell you

7    with respect to this conversation?

8    A    Tell them I have lost the business.  I do not have money

9    and I do not have any employment.

10              MR. GIBALDI:  Can we play -- can you put that call

11   aside and can we play Government Exhibit 124, please?  Just

12   the first 32 seconds.

13              (Audio played.)

14              MR. GIBALDI:  Pause it there.  For the record

15   pausing it at the 31 second mark.

16              (Audio paused.)

17   BY MR. GIBALDI:

18   Q    Do you recognize the voice on that call?

19   A    Yes.

20   Q    Whose voice is that?

21   A    Jasminder Singh.

22              MR. GIBALDI:  Can we pull up Government Exhibit 126,

23   please?  And we will play the entire call for this one,

24   please.

25              (Audio played.)

Mandeep Singh - direct - Gibaldi                296

1        MR. GIBALDI:  We can pause it at 2:13.

2        (Audio paused.)

3    BY MR. GIBALDI:

4    Q    Do you recognize the voice that was on that call?

5    A    Yes.

6    Q    Whose voice was that on that call?

7    A    Jasminder Singh.

8    Q    Were you aware that Jasminder Singh sometimes claimed to

9    be you when he was talking to American Express?

10   A    Yes.

11   Q    Did you understand why he would sometimes claim to be

12   you?

13   A    Because Jasminder Singh had been handling accounting and

14   all other tasks and work.

15        MR. GIBALDI:  Can we play Government Exhibit 129,

16   please, 129.  And we'll play the first 39 seconds, please.

17        (Audio played.)

18        MR. GIBALDI:  Pause it at the 35 second mark.

19        (Audio paused.)

20   BY MR. GIBALDI:

21   Q    Do you recognize the voices?

22   A    Yes.

23   Q    Whose voice was that?

24   A    Jasminder Singh.

25        MR. GIBALDI:  Can we go to Government Exhibit 130,

SN        OCR        RPR

Mandeep Singh - direct - Gibaldi                    297

1    please?  We will play the first 2 minutes 41 seconds, please.

2                (Audio played.)

3                MR. GIBALDI:  Pause it there at 2:41.

4                (Audio paused.)

5    BY MR. GIBALDI:

6    Q    Do you recognize the voice?

7    A    Yes.

8    Q    Whose voice was that?

9    A    Jasminder Singh.

10   Q    Did you hear the portion referring to $500,000 coming

11   into an account?

12   A    Yes.

13   Q    Do you know what $500,000 that was referring to?

14   A    Could you repeat the question?

15   Q    Do you know what that $500,000 was referring to?

16   A    The money I had transferred from my account to Jasminder

17   Singh's account.

18   Q    Is this the $500,000 that we were talking about before?

19   A    Yes.

20   Q    And can you remind us what happened to that money?

21   A    The money had been transferred to Jasminder Singh's

22   account and American Express, we didn't pay anything.

23   Q    Can we go to Government Exhibit 131, please?

24                (Audio played.)

25                MR. GIBALDI:  We can pause it at 31 seconds.

Mandeep Singh - direct - Gibaldi                298

1          (Audio paused.)

2          MR. GIBALDI:  Jump to the 2 minute 48 second mark.

3     And if you could keep playing from there.

4          (Audio played.)

5          MR. GIBALDI:  We can stop there for the record at

6     3:31.

7          (Audio paused.)

8     BY MR. GIBALDI:

9     Q    Did you recognize the voice on that call?

10    A    Yes.

11    Q    Whose voice was that?

12    A    Jasminder Singh.

13         MR. GIBALDI:  Can we go back to Government Exhibit

14    117, please and we'll play the first 31 seconds?

15         (Audio played.)

16         MR. GIBALDI:  We can pause there at the 31 second

17    mark.

18         (Audio paused.)

19    BY MR. GIBALDI:

20    Q    Do you recognize the voice on that call?

21    A    Yes.

22    Q    Whose voice was that?

23    A    Jasminder Singh.

24         MR. GIBALDI:  Can we go to Government Exhibit 119,

25    please?  If you could play the first 24 seconds.

SN        OCR        RPR

Mandeep Singh - direct - Gibaldi                299

1              (Audio played.)

2              MR. GIBALDI:  Pause it there at the 24 second mark.

3              (Audio paused.)

4    BY MR. GIBALDI:

5    Q     Do you recognize the voice on that call?

6    A     Yes.

7    Q     Whose voice was that?

8    A     Jasminder Singh.

9              MR. GIBALDI:  Can we go to Government Exhibit 121,

10   please?  We will start playing at the three-minute mark.

11             (Audio played.)

12             THE COURT:  Hold on a moment.  It would be helpful

13   to the jury -- I know you want to indicate what part you are

14   playing, but tell the jurors should go to.  This is page six,

15   right?

16             MR. GIBALDI:  Sure, one moment, Your Honor.

17             (Pause in proceedings.)

18             MR. GIBALDI:  We're starting at the three-minute

19   mark at 121-E.  We're starting on page six.

20             THE COURT:  Right.

21             (Audio played.)

22             MR. GIBALDI:  Pause it there at the 4:51 mark.

23             (Audio paused.)

24   BY MR. GIBALDI:

25   Q     Did you recognize the voice on that telephone call?

Mandeep Singh - direct - Gibaldi                300

1   A    Yes.

2   Q    Whose voice was that?

3   A    Jasminder Singh's.

4   Q    Can we go to Government Exhibit 121, please?  We'll play

5   the first 24 seconds of that call, please.

6             (Audio played.)

7             MR. GIBALDI:  Pause it there at the 24 second mark.

8             (Audio paused.)

9   BY MR. GIBALDI:

10  Q    Do you recognize the voice on that telephone call?

11  A    Yes.

12  Q    Whose voice was that?

13  A    Jasminder Singh's.

14            MR. GIBALDI:  Can we go to Government Exhibit 128,

15  please?  And we can jump ahead to the 14 second mark and from

16  14 to 26, please.

17            (Audio played.)

18            MR. GIBALDI:  Pausing it there at the 26 second

19  mark.

20            (Audio paused.)

21  BY MR. GIBALDI:

22  Q    Do you recognize the voice on that telephone call?

23  A    Yes.

24  Q    Whose voice was that?

25  A    Jasminder Singh's.

SN        OCR        RPR

1   Q    Were you aware whether Jasminder Singh was also claiming

2   to be Rajpreet Kaur on certain calls?

3   A    Repeat the question, sir.

4   Q    Were you aware that Jasminder Singh was impersonating

5   Rajpreet Kaur on certain calls?

6   A    Would you repeat that, sir?

7   Q    Were you aware if Jasminder Singh was also claiming to be

8   Rajpreet Kaur on certain calls?

9   A    Yes.

10  Q    How did you know that?

11  A    When I was standing near by him, I was sitting near by

12  him while he received the phone call and had a conversation.

13          MR. GIBALDI:  Can we play Government Exhibit 115,

14  please?  And we work start by playing the first ten seconds.

15          (Audio played.)

16          MR. GIBALDI:  We can pause it there at the 11 second

17  mark.

18          (Audio paused.)

19          MR. GIBALDI:  And we can skip ahead to the 4 minute

20  40 second mark, please.  This is still on page one of 115-T.

21  If we could start playing from 4:40.

22          (Audio played.)

23          MR. GIBALDI:  Pause it there.  For the record, 8:12.

24          (Audio paused.)

25  BY MR. GIBALDI:

1    Q    Do you recognize the voice on the telephone call?

2    A    Yes.

3    Q    Whose voice was that?

4    A    Jasminder Singh.

5             MR. GIBALDI:  Can we go to Government Exhibit 118,

6    please?  We can go ahead and start playing the first two

7    minutes, 39 seconds, please.

8             (Audio played.)

9             MR. GIBALDI:  Can we pause it there and skip ahead

10   to 5:56, please?  That's a few pages ahead.  The next

11   highlighted portion of 118-T, page six.

12            (Audio played.)

13            MR. GIBALDI:  You can pause it at the 7:13 mark.

14            (Audio paused.)

15   BY MR. GIBALDI:

16   Q    Did you recognize the voice on that phone call?

17   A    I did.

18   Q    Whose voice was that?

19   A    Jasminder Singh's.

20   Q    Do you recall hearing a portion of the call where the

21   person was saying, "I can't even take a spoon and put soup or

22   rice in my mouth"?

23   A    Yes.

24   Q    Did you ever know Jasminder Singh to be so poor that he

25   couldn't feed himself?

1   A      No.

2          MR. GIBALDI:  If we can go to Government Exhibit

3   122, please, and just play the first 18 seconds.

4          (Audio played.)

5          MR. GIBALDI:  We can pause there at the 18 second

6   mark.

7          (Audio paused.)

8   BY MR. GIBALDI:

9   Q      Did you recognize the voice on that telephone call?

10  A      Yes.

11  Q      Whose voice was that?

12  A      Jasminder Singh's.

13         MR. GIBALDI:  I'm going to go to Government Exhibit

14  134, please, the last one in the binder.  And we can play the

15  first 20 seconds.

16         (Audio played.)

17         MR. GIBALDI:  Pause it there at the 22 second mark.

18         (Audio paused.)

19  BY MR. GIBALDI:

20  Q      Did you recognize the voice on that call?

21  A      Yes.

22  Q      Who goes's voice is that?

23  A      Jasminder Singh's.

24  Q      Thank you.

25         MR. GIBALDI:  Your Honor, I have a longer call to

Proceedings                                              304

1    play and then another one.

2              THE COURT:  Let's take a morning recess for about

3    ten minutes.

4              (Jury exits.)

5              (In open court.)

6              THE COURT:  How much longer do you think you will be

7    with this witness?

8              MR. GIBALDI:  I only have one more telephone call to

9    play which is a few minutes and after that I have my last

10   segment.  And then probably ten minutes or so.  Probably 15

11   minutes or so.

12             THE COURT:  Mr. Sundaram, how long do you think you

13   will be?

14             MR. SUNDARAM:  It's hard to predict.  It sort of

15   depends on the witness.  I think I would probably be done

16   before lunch.  Within an hour or so is my guess, maybe less.

17             THE COURT:  And Ms. Haramati.

18             MS. HARAMATI:  Maybe an hour or two.

19             THE COURT:  Or two?

20             MS. HARAMATI:  Depending.  There's a lot to cover

21   with this witness, Your Honor.

22             THE COURT:  I take it you all have discussed it with

23   each other and are not covering the same ground.

24             MS. HARAMATI:  That's right.

25             THE COURT:  We will see you in a few minutes.

Proceedings                                            305

1          MR. SUNDARAM:  There may be some overlap, but we

2     will coordinate that.

3          THE COURT:  Okay, see you in a few minutes.

4          (Recess taken.)

5          THE COURTROOM DEPUTY:  Everybody rise.

6          (Judge enters.)

7          THE COURTROOM DEPUTY:  All rise.

8          (Jury enters.)

9          THE COURT:  Ladies and gentlemen, please be seated.

10    We are ready to continue.

11          (Continued on the following page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SN        OCR        RPR

1   BY MR. GIBALDI:

2          MR. GIBALDI:  Can we play the next exhibit, please?

3   Government Exhibit 116.  We can start at the 31 second mark,

4   please.

5          (Audio played.)

6          MR. GIBALDI:  Pause it there.

7          (Audio paused.)

8          MR. GIBALDI:  Can we skip to the 14 minute 15 second

9   mark on page 11 of the transcript.

10         THE COURT:  The pages don't have page numbers.  Is

11  it the next highlighted portion?

12         MR. GIBALDI:  It is, Your Honor, the last two pages.

13         We can start playing from there.

14         (Audio played.)

15         MR. GIBALDI:  Keep playing just a little bit longer.

16         (Audio played.)

17         MR. GIBALDI:  We can pause it there, please.

18         (Audio paused.)

19         MR. GIBALDI:  For the record, pausing at 15:26.

20  BY MR. GIBALDI:

21  Q    Did you recognize the voice on that telephone call?

22  A    Yes.

23  Q    Whose voice was that?

24  A    Rajpreet Kaur.

25  Q    In all the time you knew Rajpreet Kaur did you ever know

1  her to have no money to eat?

2  A    No.

3  Q    Are you familiar with Rajpreet Kaur's house in Queens?

4  A    Yes.

5  Q    How many times have you been there?  How many times have

6  you been there?

7  A    Several times.

8  Q    Have you ever spent the night?

9  A    Yes.

10  Q    About how many times have you spent the night?

11  A    Once or twice.

12         MR. GIBALDI:  Your Honor, the Government offers into

13  evidence Government Exhibit 509 at this time.

14         THE COURT:  All right, 509 will be received.

15         (Government Exhibit 509 received in evidence.)

16         MR. GIBALDI:  May I publish?

17         THE COURT:  Yes.

18         (Exhibit published.)

19  BY MR. GIBALDI:

20  Q    Do you recognize this?

21  A    Yes.

22  Q    What are we looking at in this picture?

23  A    Rajpreet Kaur at the house she had been living.

24         MR. GIBALDI:  And the Government would also offer

25  into evidence Government Exhibit 503 at this time.

1              THE COURT:  503 will be received.

2              (Government Exhibit 503 received in evidence.)

3              MR. GIBALDI:  May I publish?

4              THE COURT:  Yes.

5              (Exhibit published.)

6    BY MR. GIBALDI:

7    Q    Do you recognize this?

8    A    Yes.

9    Q    What are we looking at here?

10   A    They are two houses owned by Rajpreet Kaur.

11             THE COURT:  Both houses are owned by Rajpreet Kaur?

12             MR. SUNDARAM:  Objection.  How does he know?

13             THE COURT:  Well, perhaps you want to clarify.

14             MR. GIBALDI:  Can I ask a follow-up question?

15             THE COURT:  Go ahead.

16   BY MR. GIBALDI:

17   Q    Did you say both houses were owned by Rajpreet Kaur?

18   A    As far as I know, yes.

19   Q    And how do you know that?

20   A    When we were working together we had conversations

21   regarding that and other conversations too.

22   Q    In this picture, do you know which house Rajpreet Kaur

23   lived in?

24   A    Yes.

25   Q    Do we see that in this picture?

Mandeep Singh - direct - Gibaldi                  309

1    A    Here by the vehicle, here by the car.

2    Q    Can you describe the inside of the house?

3    A    Very fancy, very fabulous.

4    Q    Now, did there come a point when you spoke to Jasminder

5    Singh about issues with American Express?

6    A    Would you repeat the question?

7    Q    Sure.  Did there come a time when you spoke with

8    Jasminder Singh about issues with American Express?

9    A    Yes.

10   Q    When did you first do that?

11   A    The first time when I received the American Express phone

12   call.

13   Q    And approximately when was that?

14   A    February 2018.

15   Q    And how, if at all, did Jasminder Singh respond?

16   A    He told me don't worry.  In the beginning Jasminder said

17   don't worry.

18   Q    You said, in the beginning.  Did you have multiple

19   conversations along the same line?

20   A    Yes.

21   Q    How many times did you have a similar conversation?

22   A    Many times, several times.

23   Q    And was his answer the same?  Was his answer always the

24   same?

25   A    Yes, the same, same answers, yes.

1   Q    What about his tone?

2   A    Before he stop taking my calls, he was taking my calls

3   with anger.  He was very angry at that time.

4   Q    Can you describe that for us?

5   A    He said in very angry tone that you are calling me again

6   and again.  I tried my very best, don't call me again.  And he

7   hung up the phone.

8   Q    And after he said don't call me again did you ever speak

9   with Jasminder Singh after that?

10  A    Yes, after once or twice, yes.

11  Q    How did the situation with you and him end?

12  A    He was very angry and upset and after that.  He stopped

13  taking my calls.

14  Q    And when you say "he stopped taking my calls," what do

15  you mean by that?

16  A    Whenever I called him he didn't take my calls.

17  Q    Approximately when was it that he stopped taking your

18  calls?

19  A    June/July, 2018.

20  Q    Did you ever speak with Rajpreet Kaur about the issues

21  with American Express?

22  A    Yes.

23  Q    Can you tell us about that?

24  A    I told Rajpreet Kaur that now I don't call to Jasminder

25  Singh because Jasminder Singh does not take my calls and he's

1  very angry and upset.  Rajpreet told me, Don't worry.  I will

2  talk to him and whatever information I will get, I will give

3  it to you.

4  Q    Did you have any conversations with her after that?

5  A    Yes.

6  Q    Can you tell us about those conversations?

7  A    I asked her what is the information?  Did you talk to him

8  regarding the credit card payments and Rajpreet told me do not

9  worry.  Whenever we get the money, we will pay.

10 Q    How did the situation end, if at all, between you and

11 Rajpreet Kaur?

12 A    I had been calling her again and again Rajpreet Kaur

13 started talking to me in an angry tone and she stopped taking

14 my phone calls and she blocked me.

15 Q    How do you know that she blocked you?

16 A    Because whenever I tried to call, I couldn't get her on

17 the phone.

18 Q    We spoke a few minutes ago about Rajpreet Kaur's house.

19 Do you remember that?

20 A    Yes.

21 Q    In these conversations did she ever mention anything

22 about properties that she had?

23 A    Can you repeat that, sir?

24 Q    In the conversations that you had with Rajpreet Kaur did

25 she ever mention anything about properties that she had?

Mandeep Singh - direct - Gibaldi                    312

1    A    Yes.

2    Q    What did she say about the properties?

3    A    Whenever we spoke with each other, whenever we spoke

4    about American Express credit cards.  And she told me I am in

5    the same situation like you are in.  I am also trapped in

6    trouble.  I told Rajpreet Kaur that you have an option.  She

7    said what option.  I told her that you have property; sell

8    that property and you can pay the payments, but Rajpreet Kaur

9    told me the property is not in my name.  Then I inquired from

10   her who has the name on the property and she said the property

11   is on Jasminder Singh's name.

12   Q    Did you believe her?

13            MR. SUNDARAM:  Objection, Your Honor.

14            THE COURT:  I will sustain the objection unless you

15   lay a foundation.

16   BY MR. GIBALDI:

17   Q    Did you have any understanding as to what she meant by

18   that?

19            MR. SUNDARAM:  Objection.

20            THE COURT:  I will sustain the form of the question.

21            MR. GIBALDI:  I'll move on, Your Honor.

22   BY MR. GIBALDI:

23   Q    So how if at all did the situation end between you and

24   Rajpreet Kaur?

25   A    She told me in a very angry manner that I cannot help you

Mandeep Singh - direct - Gibaldi                313

1   anymore, don't call me.  And she hung up the phone.

2           MR. GIBALDI:  One moment, Your Honor.

3           (Pause in proceedings.)

4           MR. GIBALDI:  No further questions.  Thank you.

5

6           (Continued on the following page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

M. Singh - Cross - Sundaram                314

1          THE COURT:  Mr. Sundaram?

2    CROSS-EXAMINATION

3    BY MR. SUNDARAM:

4    Q    Good afternoon.

5    A    Good afternoon.

6    Q    Now, Jasminder was the one who instructed you to set up

7    Quick Wholesale and open bank accounts for the business,

8    right?

9    A    Yes.

10   Q    The first time you were contacted by American Express was

11   in 2018, right?

12   A    I don't remember.

13   Q    Okay, well, I think you've testified that for years, all

14   these businesses were paying the bills to American Express,

15   right?

16   A    Yes.

17   Q    There were no problems in the first few years that you

18   worked with these businesses, right?

19   A    No.

20   Q    Everything was going smoothly for a few years, right?

21   A    Yes.

22   Q    And you worked for those companies for four to five

23   years, right?

24   A    Yes.

25   Q    Starting in 2014 or 2015, right?

M. Singh - Cross - Sundaram                    315

1   A    In 2014?

2   Q    Is that correct?

3   A    Yes.

4   Q    So, at some point, you got contacted by American Express

5   about some bills that were owed, right?

6   A    I don't remember.

7   Q    You don't remember being contacted by American Express at

8   all?

9   A    In 2018?  Yes, I remember.

10  Q    Okay.  So, you were contacted by American Express about

11  credit card debts in 2018.

12  A    Yes.

13  Q    And it was about -- and they were contacting you about

14  several hundreds of thousands of dollars that were owed by

15  Quick Wholesale, right?

16  A    Yes.

17  Q    About $650,000, right?

18  A    About that.

19  Q    And this was the first you had heard about any issue like

20  this, right?

21  A    Yes.

22  Q    So you became very concerned.

23  A    Yes.

24  Q    Because this business was in your name, right?

25  A    Yes.

M. Singh - Cross - Sundaram                    316

1  Q    Quick Wholesale was your business.

2  A    Yes.

3  Q    So, as soon as you got off the phone with American

4  Express, you called Jasminder, right?

5  A    I do not understand your question.

6  Q    Okay.  I'm sorry.

7         After American Express first called you about this

8  problem, you then called Jasminder.

9  A    We were together at that time.

10 Q    Again, after you heard about the problems from American

11 Express, the first person you called was Jasminder, right?

12 A    Yes.

13 Q    And he told you he would take care of it, right?

14 A    Yes.

15 Q    And you called Jasminder about the American Express many

16 more times.

17 A    Yes.

18 Q    You called Jasminder many times before you started

19 calling Rajpreet about this.

20 A    Yes.

21 Q    And usually, you just called Jasminder.

22 A    Yes.

23 Q    And the reason for that was when you first set up the

24 Quick Wholesale AmEx accounts, Jasminder was the one who

25 opened the accounts?

1    A    Yes.

2    Q    And at that time the accounts were opened, Jasminder told

3    you that he would take care of paying the bills.

4    A    Yes.

5    Q    And, in fact, Jasminder was the one who took care of

6    everything related to the card accounts.

7    A    Yes.

8    Q    You testified that Rajpreet helped you open the Quick

9    Wholesale TDBank account, right?

10   A    Yes.

11   Q    That was because you didn't know how to do that, right?

12   A    Yes.

13   Q    But the person who actually told you to open up the

14   account and set up the account was Jasminder, right?

15   A    Yes.

16   Q    And you gave all the account information, including the

17   online password, to Jasminder.

18   A    Would you repeat the question again?

19   Q    Of course.

20         So, there was account information -- the account

21   information for the TDBank account, you gave that information

22   to Jasminder.

23   A    Yes.

24   Q    That's because he was the one who was going to take care

25   of paying the bills.

M. Singh - Cross - Sundaram                          318

1    A    Yes.

2    Q    So, that included the online password.  You gave that to

3    Jasminder.

4    A    I don't remember.

5    Q    You met with the Government a number of times in this

6    case, right?

7    A    Yes.

8    Q    And during those meetings, you talked to the Government

9    about the opening of the TDBank accounts, right?

10   A    Yes.

11   Q    And in those meetings, you told the Government that the

12   person you gave all the account information to, including the

13   online password, was Jasminder.

14   A    Yes, I gave all the information.

15   Q    Now, the -- you testified on direct examination about the

16   Quick Wholesale American Express credit card, right?

17   A    Yes.

18   Q    And that credit card was in your name, right?

19   A    Company name, yes.

20   Q    But the physical credit card was actually in Jasminder's

21   possession, right?

22            THE INTERPRETER:  Pardon me, sir?

23   Q    It was Jasminder who actually had physical possession of

24   that?

25   A    Yes.

M. Singh - Cross - Sundaram                    319

1   Q    And Rajpreet did not have a Quick Wholesale American
2   Express card, correct?
3   A    When the credit card arrived, Rajpreet Kaur had them.
4   Q    I'm going to get to that.  I'm asking you a different
5   question right now.
6        I understand that the card was in your name, right?
7   A    Yes.
8   Q    And after you received the card, it was actually the
9   card -- the actual card was in Jasminder's possession, not
10  yours, right?
11  A    Yes.
12  Q    And that Quick Wholesale AmEx credit card, it was not in
13  Rajpreet's name, correct?
14  A    No.
15  Q    Meaning it was not?
16  A    Would you please repeat the question?
17  Q    Rajpreet is not the one who had the Quick Wholesale
18  American Express card.
19  A    No.
20  Q    Now, today, earlier, you testified that Rajpreet called
21  you to say -- that Rajpreet and Jasminder called you to say
22  congratulations about receiving that card.
23  A    Yes.
24  Q    Now, I just want to clarify something.  In fact, isn't it
25  true that the person who called you to congratulate you on the

M. Singh - Cross - Sundaram                    320

1    card was Jasminder, not Rajpreet?

2    A    First Jasminder called me, and after that Rajpreet called

3    me.

4    Q    So, Jasminder called you first, right?

5    A    Yes.

6    Q    And that's how you learned about the existence of the

7    card.

8    A    Yes.

9    Q    Now, again, you met with the Government a number of

10   times, correct?

11   A    Yes.

12   Q    And one of those times was in February of this year,

13   right?

14   A    Yes.

15   Q    And in that meeting, isn't it true that you told the

16   Government that Jasminder called you to congratulate you about

17   the card having arrived?

18   A    Yes.

19   Q    And you did not tell the Government in that meeting that

20   Rajpreet also called you to congratulate you about getting the

21   card.

22   A    No.

23   Q    I'm sorry, no what?

24   A    I don't remember.

25   Q    But you do remember that you told them that Jasminder

M. Singh - Cross - Sundaram                    321

1   called you to congratulate you about the card.

2   A    Yes.

3   Q    Now, you had just testified that you had also called

4   Rajpreet after -- I'll rephrase that.

5            After calling Jasminder a number of times about the

6   American Express problem, you called Rajpreet; is that

7   correct?

8   A    Repeat the question, please?

9   Q    After you called Jasminder a number of times about the

10  American Express bill, you also then called Rajpreet?

11           THE INTERPRETER:  I'm sorry, sir, I did not

12  translate properly.  Would you please repeat so I can

13  translate the full sentence, if you don't mind, sir?

14  Q    At some point you started calling Rajpreet about the

15  American Express.

16  A    Yes.

17  Q    And she at one point told you she didn't have money to

18  pay the bill, right?

19  A    Yes.

20  Q    And you had testified earlier that she told you she was

21  in the same situation as you were with respect to...

22  A    Yes.

23  Q    And eventually, she told you she had filed for

24  bankruptcy, correct?

25  A    I don't remember.

M. Singh - Cross - Sundaram                          322

1  Q    I'm going to ask you some questions about the phone

2  selling export business.

3  A    Right.

4  Q    So, the business that Jasminder and Rajpreet had was to

5  buy iPhones in the U.S. and ship them overseas, right?

6  A    Yeah, they were selling outside, they were selling to

7  foreign countries.

8  Q    And they were selling them online to buyers in Dubai and

9  in China, correct?

10  A    Yes.

11  Q    Okay.  And the iPhones at that time, in the beginning of

12  this business, the iPhones would only launch in the U.S.  The

13  iPhones weren't being sold overseas, right?

14  A    In the beginning started over here.

15  Q    And at the beginning, they could make money selling them

16  overseas because iPhones were not being at that time sold in

17  those countries.

18  A    Would you please repeat the question, sir?

19  Q    Yes.  At the time you joined these companies, they were

20  making decent money selling the iPhones overseas.

21  A    Yes.

22  Q    Right, they would charge a markup of $30 to $50 per

23  phone?

24  A    More than that.

25  Q    And that was -- they were able to do that because the

M. Singh - Cross - Sundaram                    323

1    people in those other countries at that time did not have

2    Apple stores.

3    A    As far as I know, yes.

4    Q    And Jasminder had connections to Apple store managers in

5    the U.S., right?

6    A    Yes.

7    Q    Jasminder and Rajpreet bought Apple -- sorry, bought

8    iPhones from a number of Apple stores in the State of

9    Washington, right?

10   A    Yes.

11   Q    And your understanding when you joined them was they had

12   been doing this iPhone business for ten to twelve years,

13   right?

14           THE INTERPRETER:  Would you please repeat the

15   question, sir?

16           MR. SUNDARAM:  Yes.

17   Q    When you joined them, you understood they had been in

18   that business for ten years.

19   A    I had an idea of five to six years.

20   Q    Okay.  And I think you testified that whenever a new

21   iPhone model was launched, Jasminder would hire people to

22   stand in line to buy them, right?

23   A    Yes.

24   Q    And this was because Apple at the time only allowed a

25   customer to buy two iPhones per day.

M. Singh - Cross - Sundaram                324

1  A     Yes.

2  Q     And after that initial frenzy had faded, they could then

3  buy the phones in bulk, correct?

4  A     Yes.

5  Q     From stores in Washington state mostly, right?

6  A     Washington and Portland.

7  Q     In Oregon?

8  A     Yes.

9  Q     And they were able to buy the phones in bulk because they

10 had developed business relationships with the store managers,

11 right?

12 A     Yes.

13 Q     And after two or three weeks in the business, the store

14 managers already knew who you were, right?

15 A     Yes.

16 Q     They would let you go into the back of the store to let

17 you pick up the phones the businesses had ordered.

18 A     Yes.

19 Q     Like, about 200 to 300 phones at a time, right?

20 A     Yes, many times that amount.

21 Q     And for many years, until you first started getting a

22 call from AmEx, the business was running smoothly and the

23 bills were being paid.

24 A     Yes.

25 Q     Now I want to talk to you a little bit about what the

M. Singh - Cross - Sundaram                    325

1    roles of the various people in the business were.

2            Now, I think fair to say that Jasminder, among other

3    things, would hand out gift cards to the workers to buy the

4    phones.

5    A    Yes.

6    Q    And Rajpreet would be helping him with that and she would

7    also help him in terms of speaking to store managers.

8    A    Yes.

9    Q    Your role was mostly to pack and ship the phones by

10   FedEx.

11   A    Yes.

12   Q    And you would drive to the FedEx sometimes with

13   Jasminder.

14   A    Yes.

15   Q    And Jasminder had all the shipping labels.

16   A    Yes.

17   Q    He prepared them.

18   A    Yes.

19   Q    He handled all the transactions.

20   A    Yes.

21   Q    So, 90 percent of the business was done by Jasminder,

22   about 10 percent by Rajpreet.

23           MR. GIBALDI:  Objection, your Honor.

24           THE COURT:  I'm sorry, I couldn't hear the question.

25           Could you repeat the question?

M. Singh - Cross - Sundaram                 326

1          MR. SUNDARAM:  Yes.

2    Q    So, about 90 percent of the business was done by

3    Jasminder and 10 percent by Rajpreet?

4          MR. GIBALDI:  Objection.

5          THE COURT:  Well, he can answer whether that is true

6    or not.

7    A    I do not know about the percentage.

8    Q    Okay.  But, again, you met with the Government and talked

9    about the business, right?

10   A    Yes.

11   Q    And by "the Government," that would include Mr. Gibaldi,

12   who asked you questions earlier today.

13   A    Today in the court?

14   Q    Yes, the prosecutor.

15   A    Yes.

16   Q    And the meetings also would be attended by the FBI agent,

17   Ms. Shen, who is seated at this table.

18   A    Yes.

19   Q    And some of the time by Mr. Campbell, who is seated next

20   to Ms. Shen, Agent Shen?

21   A    Yes.

22   Q    And in at least one of those meetings, isn't it true that

23   you told them that 90 percent of the business was done by

24   Jasminder, 10 percent by Rajpreet?

25   A    I don't remember.

M. Singh - Cross - Sundaram                    327

1    Q    And whenever -- there were times that you would go inside
2    an Apple store to make purchases using one of the AmEx credit
3    cards, right?
4    A    Yes.
5    Q    And whenever that happened, it was -- Jasminder would
6    give you the card, right?
7    A    Yes.
8    Q    And Jasminder would decide which cards you would be
9    using.
10   A    Yes.
11   Q    Now, you've known Jasminder and Rajpreet for several
12   years at this point, right?
13           THE INTERPRETER:  Would you repeat the question,
14   sir?
15   Q    You've known Jasminder and Rajpreet for several years.
16   A    What did you say?
17   Q    You've known Jasminder and Rajpreet since 2014, right?
18   A    Yes.
19   Q    And you met them both together in 2014, right?
20   A    Yes.
21   Q    In Seattle.
22   A    Yes.
23   Q    And that was just a few months after you came to the U.S.
24   from Canada.
25   A    Yes.

M. Singh - Cross - Sundaram                328

1   Q    And you worked with them for four and a half years or so,

2   right?

3   A    Not continued four and a half years, but sometime I work

4   two to three months and then I drove truck.  I am a truck

5   driver.

6   Q    I understand.  So, you're saying for that period, you

7   didn't always work for them year-round.

8   A    Yes.

9   Q    But the span of time in which you were working for them,

10  even if for part of the year, was for about four and a half

11  years.

12  A    Yes.

13  Q    For the first few years, all of you lived in the State of

14  Washington.

15  A    Yes, in Washington.

16  Q    And sometimes you'd go into Apple stores with them,

17  right?

18  A    Yes.

19  Q    And you sometimes got help from Rajpreet in packing the

20  boxes?

21  A    Yes.

22  Q    And you drove around a lot with Jasminder as part of the

23  business.

24       THE INTERPRETER:  Would you repeat that, sir?

25  Q    You drove Jasminder around frequently as part of the

M. Singh - Cross - Sundaram                    329

1   business.

2   A     Yes.

3   Q     So, during the time you were working with them, you spent

4   a lot of time together.

5   A     Yes.

6   Q     You got to know both of them pretty well.

7   A     Yes.

8   Q     Besides even outside of business, you would call them,

9   you would talk to them on the phone, to see how they were

10  doing.

11  A     Yes.

12  Q     In addition to your work relationship, you became

13  friends.

14  A     Yes.

15  Q     You've been to their homes.

16  A     Yes.

17  Q     You've gotten to know their children.

18  A     Yes.

19  Q     They have a son and a daughter together, right?

20  A     Yes.

21  Q     And their son and daughter called you Maman (phonetic),

22  correct?

23  A     No.

24  Q     Well, they called you a Punjabi term that means uncle,

25  right?

M. Singh - Cross - Sundaram                     330

1    A    Yes.

2    Q    And over the years, you've called both of them many

3    times, even on a personal level.

4           THE INTERPRETER:  Would you please repeat that, sir?

5    Q    You've called them many times over the years for things

6    unrelated to work.

7           THE COURT:  Do you want to clarify your question

8    about who he's calling? because you left off with the

9    children.

10          MR. SUNDARAM:  Yes.

11   Q    You've called both Rajpreet and Jasminder many times over

12   the years.

13   A    Yes.

14   Q    And they've called you individually many times over the

15   years.

16   A    Yes.

17   Q    And you've communicated with each of them by WhatsApp as

18   well.

19          THE INTERPRETER:  Will you repeat that, sir?

20   Q    You've communicated with Jasminder by WhatsApp, correct?

21   A    I cannot type and I say --

22          THE INTERPRETER:  It's a Punjabi word, and I will

23   spell it.  Y-A-W-A-Y G-U-R-U K-E-Y-K F-A-T-H-E-Y.

24          Phonetic, your Honor.

25   Q    Let me just try again.  You know what WhatsApp is,

M. Singh - Cross - Sundaram                          331

1    correct?

2    A    Yes.

3    Q    This is just also for anyone who doesn't know, it's an

4    app that people use to communicate with each other, correct?

5    A    Yes.

6    Q    You can use it to send something like a text as well as

7    photographs.

8    A    Yes.

9    Q    And WhatsApp was one of the ways that you communicated

10   with Jasminder, correct?

11   A    WhatsApp and my phone too, I made phone calls too.

12   Q    I understand.

13            And you also used WhatsApp and phone calls to

14   communicate with Rajpreet, right?

15   A    Yes.

16   Q    You've exchanged photos on WhatsApp with Jasminder,

17   correct?

18   A    Yes.

19   Q    And as well as photos.  You've exchanged photos on

20   WhatsApp with Rajpreet as well, right?

21   A    Yes.

22            MR. SUNDARAM:  Just a moment, your Honor.

23            (Pause in proceedings.)

24   Q    When you first met Jasminder and Rajpreet, you would see

25   them together most of the time, right?

M. Singh - Cross - Sundaram                332

1   A    Yes.

2   Q    And they were married at the time, right?

3   A    That's what they told me.

4   Q    Well, you were friends, right?

5   A    Yes.

6   Q    So, at some point in time you understood that they were

7   married, right?

8   A    Yes.

9   Q    And you also know that later on, over the years, they

10  became separated, right?

11  A    I am not sure.  When I had conversation with Rajpreet and

12  then I became to know there was some kind of war is going on.

13  Q    And you found out from talking to her on the phone,

14  right?

15       THE INTERPRETER:  Pardon me, sir?

16       MR. SUNDARAM:  Sorry.

17  Q    That was in phone conversations with Rajpreet?

18  A    Yes.

19  Q    And then you came to know that at some point they

20  physically separated from each other.

21  A    Yes.

22  Q    And that after they -- when they separated, Rajpreet

23  moved back to New York.

24  A    I did not understand your question.

25  Q    When they separated, Rajpreet moved from Washington back

M. Singh - Cross - Sundaram                333

1    to New York.

2    A    When they had business over there, at that period they

3    were living there.  Other than that, they had been living in

4    New York.

5    Q    But there came a point where they were spending -- sorry,

6    Jasminder would continue to be out west while Rajpreet was in

7    New York with the kids, right?

8    A    Yes.

9    Q    And after Rajpreet was in New York, she became less

10   involved in the businesses.

11   A    I do not know.

12   Q    As of 2018, the time American Express started calling

13   you, at that time Jasminder and Rajpreet were not together.

14   A    I'm not sure.

15   Q    Well, again, you knew that they got separated at some

16   point, right?

17   A    Rajpreet told me.

18   Q    And based on what you had been told and what you

19   understood, that happened sometime in around 2016.

20   A    No.

21   Q    Well, it happened before 2018, when you started getting

22   calls from American Express, right?

23        THE INTERPRETER:  Would you repeat the question,

24   sir?

25   Q    They got separated before 2018, correct?

M. Singh - Cross - Sundaram                334

1    A    Exactly?  I do not remember.

2    Q    After they split up, you continued to stay in touch with

3    both of them, right?

4    A    Yes.

5    Q    You still spoke with Jasminder and you still spoke with

6    Rajpreet, right?

7    A    In the beginning I started talking with Jasminder, but

8    after that with Rajpreet.

9    Q    I'm sorry, I'm not talking about when American Express

10   started calling you.

11             THE INTERPRETER:  Would you repeat that, sir?

12   Q    I'm not talking about when American Express started

13   calling you.

14   A    Yes.

15   Q    I'm just asking you in general, after they were no longer

16   together, you continued your friendships with each of them,

17   right?

18   A    Yes.

19   Q    And you talked on the phone with Rajpreet fairly often,

20   right?

21             THE INTERPRETER:  Repeat the question, sir.

22   Q    You talked on the phone with Rajpreet often.

23   A    Yes.

24   Q    You sometimes had very long conversations, right?

25   A    Yes.

M. Singh - Cross - Sundaram                335

1  Q    And she was going -- to your knowledge, she was going

2  through a rough time and you provided moral support.

3  A    I don't remember.

4  Q    You don't remember or you don't understand the question?

5  A    I don't remember.

6  Q    And you had talked to her about her separation and her

7  issues in her marriage, right?

8  A    Yes, a normal conversation like one person talks to

9  another person.

10 Q    She called you sometimes, right?

11 A    Yes.

12 Q    And you called her sometimes.

13 A    Yes.

14 Q    And you were like a close friend with her.

15 A    Close friend, yes.

16 Q    You talked about things close friends talk about.

17 A    Yes.

18 Q    Now, Rajpreet told you by phone that she bought a new

19 car, right?

20        THE INTERPRETER:  Sir, would you repeat the question

21 and stay by the microphone, if you don't mind, sir?

22        MR. SUNDARAM:  I'm sorry.

23 Q    It's true that Rajpreet -- in your direct testimony, you

24 testified about a photograph of a car, right?

25        THE INTERPRETER:  Photograph of?

M. Singh - Cross - Sundaram                    336

1           MR. SUNDARAM:  An automobile.

2     A     Yes.

3     Q     It was a Mercedes, right?

4     A     In the photograph?  I observed and I saw in that

5     photograph Mercedes.

6     Q     Rajpreet called you by phone; she called you and told you

7     she bought a new car, right?

8     A     Yes.

9     Q     And she sent you photos of the car, right?

10    A     Probably, yes.

11          MR. SUNDARAM:  Can we put up Government Exhibit

12    504-A?  It's in evidence.

13          MR. GIBALDI:  I don't believe it is, but we

14    certainly don't object to it coming in.

15          THE COURT:  504-A will be received.

16          (Government Exhibit 504-A so marked.)

17          THE COURT:  Who's putting it up?

18          (Exhibit published to the jury.)

19    Q     That's a photo that Rajpreet sent you, correct?

20    A     Yes.

21    Q     And she sent you this photo in August -- she sent you

22    this photo in August 2019, right?

23          THE COURT:  What date did you say?  I'm sorry.

24          MR. SUNDARAM:  August of 2019.

25    A     I do not remember the date.

M. Singh - Cross - Sundaram                337

1      MR. SUNDARAM:  Just for the witness, I'd like to

2  show what's been marked Defense Exhibit 61.

3  Q    Are you able to see that, sir?

4      THE INTERPRETER:  Can you come by the microphone if

5  you don't mind, sir?

6      MS. WOZENCROFT:  Just one second.  We're having

7  technical difficulties.

8      (Pause in proceedings.)

9  Q    Sir, are you able to see the exhibit I'm showing just for

10 you?

11     THE INTERPRETER:  What was the question, sir?

12 Q    Are you able to see something on your screen?

13 A    Yes.

14 Q    I'm directing you to where -- is it -- on August 13,

15 2019, you sent Ms. Kaur a WhatsApp that said congratulations;

16 is that correct, followed by three emojis?

17 A    I might have sent but don't remember.

18 Q    And what you were congratulating her for was the new car

19 that she told you she had bought.

20 A    I don't remember.

21 Q    Now, during this time frame when you were -- you

22 exchanged several WhatsApp messages during August of 2019,

23 September 2019; is that correct?

24 A    Probably.  Don't remember.

25 Q    I'm going to ask you to just --

1           MR. SUNDARAM:  If you could scroll down through the

2     rest of the exhibit.

3     Q     I'm going to ask you to look at what I'm showing you --

4     and take your time -- and I'm going to ask you if that helps

5     you remember whether you and Rajpreet were texting via

6     WhatsApp between August 2019 and March of 2020.

7           THE INTERPRETER:  March what, sir?

8           MR. SUNDARAM:  March of 2020.

9     A     On WhatsApp?

10    Q     On WhatsApp.

11    A     Yes.

12          MR. SUNDARAM:  Your Honor, I'm going to have a bit

13    more on this and a few other topics.

14          THE COURT:  Ladies and gentlemen, we'll take the

15    luncheon recess and begin at two.

16          THE COURTROOM DEPUTY:  All rise.

17          (Jury exits; in open court.)

18          THE COURT:  All right.  I'll see everyone at two.

19          (A chorus of thank yous.)

20

21          (Whereupon a luncheon recess was taken.)

22

23

24

25

1          A F T E R N O O N   S E S S I O N

2              (Time noted:  2:00 p.m. )

3          (Jury enters.)

4          THE COURT:  We're ready to begin.  Please be seated,

5   ladies and gentlemen.

6   CONTINUED CROSS-EXAMINATION.

7   BY MR. SUNDARAM:

8          MR. SUNDARAM:  Could we put up Government Exhibit

9   504?

10         (Exhibit published.)

11         THE COURTROOM DEPUTY:  504-A and B are in evidence.

12         MR. SUNDARAM:  504 is already in evidence?

13         MR. GIBALDI:  I believe that 504-A is in evidence.

14  B is not.

15         THE COURT:  Are you moving 504-B into evidence?

16         MR. SUNDARAM:  No, Your Honor.  At this point I'm

17  putting up 504-A.

18         THE COURT:  I see it on this screen but -- okay,

19  there it is.

20  BY MR. SUNDARAM:

21  Q    This is a photograph of Ms. Kaur's automobile; right?

22  A    Yes.

23  Q    This is a photograph that you provided to the Government;

24  right?

25  A    I don't remember.

1   Q    You don't remember?  Do you remember the last time you

2   met with the Government at their office was March 30, 2022?

3   Do you remember that?

4   A    Yes.

5   Q    Right?  You and your lawyer, who is not here -- you and

6   your lawyer met with the Government four times at their

7   office; right?

8   A    How many times, I do not know.

9   Q    Okay.  You met with them last year in October, October

10  6th; right?

11  A    October.  I met them in the month of October, but I do

12  not remember the date.

13  Q    But it was October 2021.  And then you met with them a

14  few months later in February 2002 -- 2022?

15  A    Yes.

16  Q    That's February 28; right?

17  A    I do not remember the dates.

18  Q    But it was late February; right?

19  A    I'm not sure.

20  Q    You met with them in early March again, for the third

21  time?

22  A    Yes.

23  Q    And then most recently you met with them on March 30th of

24  this year, right, about one month ago?

25  A    Would you repeat the date?

Mandeep Singh - cross - Sudaram                    341

1    Q    March 30, 2022.

2    A    I do not remember the dates, but yes, I met them.

3    Q    Okay.  And at the last meeting you had with them, isn't

4    it true that you told them that Rajpreet had phoned you to

5    tell you she bought a new car?

6              THE INTERPRETER:  Would you repeat the last

7    sentence, please.

8    Q    You told the Government that Rajpreet had phoned you to

9    tell you that she bought a new car?

10   A    Yes.

11   Q    And then she sent you photos -- she sent you photos of

12   the new car?

13   A    Yes.

14             MR. SUNDARAM:  I'm sorry, could we may have

15   Government Exhibit 504-A again.

16             (Exhibit published.)

17   BY MR. SUNDARAM:

18   Q    This is the photograph that Rajpreet sent you; correct?

19             THE INTERPRETER:  What is the question, sir?

20   Q    The photograph that Rajpreet sent you of her new car is

21   this photograph, the photograph you provided?

22   A    Yes.

23   Q    Right?

24   A    Yes.

25   Q    And you gave the Government a number of WhatsApp chats at

Mandeep Singh - cross - Sudaram                342

1    that meeting?

2    A    I gave them whatever I had, yes.

3    Q    You gave the chats to the Government -- you gave the

4    WhatsApp chats to the Government; right?

5    A    Yes.

6    Q    And the time frame of these chats, I think we established

7    before, right, was between August 2021 -- I'm sorry, August

8    2019 and through March of 2020, right?  That's the time frame

9    of WhatsApp chats?

10   A    I do not remember the dates, but whatever I had in my

11   possession, I gave it to them.

12   Q    Okay.

13          MR. SUNDARAM:  Would you show the witness

14   Defendant's Exhibit 65.

15          (Exhibit published to witness only.)

16   BY MR. SUNDARAM:

17   Q    This is just to help you remember things.  Can you see

18   that on your screen?

19          MR. SUNDARAM:  Your Honor, could we just give the

20   witness a written copies of this instead of scrolling up and

21   down?

22          THE COURT:  Yes, that's fine.

23   BY MR. SUNDARAM:

24   Q    Sir, I'm going to ask you -- you now have a paper copy of

25   the checks; correct?

Mandeep Singh - cross - Sudaram                343

1    A    Yes.

2    Q    I'm going to ask you to flip to the last page and when

3    you're done I'm going to just ask you a question.  Does this

4    help you remember whether the time period of the chats you

5    provided the Government was between August 2019 and March 9 of

6    2020?

7    A    Yes.

8    Q    And during that time frame you and Rajpreet chatted

9    frequently on WhatsApp, right?

10   A    Yes.

11   Q    And you spoke a lot on the phone also; right?

12   A    Yes.

13   Q    And on the WhatsApp chat you had a very warm

14   relationship; right?

15   A    Yes, yes, sir.

16           MR. SUNDARAM:  I think he said something in English,

17   too, he said you were friends.

18           THE INTERPRETER:  I translated that warm

19   relationship.

20   BY MR. SUNDARAM:

21   Q    And you would send her messages saying things like good

22   morning beautiful?

23   A    Yeah, as a friend, I said that, yes.

24   Q    But you said that and you sent other messages saying

25   similar things such as hello beautiful.

Mandeep Singh - cross - Sudaram                      344

1    A    Yes.

2    Q    Is that correct?

3    A    Yes.

4    Q    You sent a message saying good morning beautiful on

5    October 11th?  It's the third line down.

6              THE COURT:  October 11th of what year?

7              MR. SUNDARAM:  2019.

8    A    Yes, I might have sent that.

9    Q    Well, you did send it; right?

10   A    Yes, I did.

11   Q    And going to the next page a number of lines down, August

12   20, 2019 she sent you some pictures and you wrote beautiful

13   with an emoji, do you see that?

14             THE INTERPRETER:  Would you please repeat the

15   question again?

16   Q    On August 20th of 2019, in response to some photos she

17   sent you, you wrote beautiful?

18   A    Yes.

19   Q    And you had also sent her messages saying -- you sent her

20   many messages on WhatsApp saying miss you; right?

21   A    Yes all the time I do that.

22   Q    Several times; right?

23   A    Yes, many times.

24   Q    Okay.  And many, many times you would also check on her,

25   asking if she was okay; right?

                    SN      OCR      RPR

Mandeep Singh - cross - Sudaram                345

1   A    Yes, several times I did.

2   Q    And you came to -- you took a flight to New York in

3   September of 2019.  Do you remember that?

4   A    I don't remember.

5   Q    Well, in September of 2019 where were you living?  Do you

6   remember that?

7   A    Would you repeat that, sir?

8   Q    Do you remember where you were living approximately in

9   2019 -- September of 2019?

10  A    Valley Stream.

11  Q    Valley Stream, okay.  In 2019, in September, you came to

12  New York, you flew into JFK, September 9th/September 10th of

13  2019?

14  A    I do not know.

15  Q    You do not know or you do not remember which date?

16  A    I do not remember it and I do not remember that I came a

17  lot.

18  Q    Isn't it true that in September of 2019, you went to

19  Rajpreet's house hoping to see her?  You went to her door;

20  right?

21  A    I don't remember.

22  Q    Do you remember ever going to her door and she did not

23  let you in?

24  A    No, I don't remember.

25  Q    You don't remember if you went to her house and she did

SN        OCR        RPR

Mandeep Singh - cross - Sudaram                346

1   not see you?

2   A    I think once it happened probably, but I do not remember

3   exactly.

4   Q    You do not remember exactly when?

5   A    I do not remember the date.  And when it happened, I do

6   not know.

7   Q    Okay, but you went to see her and she did not -- she

8   refused to see you; right?

9   A    I'm not sure, probably once it happened.

10  Q    Okay.  If this helps you to remember I'm going to ask you

11  to turn to the November 28 entries on the WhatsApp chats.  It

12  would be the fifth page.  Are you there?

13  A    Yes.

14  Q    Okay.  And she told you in the WhatsApp chats that she

15  was blocking you today and she can't talk do you no more?

16           MR. GIBALDI:  Objection.

17           THE COURT:  What's the basis of the objection?

18           MR. GIBALDI:  It's hearsay.

19           THE COURT:  Overruled.

20           MR. SUNDARAM:  Would you like me to repeat the

21  question?

22           THE INTERPRETER:  Please.

23  BY MR. SUNDARAM:

24  Q    On November 28 of 2019, isn't it true that Rajpreet

25  texted you on WhatsApp saying I'm blocking you today.  I can't

SN       OCR       RPR

Mandeep Singh - cross - Sudaram                     347

1   talk to you no more.  People think too much bad about me.

2   A    Yes.

3   Q    Yes?

4   A    Yeah.

5   Q    And a little bit later on the same date, you asked her

6   what happened and she responded, nothing.  My personal life is

7   getting upset due to you?

8   A    Yes.

9   Q    And is it fair to say that you became upset and you are

10  still upset because she stopped talking to you?

11         THE INTERPRETER:  Would you please repeat that, sir?

12  Q    Just to go over it again, she told you she was blocking

13  you because a relationship with you is becoming a problem;

14  right?

15  A    Yes.

16  Q    And after that you spoke less often?  After that you and

17  Rajpreet spoke less often?

18  A    Yes.

19  Q    And you feel angry with you because after she divorced

20  Jasminder you wanted a relationship with her?

21  A    No.

22  Q    And she didn't want that; right?

23  A    It never happened like this.

24  Q    Well, you know that she married another man; right?

25  A    I did not understand your question.

Mandeep Singh - cross - Sudaram                    348

1   Q    You know that Rajpreet married another man after she

2   divorced Jasminder?

3   A    I do not know regarding that divorce, but after that I

4   came to know that she got married.

5   Q    To somebody else after Jasminder?

6   A    Yes.

7   Q    And that was during the time that you were trying to get

8   her interested in you?

9           THE INTERPRETER:  Please repeat.

10  Q    And this was during the time that you were trying to

11  start a relationship with her?

12  A    No.

13  Q    And, by the way, the various WhatsApp messages, you still

14  have them in front of you, right?

15          THE INTERPRETER:  Repeat.

16  Q    The WhatsApp messages you still have in front of you,

17  right?

18          THE INTERPRETER:  What?

19  Q    Your various WhatsApp messages to Rajpreet that you wrote

20  were almost entirely written in English; right?

21  A    Yes.

22  Q    And you could write messages on WhatsApp in Punjabi and a

23  few times you did; correct?

24  A    Yes.

25  Q    But almost all of your text messages to Rajpreet were in

Mandeep Singh - cross - Sudaram                349

1    English; right?

2    A    Would you please repeat the question, sir?

3    Q    Almost all of your text messages that you sent to

4    Rajpreet were in English?

5    A    Yes, sir.

6    Q    Now, you also during the time you worked for these

7    companies, you would go into spores and make purchases using a

8    credit card; right?

9    A    Yes.

10   Q    And you had to interact with store employees to make

11   those purchases; right?

12   A    I do not understand what who else?

13   Q    When you made the purchases in the Apple stores, you were

14   interacting with the store employees in English?

15   A    Yes, I did hello, hi and that's it.

16   Q    You said hello, hi and then you also purchased hundreds

17   of iPhones.

18   A    Most of the time Rajpreet and Jasminder had conversations

19   with them before I did.

20   Q    Okay.  And on direct examination you listened to some

21   conversations that were played by the Government -- I'm sorry,

22   you listened to some phone calls with AmEx representatives

23   with Jasminder on the phone; right?

24   A    Yes.

25   Q    Right.  And those conversations on those recorded calls

1  were in English; right?

2  A    Yes.  When I do not understand, I ask for interpreter.

3  Q    I'm sorry, I'm talking about the phone call that was

4  between Jasminder and the AmEx representative, the one that

5  was played earlier today?

6  A    Yes.

7  Q    And you testified to this jury that you know enough

8  English that you were able to understand those conversations?

9  A    Yes.

10 Q    So you understood a conversation in English between

11 Jasmine and the American Express representative; right?

12 A    Yes.  I had been working with them and I did -- I did

13 understand some conversation.

14 Q    At least you understood the parts that helped the

15 Government; right?

16 A    Yes.

17 Q    Now, you drove as a commercial truck driver in

18 California; right?

19 A    Yes.

20 Q    And to do that you had to get a California state

21 commercial driver's license; right?

22 A    Yes.

23 Q    And to get that commercial driver's license, you had to

24 pass a road test; right?

25 A    Yes.

Mandeep Singh - cross - Sudaram                                351

1  Q    Where you had to follow some instructions in English;
2  right?
3  A    Yes, English but translated in Punjabi too.
4  Q    You are saying that you took the road test with
5  somebody -- an instructor who spoke Punjabi?
6  A    No.
7  Q    Okay.  And you also had to take the written test to
8  pass -- to get the commercial driver's license; right?
9  A    Just I had to answer yes and no.
10 Q    Your answer was yes or no, you took a written test or
11 not?
12 A    On written test you have to make only tick mark.
13 Q    You are saying you had to check some boxes yes or no;
14 right?
15 A    Yes.
16 Q    But before you checked those boxes there was a question
17 that you had to answer that was yes or no; right?
18 A    Yes.
19 Q    And those questions were written in English and they were
20 not translated into Punjabi; right?
21 A    No.
22 Q    No, what?  They weren't in English; right?
23 A    Yes.
24 Q    And you passed that written test to get the commercial
25 driver's license; right?

Mandeep Singh - cross - Sudaram                    352

1   A    Yes.

2   Q    You also filled out a driver's application for

3   employment; correct?

4   A    I did not understand.

5   Q    I will try to make this easier.

6           MR. SUNDARAM:  I'm going to ask the witness can be

7   shown, just the witness, Defendant's Exhibit 62?

8           (Exhibit published to witness only.)

9   BY MR. SUNDARAM:

10  Q    Are you able to see that on your screen?

11  A    Yes.

12  Q    That's a driver's application for a job that you filled

13  out; right?

14  A    Yes.

15  Q    And you had toe answer various questions on that

16  application; right?

17  A    Yes.

18  Q    Which were all written in English, right; is that

19  correct?

20  A    Yes.

21  Q    And they asked you questions about whether you had the

22  legal right to work in the U.S.; right?

23  A    Yes.

24  Q    And you had to fill out your employment history; right?

25  A    Yes.

Mandeep Singh - cross - Sudaram                         353

1    Q     And you had to answer questions about your driving

2    experience and the class of equipment that you had driven;

3    right?

4    A     Yes.

5    Q     And you had to answer questions about your experience and

6    qualifications and your education; right?

7    A     Yes.

8    Q     And then you had to read and sign it and certify that you

9    completed the application and that you entered truthful

10   information?

11   A     I think a representative or interpreter was there and I

12   asked her -- not her, him.

13   Q     Did you have to answer questions about -- withdrawn.

14         You testified about -- on direct examination you

15   testified about a $450,000 transfer from your Quick Wholesale

16   TD Bank account?

17   A     Yes.

18   Q     And today you told the jury that Rajpreet went to the TD

19   Bank with you; correct?

20   A     Yes.

21   Q     And you told the jury that one of the reasons that she

22   went with you was because you had a language barrier; right?

23   A     Other than that I was a little nervous.

24   Q     So what you testified to was that Rajpreet accompanied

25   you because you were a little nervous and because you had a

1    language barrier; right?

2    A    Yes.

3    Q    But then you testified that Rajpreet did not go inside

4    the bank with you; right?

5    A    Yes, she did not.

6    Q    You testified that she did not go to the counter with

7    you, right?

8              THE INTERPRETER:  Would you repeat that, sir?

9    Q    You testified that Rajpreet did not go to the counter

10   with you?

11   A    She did not.

12   Q    You testified that she waited outside the bank; right?

13   A    Yes.

14   Q    So that you went to the counter by yourself; right?

15   A    Yes.

16   Q    And you conducted this transaction by yourself in

17   English, right?

18   A    Yes, I tried.

19   Q    Well, you succeeded.  The transfer was made; correct?

20   A    Yes.

21   Q    You made the transaction of a $450,000 that you sent?

22   A    Yes.

23   Q    Okay.  Today you testified that Rajpreet went to the bank

24   and waited outside; right?

25   A    Yes.

Mandeep Singh - cross - Sudaram                    355

1   Q    You spoke to the Government -- you met with the

2   Government and discussed this transaction in one of the

3   meetings with the Government in February of this year; right?

4   A    Would you please repeat the question, sir?

5   Q    You know what, I'm going to move on.

6              Now when you say she waited outside of the bank did

7   she wait outside in a car?

8   A    Yes.

9   Q    Yesterday you testified that you had not been completely

10  honest in your prior meeting with the Government in October;

11  correct?

12  A    Yes.

13  Q    And that's been because you had not been completely

14  honest telling them certain things that you should have told

15  them; right?

16  A    Yes.

17  Q    And by not honest, you mean that it was not honest to

18  leave these things out of your discussion; right?

19  A    Yes.

20  Q    And, specifically, what you agreed you were not being

21  honest about was that you didn't tell them when you met with

22  them until October, you didn't tell them about moving $500,000

23  from your account to Jasminder's account?

24  A    I don't remember.

25  Q    I'm directing you to page 210 of trial transcript, line

Mandeep Singh - cross - Sudaram                    356

1   20 to 25.  Did you give -- were you asked these questions

2   yesterday under oath in this courtroom yesterday afternoon: --

3   let me go to line 16.

4            "Question:  When you first met with the U.S.

5   Attorney's Office in October 2021, were you completely honest

6   in everything -- about everything you did?

7            "Answer:  No."

8            Do you remember being asked that question yesterday?

9            THE INTERPRETER:  What date was that date, sir?

10   21st.

11           MR. SUNDARAM:  October 2021.

12   A   Yes.

13   Q   So you remember being asked that question and answering

14   know you were not completely honest; correct?

15   A   I was not being honest.

16   Q   And after that you were asked this question and gave this

17   answer:

18            "Question:  What were you not honest about?

19            "Answer:  The money came to Quick Wholesale account,

20   approximately $500,000 and I had moved out money to Jasminder

21   Singh's account."

22   A   Would you please repeat the question again?

23   Q   The question from the prosecutor:

24            "What were you not honest about?

25            "Answer:  The money came to Quick Wholesale account

Mandeep Singh - cross - Sudaram                              357

1   approximately $500,000 and I had moved out money to Jasminder

2   Singh's account.  That money had to be paid to American

3   Express, but that money was concealed."

4   A      Yes.

5   Q      And the next question going to page 2 11, line one.

6              "Question:  And did you tell the Government those

7   things in the first meeting?

8              "Answer:  No."

9              .  Is that a correct recounting of what you were

10  asked and what you said yesterday in this courtroom?

11  A      The first time I was not honest with them.

12  Q      Okay.  But -- and the reason you were not honest is

13  because you did not tell the Government those things about the

14  $500,000 transaction when you met with the Government in

15  October?

16  A      Yes.

17  Q      Okay.  But, you met with the Government again in February

18  of 2022, right?

19  A      I do not remember the date but yes, I met them.

20  Q      Okay.  And at that meeting -- during that meeting they

21  asked you about the $500,000 wire transfer into your account

22  and you told them you did not know any incoming wire transfer

23  and you had no idea what this was about?

24  A      I don't remember.

25              MR. SUNDARAM:  Your Honor, I'm going to ask if I can

Mandeep Singh - cross - Sudaram                358

1   show the witness to refresh his recollection Government 3500
2   exhibit from that proffer.
3          THE COURT:  All right.
4          MR. SUNDARAM:  I'm going to ask if the Government
5   has any objection to that.  To the witness only.
6          MR. GIBALDI:  That's fine.
7          MR. SUNDARAM:  3500 M. Singh-18.
8          (Exhibit published to witness only.)
9   BY MR. SUNDARAM:
10  Q    I'm going to ask you to take a look at this and to read
11  the bottom part of the page where it says -- numbered one, two
12  and three and just let me know when you're finished looking at
13  it?
14  A    I can update.  It has to be transferred.
15         MR. SUNDARAM:  Your Honor, I'm going to move on to a
16  different topic.
17  BY MR. SUNDARAM:
18  Q    Now, you testified yesterday that Rajpreet sent some sort
19  of threat to you through Ekam Singh, do you remember that?
20  A    Yes.
21  Q    And you met with the Government the first time in October
22  2021; right?
23  A    Yes.
24  Q    And when you met with them in 2021 in October, you did
25  not tell them anything about getting a threat from Rajpreet

1  Kaur; correct?

2  A    Yes.

3  Q    And yesterday when the Government asked you why you had

4  not been honest about the $500,000 transaction when you first

5  met with the Government, you told them it was because you were

6  scared and fearful?

7  A    Yes.

8  Q    You said you were scared and fearful because of the

9  message you had received from Rajpreet; right?  So that's the

10  reason that you're saying today that you didn't tell the

11  Government about the threat in the October meeting with the

12  Government; right?

13  A    Yes.

14  Q    And at that time this -- this threat you were told about,

15  your understanding was that it was made during the September

16  2021 parade; correct?

17  A    Yes.

18  Q    At the Sikh temple; right?

19  A    Yes.

20  Q    So one month later when you met with the Government in

21  October you were scared to tell them about the threat; right?

22  A    Yes.

23  Q    And you met with them in February of 2022; right?

24  A    Yes.

25  Q    I think you testified you agreed to meet with them one

Mandeep Singh - cross - Sudaram                    360

1  time in February 2022; right?

2  A    Yes.

3  Q    So that was months later after this parade; right?

4  A    Yes.

5  Q    And you didn't tell them about this threat at that

6  meeting either; right?

7  A    I don't remember.

8  Q    Okay.  But eventually you did tell the Government about

9  this threat; right?

10  A    Yes.

11  Q    And you told them about the threat shortly before you

12  decided to cooperate with them; right?

13  A    Yes.

14  Q    And you decided to cooperate with them in March 2022,

15  last month, right?

16  A    Yes, I have to speak the truth.

17  Q    Okay, but you had to speak the truth every time you met

18  with them; right?

19  A    Probably when I met them the first time at that time.

20  Q    Every time you met with the Government you met with them

21  with your lawyer; correct?

22  A    I did not understand your question.

23  Q    Every time you met with the Government your lawyer was

24  with you?

25  A    Many times he was not present.

Mandeep Singh - cross - Sudaram                361

1    Q    Okay.  The first few times you met with -- you're saying

2    you met with the Government without your lawyer being present?

3    A    Yes.

4              MR. SUNDARAM:  Your Honor, could we approach for a

5    second?

6              THE COURT:  Yeah

7              (Sidebar held outside of the hearing of the jury.)

8              (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                          Sidebar                      362

1        (The following sidebar took place outside the hearing of
2    the jury.)
3            MR. SUNDARAM:  I just want to make sure I'm not
4    going into something that I don't know about in terms of
5    the -- my -- I'm talking to him about meetings that were
6    proffers where he had to sign proffer of meetings.  My
7    understanding is it included other meetings with the
8    Government.  They didn't have meetings without his lawyer.
9    Prep meetings --
10           MR. GIBALDI:  I think he's talking about prep
11   meetings after he pled guilty if you want to ask him.
12           MR. SUNDARAM:  So after the March 30th meeting.  The
13   30th is the last one I have.
14           MR. GIBALDI:  Yeah.
15           MR. SUNDARAM:  So the only proffer notes I have --
16   the last one is March 3rd, is that correct?
17           MR. GIBALDI:  I can certainly represent that we've
18   turned over all the proffer agreements.
19           MR. SUNDARAM:  The March 30th one which was a trial
20   prep meeting you didn't --
21           MR. GIBALDI:  March 30th was after he pled guilty so
22   there was no proffer agreement after he pled guilty.
23           MR. SUNDARAM:  Okay, thanks.
24           (Sidebar ends.)
25           (Continued on next page.)
```

BY MR. SUNDARAM (Continuing):

Q    Mr. Singh, I just want to try to clarify one thing, okay?

        I understand that you met with the Government at least one time in preparation for your trial testimony after you pled guilty, right?

A    Yes.

Q    But before you pled guilty, you had some meetings with the Government that led to your cooperation, correct?

A    I think I don't understand your question, sir.

Q    You had some meetings with the Government before you pled guilty, right?

A    Yes.

Q    And those meetings with the Government before you pled guilty, your lawyer came with you and attended the meeting.

A    Yes.

Q    After you pled guilty, you had a meeting with the Government to prepare for the testimony at which you met with them without your lawyer, right?

        THE INTERPRETER:  Would you please repeat the question, sir?

Q    After you pled guilty, you may have prepared for your testimony with the Government without your lawyer present, right?

A    Yes.

Q    So, right now I'm just asking you about the meetings you

M. Singh - Cross - Sundaram                     364

1   had with the Government before you pled guilty when your

2   lawyer was with you.

3        You understand?

4   A    Yes.

5   Q    Now, before each of those meetings, you had to sign an

6   agreement, what's called a proffer agreement, that your lawyer

7   signed and you signed and the prosecutor signed, right?

8   A    Yes.

9   Q    And your lawyer explained to you what that agreement

10  meant, right?

11  A    Yes?

12  Q    And before you started talking to the Government, the

13  Government also explained to you what the agreement meant so

14  that you understood it.

15  A    Yes.

16  Q    And one of the things you agreed to do in that agreement

17  was to be truthful in anything you said to the Government in

18  the meeting, right?

19  A    Yes.

20  Q    And you were also told in the agreement that making a

21  false statement to federal law enforcement could cause you to

22  be prosecuted for a crime.

23  A    Yes.

24  Q    And you were told that making a false statement is a

25  crime and making a false statement at a meeting with the

M. Singh - Cross - Sundaram                          365

1   Government would be a crime.

2          THE INTERPRETER:  Sir, would you please repeat the

3   question, sir?

4   Q    You were told that if you make a false statement at your

5   meeting with the Government, that is a federal crime.

6   A    Yes.

7   Q    Now I'm going to ask you again about -- and you agreed --

8   you testified yesterday that not telling the Government

9   something at the meeting that you should be telling them is an

10  act of dishonesty, right?

11  A    What is the question, the first time?

12  Q    I'll rephrase it.

13         So, you've agreed that when you didn't tell the

14  Government about the $500,000 transaction in the October

15  meeting, that you were not being completely honest, right?

16  A    Sir, I did not understand the question, sorry.

17  Q    I was just going to go back to you didn't tell them about

18  the threat from Rajpreet the first time you met with them in

19  October, right?

20  A    Please ask me the question again.

21  Q    You testified that Rajpreet -- that you were told by Ekam

22  about some threat made by Rajpreet in September at the parade.

23  A    Yes.

24  Q    Is that correct?

25  A    Yes.

1   Q    And you agree that you did not tell the Government about

2   that threat at the first meeting you had with them one month

3   after the parade.

4   A    Yeah.  At that time I was fearful.  I did not.

5   Q    Thank you.  Now, you went back for a second meeting with

6   the Government in February of 2022, correct?

7   A    Yes.

8   Q    With your lawyer, right?

9   A    Yes.

10  Q    And whenever you met with them with the lawyer, you

11  signed that agreement I just told you about that says you have

12  to be truthful with the Government.

13  A    Yes.

14  Q    And at that second meeting in February of this year, you

15  again did not tell the Government that Rajpreet had conveyed

16  any threat to you.

17  A    I don't remember.

18  Q    But you do remember that you met with the Government

19  again in March before you pled guilty.  That's when you told

20  them about the threat.

21          THE INTERPRETER:  Would you repeat that sir?  Sorry.

22  Q    You told the Government at another meeting before you

23  pled guilty, you told them about the threat for the first

24  time.

25  A    Yes.

1  Q    And that meeting when you told them about the threat was

2  the meeting that happened before you got the cooperation

3  agreement, right?

4  A    Exactly I don't remember.

5  Q    You met with them -- putting aside the October meeting,

6  you met with the Government two times between February and

7  March before you signed the cooperation agreement, correct?

8         THE INTERPRETER:  What's the last sentence sir,

9  before the agreement?

10  Q    You met with the Government two times -- in February and

11  then in March -- before you entered the cooperation agreement.

12  A    Yes.

13  Q    Okay.  And those meetings were on February 28 and then on

14  March 3.  They were just a few days apart, correct?

15         THE INTERPRETER:  February 8 and March?

16         MR. SUNDARAM:  February 28 and March 3.

17  A    Yes.

18  Q    Is that correct?  You agree?

19  A    Exactly I do not remember that.

20  Q    But you remember -- you agree that you met with the

21  Government once in February and then a few days later in

22  March.

23  A    Yes.

24  Q    And it was only in that second meeting, that last

25  meeting, that you told them about the threat.

M. Singh - Cross - Sundaram                    368

1   A     Yes.

2   Q     So, you were scared on February 28 but you stopped being

3   scared on March 3; is that correct?

4   A     No, I decided that I have to be -- that I have to be

5   honest with them.

6   Q     Okay.

7   A     And I have to be truthful.

8   Q     So, you felt you had to be honest with them and you had

9   to be truthful at the March meeting when you told them, right?

10  A     Yes.

11  Q     But you didn't feel that you needed to be honest and

12  truthful with them in the February meeting when you did not

13  tell them about the threat.

14  A     I don't remember.

15  Q     I'm going to talk to you about benefits you're receiving

16  cooperating with the Government; do you understand?

17  A     Yes.

18  Q     Yesterday, the Government asked you what you're hoping to

19  get out of the cooperation agreement; do you remember that?

20         THE INTERPRETER:  Pardon me, sir?

21  Q     The Government asked you when you testified what you were

22  hoping to get out of the cooperation agreement; do you

23  remember?

24  A     Yes.

25  Q     And you told them:  I hope that I will get a lower

1  sentence, and I have an immigration problem and I can get S

2  visa, and I hope there will be no deportation for me.

3       Right?

4  A    Yes.

5  Q    And after signing the cooperation agreement, you pled

6  guilty in front of this judge, correct?

7  A    Yes.

8  Q    And you pled guilty to conspiracy to commit money

9  laundering, right?

10 A    Yes.

11 Q    And at the conclusion of the plea proceeding -- at

12 conclusion of the plea proceeding, you heard your lawyer

13 address the judge, right?

14 A    Would you please repeat the question?

15 Q    Let me ask you this:  Is it true that during the plea

16 proceeding in court you heard your lawyer say that certainly

17 the level of your substantial assistance to the Government is

18 going to play a big role in their submission to the Court?

19 A    Yes.

20 Q    You pled guilty only to the conspiracy to commit money

21 laundering charge, correct?

22 A    Yes.

23 Q    And one of the promises to you was that the other charges

24 in the indictment would be dismissed by the Government at the

25 time of your sentencing, correct?

M. Singh - Cross - Sundaram                              370

1   A    Yes.

2   Q    Those charges include bank fraud, right?

3   A    Yes.

4   Q    And conspiracy to commit bank fraud, right?

5   A    Yes.

6   Q    And before you got -- before you signed this cooperation

7   agreement -- I'm going to direct you to back when you were a

8   co-defendant on the case.

9              THE INTERPRETER:  Would you please repeat that, sir?

10  Q    I'm going to ask you about earlier in the case, before

11  you pled to the cooperation agreement.

12  A    Yes.

13  Q    During that time, you were also represented by the same

14  lawyer, right, who's seated right here, right?

15  A    Yes.

16  Q    And during that time, the Government offered you what's

17  called a plea agreement, correct?

18  A    Yes.

19  Q    Let me first ask you just about this cooperation

20  agreement.

21             The money laundering conspiracy charge you pled

22  guilty has a potential sentence between zero years and twenty

23  years, correct?

24  A    Yes.

25  Q    And there's something that you understood is called the

M. Singh - Cross - Sundaram                    371

1   guidelines range, correct?

2   A    Yes.

3   Q    And the guidelines range is something -- you were

4   explained it's something the judge has to consider during the

5   sentencing, right?

6   A    Yes.

7   Q    And the guideline range you were told is between -- in

8   your cooperation agreement is between 41 and 51 months in

9   prison.

10  A    I did not understand your question.

11  Q    I'm sorry.  The guideline range according to your

12  cooperation agreement is between 41 months and 51 months in

13  prison.

14  A    Yes.

15  Q    And you also agreed as part of this cooperation agreement

16  to pay $29,000 in restitution, correct?

17  A    Yes.

18  Q    And there's a -- if you recall, when you pled guilty

19  before the judge, it was put on the record that the Government

20  might believe that the restitution would be higher than that

21  amount; is that correct?

22  A    I didn't hear.  Would you please repeat the question?

23  Q    It's okay.

24         Back to the previous plea agreement you got earlier

25  in the case.  That plea agreement required that you plead to

M. Singh - Cross - Sundaram                          372

1  the conspiracy to commit bank fraud count, correct?

2  A    Yes.

3  Q    And that -- under that plea agreement, the bank fraud

4  count had a sentence that could be up to 30 years in prison

5  instead of 20 years like the money laundering.

6  A    Yes.

7  Q    And in that case, under that plea agreement, the

8  Government was -- the Government's position was that they

9  would argue for a sentence somewhere within the guideline

10  range, correct?

11  A    Repeat the question, please.

12  Q    Under that plea agreement that was not a cooperation

13  agreement, the Government was not agreeing to agree to any

14  leniency.

15  A    Yes.

16  Q    Instead, the Government was agreeing that it would simply

17  ask for a sentence within the 41 to 51 month guideline range.

18  A    Yes.

19  Q    And under that agreement, the restitution amount that

20  you'd have to agree to if you pled guilty was $4.7 million.

21  A    I did not understand, sir.

22  Q    In the previous plea agreement that you were offered

23  earlier, the restitution amount you'd have had to agree to was

24  $4.7 million.

25  A    I don't understand, what do you mean by "agreement"?

M. Singh - Cross - Sundaram                    373

1    Q    Back to the current cooperation agreement.  You're

2    required to pay $29,000 of what's called restitution, right?

3    A    Yes.

4    Q    And you understand that's because you were given --

5    according to evidence, you were given $29,000, you were paid

6    by Jasminder.

7    A    Yes.

8    Q    So, under the cooperation agreement, you have to pay back

9    that $29,000, right?

10   A    Yes.

11   Q    But in the earlier plea agreement that we were talking

12   about, the requirement that you'd have to pay was

13   $4.7 million.

14   A    I don't remember.

15              MR. SUNDARAM:  Your Honor, I only have a little bit

16   left.  But given the time, I'm just going to ask if we could

17   do a short break.

18              THE COURT:  How little bit left?

19              MR. SUNDARAM:  Ten minutes.  It just depends.  It's

20   because this is just...

21              THE COURT:  Ladies and gentlemen, we'll take a

22   ten-minute recess.

23              THE COURTROOM DEPUTY:  Thank you.  All rise.

24              (Jury exits; in open court.)

25              THE COURT:  You want to just have the witness step

1  out?

2          THE COURTROOM DEPUTY:  You can step out.

3          (Pause in proceedings.)

4          THE COURT:  Mr. Sundaram, the last series of

5  questions that you've had about the agreement I think are

6  misleading.

7          You were talking about a $29,000 restitution.  That

8  was a forfeiture agreement as I'm reading the agreement,

9  unless I'm missing something.  That wasn't that the Government

10 changed restitution from $4 million to $29,000, that was

11 forfeiture.

12         And I believe in the discussion about restitution

13 during the plea, I asked what the restitution is and is the

14 restitution to AmEx, Mr. Campbell says that's correct.  I ask

15 how much that figure is, Mr. Campbell says it has to be

16 determined after trial but the estimate loss to American

17 Express is 4.7 million.

18         So, I don't know why it was appropriate for you to

19 cross-examine on the fact that his restitution had been

20 reduced from 4.7 million to 29,000.

21         MR. SUNDARAM:  Your Honor, you --

22         THE COURT:  Maybe I'm missing something.

23         Am I wrong about that from the Government's

24 perspective?

25         MR. GIBALDI:  No, your Honor.

M. Singh - Cross - Sundaram                    375

1          MR. SUNDARAM:  Your Honor, you're right.  I got that

2    part wrong.

3          I think what happened is he's required to pay

4    forfeiture of $29,000 under the cooperation agreement.  Under

5    the plea agreement -- and I think under the plea agreement the

6    restitution was $407 million.  It was part of the plea

7    agreement.  In the cooperation agreement, it was to be

8    determined by the Court.

9          THE COURT:  Well, it's always to be determined by

10   the Court.

11         MR. SUNDARAM:  Well, I mean, there are agreements --

12         THE COURT:  In the plea agreement, did he agree to

13   restitution in the amount of $4.7 million?

14         MR. SUNDARAM:  Yes.

15         MR. GIBALDI:  He didn't agree --

16         THE COURT:  But he didn't sign the plea agreement,

17   so what difference does it make?

18         MR. SUNDARAM:  What was offered to him was an

19   agreement whereby he would have to agree to that.  In the

20   cooperation agreement, he didn't have to agree to it.  And, in

21   fact, his counsel said at the plea, the close of the plea

22   that -- I think the Government said it was 400 and then he

23   made clear -- I think it was you were asking him in the

24   allocution if there's agreement, and then the Government -- I

25   mean his lawyer, Mr. Schwartz, corrected everybody and said

M. Singh - Cross - Sundaram                    376

1    that's not part of the agreement, he's not agreeing to that.

2          But that is the Government's estimate.

3          THE COURT:  In the original plea agreement, did he

4    have to agree to it?

5          MR. SUNDARAM:  Yes.

6          THE COURT:  Where's the plea agreement, the original

7    one that was offered to him that, by the way, you should point

8    out he didn't sign because it sounds like he signed two

9    different agreements.

10         Does the Government have a copy of the plea

11   agreement that was offered to him?

12         MR. GIBALDI:  I do, your Honor.  I'm pulling it up.

13   I'm seeing if we have a paper copy, but --

14         MR. SUNDARAM:  I have a paper copy.

15         THE COURT:  Well, how do you know what plea

16   agreement was given to him; was it turned over as 3500?

17         MR. SUNDARAM:  Yes.  There was some initial

18   disagreement about whether the Government would agree to turn

19   it over.

20         It says restitution mandatory in the amount of

21   $4.7 million.

22         THE COURT:  Was it in his agreement that he had to

23   agree that that was the amount of restitution or just that the

24   Government was saying that was what it was?

25         MR. SUNDARAM:  The plea agreement says restitution

M. Singh - Cross - Sundaram                    377

1    is mandatory in the amount of $4.7 million and change.

2              THE COURT:  Is that in the penalty section?

3              Where do you have in that plea agreement that he had

4    to agree to that?

5              If it's in the penalty section, that just means

6    that's what the Government is saying the potential penalty can

7    be.  It doesn't mean he has to agree to it.

8              Somewhere in that plea agreement is it required that

9    he agree to it?

10             MR. GIBALDI:  Your Honor, I can answer that.

11             THE COURT:  What's the answer?

12             MR. GIBALDI:  You're right, the restitution amount

13   is in paragraph one of the agreement which, as your Honor is

14   familiar with, is the standard where we set forth the

15   potential penalties, the maximum/minimum terms of

16   imprisonment.  And it says one of the possible penalties is

17   restitution mandatory in the amount of $4.7 million to be paid

18   in accordance with the restitution order to be filed under

19   seal with the Court in connection with the plea.

20             THE COURT:  Is there anywhere in the agreement where

21   he says:  I agree to that amount of restitution and I agree to

22   pay it?

23             MR. GIBALDI:  No, your Honor.

24             MR. SUNDARAM:  I've gotten different plea

25   agreements; some that just say restitution in amount to be

M. Singh - Cross - Sundaram                 378

1  determined by the Court, and the Government sometimes puts its

2  estimate on the record.

3          The way this is phrased is that it has to be in

4  accordance with the order to be filed under seal with the

5  Court, which is going to be filed by the Government.  So, I

6  did take that to mean that the Government was stating that

7  that was the restitution amount and that the Defendant would

8  have to pay, as opposed to an amount to be just determined by

9  the Court that the Defendant doesn't agree.  Because of the

10 way it's worded, it's in accordance with the order to be filed

11 under seal, which is by the Government.

12         THE COURT:  I'm sorry, where does it say in

13 accordance with an order to be filed under sealed?

14         MR. SUNDARAM:  It's Page 2.

15         THE COURT:  Somebody has a copy of the plea

16 agreement?

17         MR. SUNDARAM:  Paragraph C, Paragraph D, Paragraph

18 1E, sorry.

19         THE COURT:  What does it say again, tell me?

20         MR. PITLUCK:  Judge, can I just try to cut this?

21         This is for a statute that is mandatory, which is

22 this statute, we write that restitution is mandatory in an

23 amount.  That is the Government's estimate.  Nobody is bound

24 by that until the Court orders it.

25         The reason, Judge, we turned this over is because

M. Singh - Cross - Sundaram                    379

1   there is some argument that there could be a benefit here

2   because a plea agreement was extended, it was not accepted,

3   and the ultimate agreement that was extended that was signed

4   was different.

5        We were overly cautious but we were concerned about

6   it for this very reason.  There is now being a trial within a

7   trial as to what an agreement that he did not sign, and, by

8   the way, that was advanced to all defendants, is now being put

9   forth for him as a motivation to lie.

10       THE COURT:  I didn't hear objection from anybody.  I

11  raised it because I don't want the jury to be misled, but I

12  didn't hear anyone from the Government's table objecting to

13  any of this.

14       MR. PITLUCK:  Your Honor, quite frankly, we're going

15  to redirect on it.  He also really didn't seem to understand

16  it at all.  So, it's confusing to him, it's confusing the

17  jury.  Quite frankly, I didn't understand it, the Court

18  didn't.

19       At this point, Judge, I think we can give an

20  instruction the agreement wasn't signed --

21       THE COURT:  I think you can bring that out.  I mean

22  there is an argument to be made that he got a much more

23  favorable plea later than was offered to him in the beginning,

24  one that he rejected.  You can make that argument.

25       I don't know if the argument really -- it holds up

M. Singh - Cross - Sundaram                    380

1   to some extent when they say, well, the Government was going

2   to argue he should get a sentence within the guidelines but

3   now they're not.  So, there are those kinds of differences.

4          The only difference with the restitution is an

5   amount.  The Government's prediction of what it would be was

6   put in this letter and in the other letter they just say they

7   leave it up to the Court.  And there could actually -- well,

8   never mind.  You've only got two minutes, so, if you want to

9   take your recess.

10          Your off this topic, I take it.  What else do you

11   have to question the witness about?

12          Just about 15 minutes left, you said?

13          MR. SUNDARAM:  Well, I mean, I don't know if it's

14   coincidence, it seemed to go faster after Mr. Schwartz came

15   back.  So, it may be 10 minutes, it may be 15 minutes, it may

16   even be less.  I'm going to wrap up on just the benefits --

17   it's going to be a little more and that's it.

18          THE COURT:  You're going over the cooperation

19   agreement with him.  That's the last area of inquiry, then?

20          MR. SUNDARAM:  Yes.

21          THE COURT:  All right.

22          (Recess taken.)

23

24          (Continued on the following page.)

25

Mandeep Singh - cross - Sudaram                    381

1    (Continuing.)

2            (Jury enters.)

3            THE COURT:  Ladies and gentlemen, you can be seated.

4    BY MR. SUNDARAM:

5    Q    Mr. Singh, as you testified yesterday the cooperation

6    agreement that you signed gives you the possibility of

7    immigration benefits, is that correct?

8    A    Yes, sir.

9    Q    The answer is yes?

10   A    Yes.

11   Q    And the immigration benefit that you could get is

12   something called an S Visa; correct?

13   A    I hope that.

14   Q    Right, because the reason you hope that is because you

15   understand that it could mean, as you put it yesterday, that

16   there will be no deportation for you; correct?

17   A    Yes.

18   Q    And I'm going to talk about the previous plea agreement

19   you were offered again.  Now, the plea agreement was offered

20   to you back in October, October 8th of 2021, right?

21   A    Yes, October 8th, 2022.

22   Q    And obviously you did not accept and you did not sign

23   that plea agreement; correct?

24   A    I did not.

25   Q    Instead, you continued to fight the case for a few more

Mandeep Singh - cross - Sudaram                382

1    months; right?

2    A    Yes.

3    Q    And you didn't plead guilty until you got the cooperation

4    agreement; right?

5    A    Yes.

6    Q    Now, the plea agreement didn't make any mention of an S

7    Visa; correct?  The plea agreement you turned down in October?

8    A    No.

9    Q    It did not?

10   A    No.

11   Q    Instead the plea agreement that you turned down in

12   October actually said the following:  It said the defendant

13   recognizes --

14            MR. GIBALDI:  Objection, Your Honor.

15            THE COURT:  I will sustain the objection.

16   BY MR. SUNDARAM:

17   Q    In the plea agreement that you didn't sign -- I'm sorry,

18   again, under the plea agreement from October you would have

19   had to plead guilty to the bank fraud conspiracy conviction;

20   right?

21            MR. SUNDARAM:  Your Honor, I'm going to ask if we

22   can show the witness Defense Exhibit -- this is just to

23   refresh his recollection about what --

24            THE COURT:  You want to put an exhibit tag on it so

25   we know what's being shown?  Does it have a number?

Mandeep Singh - cross - Sudaram                    383

1          MR. SUNDARAM:  It's DX 66.

2          MR. GIBALDI:  Your Honor, I didn't hear him say that

3     he didn't remember anything.

4          THE COURT:  I am not sure -- what is the question

5     that was last asked?

6          MR. SUNDARAM:  The question is isn't it true which

7     he agreed to earlier that under the plea agreement he was

8     previously offered, he would have had to plead guilty to Count

9     One which was the bank fraud conspiracy.

10          THE COURT:  Is that correct that under the first

11    plea agreement you would have had to plead guilty to the bank

12    fraud conspiracy?  Do you remember that that was what was

13    first offered to you?

14          THE WITNESS:  Yes.

15    BY MR. SUNDARAM:

16    Q    And isn't it true also that the plea agreement stated

17    that the offense to which you would be pleading guilty is an

18    offense that requires deportation?

19    A    Yes.

20    Q    I'm going to ask you about what it is you agreed to do

21    under the cooperation agreement?

22    A    Okay.

23    Q    And one of the things you've agreed to do, what you said

24    yesterday is that you've agreed to be truthful; correct?

25    A    Yes.

Mandeep Singh - cross - Sudaram                384

1   Q    And you've read the cooperation agreement and had it been

2   explained to you by -- with the assistance of a Punjabi

3   interpreter; correct?

4   A    Yes.

5   Q    And you also had it explained to you by your lawyer;

6   correct?

7   A    Yes.

8   Q    Who is sitting here; right?

9   A    Yes.

10  Q    So I'm going to ask you under the cooperation agreement

11  isn't it the case that it's the Government that determines if

12  you had been truthful; correct?

13  A    Would you repeat the question, sir?

14  Q    The question is under the cooperation agreement that you

15  signed, it states that it's the Government that determines if

16  you've been truthful?

17  A    Please speak fi the question.

18  Q    Okay.  You testified that the requirement of the

19  cooperation agreement is that you testify truthfully; is that

20  right?

21  A    Yes.

22  Q    Okay.  Under the plea agreement it also states that it is

23  the Government who assesses whether you have been truthful?

24  A    Yes.

25  Q    Is that correct?

Mandeep Singh - cross - Sudaram                385

1   A    Yes.

2   Q    And it also states that the Government's decision about

3   whether you have been truthful is going to be binding on you?

4   A    Please repeat the question.

5   Q    Under the terms of the cooperation agreement --

6   A    Yes.

7   Q    The Government's assessment of your truthfulness shall be

8   binding on you?

9        MR. SUNDARAM:  Your Honor, I'm going to ask that we

10  put up Government Exhibit 313 which has been admitted into

11  evidence.

12       THE COURT:  Is that the cooperation agreement?

13       MR. SUNDARAM:  Yes.

14       THE COURT:  Put it up.

15       MR. SUNDARAM:  I'm going to ask that we put it on

16  paragraph 15, page nine.

17       (Exhibit published.)

18       MR. SUNDARAM:  I'm asking if the interpreter can

19  read the following portion in Punjabi to the witness and it's

20  the section that says under paragraph 15:  In this connection,

21  it is understood --

22       THE INTERPRETER:  Which line, sir?  Five or six

23  lines down paragraph 15, it says:  In this connection up to

24  where it says shall be binding upon him that one sentence.

25  A    Yes.

SN        OCR        RPR

Mandeep Singh - cross - Sudaram                    386

1  Q    Were you able to understand is that provision of the plea

2  agreement that the interpreter just read to you?

3  A    Yes.

4  Q    So would it be correct to say that under this plea

5  agreement, it is the Government's assessment of the

6  truthfulness and shall be binding upon the defendant?

7  A    Yes.

8  Q    And also I'm just going to -- that's all.

9         One last thing, in addition to agreeing -- one of

10  the things you agreed to under this cooperation agreement is

11  that you agreed to testify at any proceeding in the Eastern

12  District of New York as requested by the Government; is that

13  correct?

14  A    I will tell the truth, whatever truth is.

15  Q    My question is does the agreement require that you agree

16  to testify at this trial?

17  A    If the Government asks.

18  Q    I'm going to ask if we can put it on the last page, 13,

19  the signature page.

20         MR. SUNDARAM:  I would ask the interpreter to read

21  the part that says I have read the entire agreement and

22  discussed it with my attorney.  That line, that sentence, both

23  of those.

24  A    Yes.

25  Q    So you -- you signed above your name where it says I have

Mandeep Singh - cross - Sudaram                    387

1  read the entire agreement and discussed it with my attorney?

2  A    Yes.

3  Q    And also you signed that you understand its terms and you

4  are entering into it knowingly and voluntarily?

5  A    Yes.

6  Q    And under that it's also signed by your attorney, David

7  Schwartz; right?

8  A    Yes.

9  Q    And below that there's a signature it was translated by

10 A. Mishra, Punjabi interpreter; right?

11 A    Yes.

12 Q    And above all of those signatures there's a signature of

13 Mr. Gibaldi the assistant U.S. Attorney and his supervising

14 attorney; correct?

15 A    Yes.

16 Q    So you did read the agreement, discussed it and

17 understood it; correct?

18 A    Yes.

19 Q    Now I'm just going to direct you to page three, paragraph

20 four.  There, it says that the defendant's cooperation will

21 include the following:  And then down in paragraph 4-D it

22 says, the defendant agrees to testify at any proceeding in the

23 Eastern District of New York or elsewhere as requested by the

24 office.

25 A    Yes.

Mandeep Singh - cross - Haramati                    388

1    Q    So under this agreement once the Government asks you to

2    testify you were required to testify at this trial?

3    A    You have to be truthful.  You have to speak truthful.

4    Q    You have to testify, yes or no?

5           THE INTERPRETER:  Pardon me?

6    Q    Are you required to testify at this trial, yes or no?

7    A    Yes.

8    Q    Thank you.

9           THE COURT:  You've concluded your cross-examination?

10          MR. SUNDARAM:  Yes, Your Honor.

11          THE COURT:  Okay.  Ms. Haramati.

12   CROSS-EXAMINATION

13   BY MS. HARAMATI:

14   Q    Good afternoon, Mr. Singh, can you hear me?

15   A    Yes.

16   Q    I wanted to start by directing you towards your testimony

17   earlier this morning and yesterday?

18   A    Yes.

19   Q    Your testimony about the bank transfer that you testified

20   about in January 2018.

21   A    Yes.

22   Q    Do you remember that testimony?

23   A    Yes.

24   Q    You testified earlier today --

25   A    Yes.

Mandeep Singh - cross - Haramati                389

1    Q      -- that you transferred approximately $450,000 --

2    A      Yes.

3    Q      -- to Jasminder Singh's account --

4    A      Yes.

5    Q      -- and that that transfer to Jasminder Singh's account --

6    A      Yes.

7    Q      -- was in order to conceal money from American Express?

8    A      Yes.

9    Q      Okay.

10          MS. HARAMATI:  I would ask us to please have a look

11   at Government Exhibit 161-B.  Ms. Khanas if you can put it up

12   it's already in evidence.

13          (Exhibit published.)

14   Q   Mr. Singh, do you see Government Exhibit 161 --

15   Government Exhibit 161-B which is the Quick Wholesale account

16   ending in --

17          MR. GIBALDI:  Your Honor, I don't believe this

18   document is in evidence if the defense wants to move it in we

19   don't object.

20          MS. HARAMATI:  My apologies, I thought you had gone

21   over this with him earlier today.  In that case I would move

22   it into evidence.

23          THE COURT:  161-B?

24          MS. HARAMATI:  Government Exhibit 161-B.

25          THE COURT:  It will be received.

Mandeep Singh - cross - Haramati                    390

1          MS. HARAMATI:  Thank you.

2          (Government Exhibit 161-B received in evidence.)

3          MS. HARAMATI:  At the same time, for efficiency, I

4    would ask to also move in Government Exhibit 155-B if that is

5    not in evidence already.

6          MR. GIBALDI:  No objection.

7          THE COURT:  All right, that will be received.

8          (Government Exhibit 155-B received in evidence.)

9          MS. HARAMATI:  Thank you very much.

10         (Exhibit published.)

11   BY MS. HARAMATI:

12   Q    So, Mr. Singh, just to direct your attention again to

13   Government Exhibit 161-B.

14   A    Yes.

15   Q    This is the Quick Wholesale savings account that I

16   believe you testified earlier about the account opening

17   documents.  Do you remember that?

18   A    Yes.

19   Q    And this is the account that relates to your testimony

20   from earlier today from which you testified that you moved

21   money to Jasminder Singh's account?

22   A    I'm not sure if it's a savings account or a checking

23   account.

24         MS. HARAMATI:  Ms. Khanas if you could go to page

25   five of the statement.

1              (Exhibit published.)

2    Q    Do you see the withdrawal on January 18th?

3    A    Yes.

4    Q    That's for $455,000?

5    A    Yes.

6    Q    And that is the transfer that you testified about earlier

7    today on your direct testimony?

8    A    Yes.

9    Q    Which you transferred to Jasminder Singh's account to

10   conceal money from American Express?

11   A    Yes.

12   Q    That's your testimony; right?

13   A    Yes.

14        MS. HARAMATI:  If we could put up Government Exhibit

15   155-B, Ms. Khanas.

16        (Exhibit published.)

17        MS. HARAMATI:  If you could scroll down to show it's

18   Government Exhibit 155-B.  Thank you.  Now let's please look

19   at page five of this statement if you could scroll down to the

20   deposits here.

21   BY MS. HARAMATI:

22   Q    Mr. Singh, do you see that January 18th deposit in the

23   amount of 455 $1,000?

24   A    Yes.

25   Q    And, so, fair to say that that is the corresponding

Mandeep Singh - cross - Haramati                    392

1   deposit to the 1/18 $455,000 withdrawal made from the Quick

2   Wholesale account?

3   A    I do not remember this.

4            MS. HARAMATI:  Ms. Khanas, if we could put up

5   Government Exhibit 161-B page five next to this Government

6   Exhibit 155-B, page five.

7            (Exhibit published.)

8   Q    You see the amounts are the same for the deposit in

9   Government Exhibit 155-B on the right?

10  A    Yes.

11  Q    And the dates are the same, January 18, January 18th?

12  A    Yes.

13  Q    The Quick Wholesale is a withdrawal.  Do you see that?

14  A    Would you repeat the question again?

15  Q    Sure.  The Quick Wholesale account on the left which is

16  Government Exhibit 161-B, page five, that reflects a

17  withdrawal?

18  A    Yes.

19  Q    And on the right Government Exhibit 155-B, page five,

20  reflects a deposit?

21  A    Yes.

22  Q    Okay.  So would you -- is it fair to say that this --

23  these two correspond to each other; one being the deposit and

24  one being the withdrawal?

25  A    I did not understand your question.

1  Q    Okay.  That's fine.  You see that the dates are the same

2  for these two transactions, the dates are the same?

3  A    Yes.

4  Q    The amounts are the same?

5  A    Okay.

6  Q    One is a withdrawal?

7  A    Yes.

8  Q    And one is a deposit?

9  A    Yes.

10 Q    And, so, is it fair to say that these two correspond to

11 each other?

12 A    I know that I had transferred $455,000.

13         THE COURT:  But where did you transfer it to?

14         THE WITNESS:  Into Jasminder Singh's account Ekam

15 Trading Inc. account.

16 BY MS. HARAMATI:

17 Q    You said you transferred it to Jasminder Singh's Ekam,

18 Inc. account?

19 A    Yes.

20 Q    And that's not what you testified to on direct exam.  You

21 testified on direct that you transferred it to Jasminder

22 Singh's account?

23 A    I had been given and provided Jasminder Singh's account

24 and I was told this is Jasminder Singh's account.

25 Q    Okay.  I understand.  I understand.  Just going just

1   going to this Ekam Trading --

2           MS. HARAMATI:  If you can go to the first page,

3   Ms. Khanas.

4           (Exhibit published.)

5   Q    This is the -- you see that this is the Ekam Trading

6   account ending in 1268.  Do you see that?

7   A    Yes.

8   Q    And is that the account you transferred the money to?

9   A    I have been provided account number and the name.

10          THE COURT:  The question is do you remember now the

11   account number that you were given?

12          THE WITNESS:  I don't remember that one.

13   BY MS. HARAMATI:

14   Q    Just to make sure that everyone is on the same page I'm

15   going to ask to admit Government Exhibit 161-F?

16          THE COURT:  161-F will be received.

17          (Government Exhibit 161-F received in evidence.)

18          MS. HARAMATI:  Ms. Khanas, if you can put up

19   Government Exhibit 161-F.

20          (Exhibit published.)

21          MS. HARAMATI:  And while that is being pulled up I

22   am also going to ask to admit Government Exhibit 155-C.

23          THE COURT:  155-C will be received.

24          (Government Exhibit 155-C received in evidence.)

25          MS. HARAMATI:  Ms. Khanas, if you can put up 161-F

1    and 155-C right next to the other.

2                 (Exhibit published.)

3    BY MS. HARAMATI:

4    Q    Mr. Singh, Government Exhibit 161-F on the left is the

5    withdrawal of the $455,000; right?

6    A    Yes.

7    Q    The one transaction that you did on this bank account is

8    your testimony?

9                 THE INTERPRETER:  Pardon me?

10   Q    That's the one transaction you did on this bank account?

11   A    I remember only one transaction I might have done.

12   Another transaction I'm not -- I can't say.

13   Q    But in any event, that's your signature on Government

14   Exhibit 161-F, the transaction you completed?

15   A    Yes.

16   Q    And let's just look at Government Exhibit 155-C on the

17   right.  This is the same day.  This is the corresponding Ekam

18   Trading, Inc. transfer?

19   A    Yes.

20   Q    Great.  So these are the transactions that relate to your

21   testimony about concealing money from American Express by

22   moving out of the Quick Wholesale account?

23   A    Yes.

24   Q    Now, Mr. Singh, you're aware that Ekam Trading, the

25   account into which the $455,000 was moved, also had debts to

Mandeep Singh - cross - Haramati                    396

1   American Express?

2   A    Yes.

3   Q    And you're aware, aren't you, that at the time -- by the

4   end of January 2018 Ekam Trading actually had something like

5   $500,000 of debt to American Express?

6   A    I do not know.

7   Q    You don't know the amount but you do know that there were

8   debts?

9   A    I do not know regarding Ekam Trading, Inc.

10  Q    But you knew that Ekam Trading was one of the businesses

11  through which Jasminder Singh transacted his iPhone business?

12  A    Yes.

13  Q    And you had used American Express cards to buy iPhones

14  that were in the name of Ekam Trading Inc. to buy iPhones?

15  A    Through credit card or gift card, yes.

16  Q    So, it's your testimony that you -- that you made an

17  effort to conceal money from American Express by moving

18  $455,000 from one entity that had debts to American Express to

19  another entity that also had debts to American Express?

20  A    No.

21  Q    That's not your testimony?

22  A    No.

23  Q    But that is what you did?

24  A    I transferred the money from Quick Wholesale account to

25  Jasminder Singh's account. (Continued on the following page.)

1  BY MS. HARAMATI (Continuing):

2  Q    And it was your testimony that Jasminder Singh -- your

3  testimony earlier today was that Jasminder Singh gave you the

4  account number, and you took that account number to the bank?

5         MS. HARAMATI:  Translate, please.

6  A    Yes.

7  Q    And you transferred the money, $455,000.

8  A    Yes.

9  Q    From the Quick Wholesale account.

10 A    Yes.

11 Q    To the account that Jasminder Singh told you to move it

12 to.

13 A    Yes.

14 Q    And that was your testimony from this morning.

15 A    Yes.

16 Q    And the transfer that you made was from Quick Wholesale?

17 A    Yes.

18 Q    To Ekam Trading Inc.?

19 A    Yes, that's what I had sent.

20 Q    Relatedly, you testified this morning about the

21 establishment of Quick Wholesale.

22 A    Yes.

23 Q    You remember that you testified that you established

24 Quick Wholesale at -- after you had worked with Jasminder

25 Singh for several years, right?

M. Singh - Cross - Haramati                398

1    A    Yes, I had been working with him for the last -- some
2    time.
3    Q    And you saw that business was going well for Mr. Singh
4    during that time.
5    A    Yes.
6    Q    And, so, you were interested in the idea of opening a
7    company in your name too, right?
8            THE INTERPRETER:  Would you repeat that, ma'am?
9    Q    Sure.  Since you saw business was going well --
10   A    Yes.
11   Q    -- you were interested in opening a company in your name
12   too.
13   A    Yes.
14   Q    But you were new to the business.
15   A    Yes.
16   Q    And your English wasn't that good.
17   A    Yes.
18   Q    You didn't have a lot of business experience; is that
19   your testimony?
20   A    Yes.
21   Q    Other than the work that you had done, obviously, in
22   Mr. Jasminder Singh's business for the last two or so years.
23   A    Yes.
24   Q    And so, Mr. Singh offered to help open accounts in your
25   name.  You agreed to that.

M. Singh - Cross - Haramati                    399

1   A    Yes.

2   Q    And you -- and you opened in conjunction with his

3   business the Quick Wholesale TD accounts we saw, right?

4          THE INTERPRETER:  Would you please repeat that,

5   ma'am?

6   Q    In connection with the business that he was running, you

7   opened the Quick Wholesale TDBank accounts we saw?

8   A    Yes.

9   Q    And the American Express credit cards were also opened in

10  the name of Quick Wholesale's business?

11  A    Yes.

12  Q    And you were -- you allowed Jasminder Singh to manage the

13  day-to-day operations of Quick Wholesale's business.

14  A    Yes.

15  Q    And, so, when he had -- when you opened the TDBank

16  accounts, you gave him the account information?

17         THE INTERPRETER:  Would you please repeat that?

18  Q    When you opened the TDBank account, you gave him the

19  account information?

20  A    Yes.

21  Q    And you knew that he would be managing payments and

22  receipts to and from the account?

23  A    Yes.  Jasminder Singh was taking care of everything.

24  Q    So, that's with respect to the TD account.

25         And with respect to the American Express accounts,

M. Singh - Cross - Haramati                           400

 1   same thing, right?

 2              THE INTERPRETER:  Repeat that, ma'am, please.

 3   Q    With respect to the American Express accounts, it's the

 4   same thing, Jasminder Singh was taking care of everything.

 5   A    Yes.

 6   Q    You knew that -- and you knew that, right?

 7   A    Yes.

 8   Q    And you were comfortable with that.

 9   A    Yes.

10   Q    And you knew that he was handling online payments for the

11   American Express accounts?

12   A    Yes, everything.

13   Q    And when problems started, you know, in January and

14   February 2018, you knew that American Express would be

15   contacting him because he was the one who was managing the

16   accounts, so it makes sense.

17   A    Yes.

18   Q    And when American Express called on the telephone, you

19   knew that Jasminder Singh would be the one speaking to them on

20   your behalf.

21   A    Yes.

22   Q    In fact, there were times when he was on the phone with

23   American Express and he used your name that you were standing

24   with him.

25   A    Sometime I was there, sometime I was not.

M. Singh - Cross - Haramati                      401

1    Q    I understand, but you were there sometimes.

2    A    Yes.

3    Q    And it was fine with you.

4         THE INTERPRETER:  Pardon me, ma'am?

5    Q    It was fine with you that he managed the business.

6    A    Yes.

7    Q    You allowed Jasminder Singh to manage the American

8    Express iPhone business in your name because you trusted him,

9    right?

10   A    Yes.

11   Q    You guys were friends?

12        THE INTERPRETER:  Pardon me?

13   Q    You guys were friends.

14   A    Yes.

15   Q    And you had worked with him for a few years.

16   A    Yes.

17   Q    And everything had always gone well?

18   A    Yes.

19   Q    So, you believed that he would use the American Express

20   cards in his business and pay them back.

21        THE INTERPRETER:  Repeat that, ma'am, please.

22   Q    You believed he would use the American Express cards in

23   his business and pay them back.

24   A    Yes.

25   Q    Just as he always had before.

M. Singh - Cross - Haramati                    402

1           THE INTERPRETER:  Pardon me, ma'am?

2  Q    Just as he always had before.

3  A    Yes.

4  Q    Let's just switch topics for a moment.  I believe that

5  you testified on direct examination and just now that

6  Jasminder was the one who controlled the Quick Wholesale TD

7  accounts, right?

8  A    Yes.

9  Q    And it's true that Jasminder Singh was the one who had

10 taken care of the other large Quick Wholesale transaction.

11 A    Yes.

12 Q    You weren't involved in those.

13          THE INTERPRETER:  Pardon me?

14 Q    You were not involved in those.

15 A    Yes.

16 Q    Okay.

17          MS. HARAMATI:  So, I just would like to put back on

18 the screen Government Exhibit 161-B for a moment.

19          (Exhibit published to the jury.)

20          MS. HARAMATI:  I'd also like to ask to admit

21 Government Exhibit 158-B.

22          Is there any objection?

23          MR. GIBALDI:  There's no objection from the

24 Government.

25          THE COURT:  That's not yet in evidence?

M. Singh - Cross - Haramati                403

1       MS. HARAMATI:  I believe another subpart of this
2   exhibit was admitted earlier today but not this portion.
3       THE COURT:  It will be received.
4       MS. HARAMATI:  Thank you.
5       (Government Exhibit 158-B so marked.)
6       MS. HARAMATI:  Ms. Khanas, if you could put up
7   Government Exhibit 161-B, and let's just have a look at that
8   again.
9       (Exhibit published to the jury.)
10  Q    Okay.  This is, again, not to be repetitive, but the same
11  bank account we were looking at a few moments ago with the
12  $455,000 withdrawal.
13  A    Yes.
14      MS. HARAMATI:  Now, if we could just scroll up,
15  please, to the beginning of this statement.  Actually, let's
16  look at Page 3, which is the start of the January 2018
17  statement period.
18      THE INTERPRETER:  What's the question, ma'am?
19  Q    It's the start of the 2018 statement period; do you see
20  that?
21  A    Yes.
22      MS. HARAMATI:  And Ms. Khanas, if you could just
23  scroll down a bit.
24  Q    We have a little further, you see online transfer on
25  January 16 for $87,999?

1    A    Yes.

2    Q    It's your testimony that you were not involved with that,

3    right?

4    A    Yes, I do not have any, none.

5    Q    The same thing with the following transaction on the same

6    day, January 16, for $415,469.  You weren't involved with that

7    either, right?

8    A    Yes, I had no knowledge.

9            MS. HARAMATI:  Now, to go to Government Exhibit

10   158-B.

11           (Exhibit published to the jury.)

12           MS. HARAMATI:  Thank you, Ms. Khanas.

13   Q    This is the TD Quick Wholesale checking account that you

14   testified to earlier, right?

15   A    Yes.

16           MS. HARAMATI:  And let's just scroll down to Page 3

17   of this statement.

18           You know what?  Actually, let's do Page 5, let's do

19   Page 5 of the statement.

20   Q    You see the payments?

21           MS. HARAMATI:  If you could, scroll down.

22   Q    The 1/16 online transfer for $415,469, you weren't

23   involved in that?

24   A    I don't have any knowledge regarding that.

25   Q    And the same thing, let's just -- the next one,

M. Singh - Cross - Haramati                405

1  January 16, online transfer for $265,000, you weren't involved

2  with that one either.

3  A    No.

4         MS. HARAMATI:  Ms. Khanas, if you could just scroll

5  down to put all of the electronic payments here.  That's good.

6  Q    Just have a look at all of these electronic payments on

7  Page 5 of 158-B.  If you could please review those, Mr. Singh.

8  Let me know when you've had a look.

9  A    Jasminder Singh had been handling this.  I have no

10 knowledge regarding that.

11 Q    So, it's your testimony that -- all of these transactions

12 from these two Quick Wholesale accounts opened in your name,

13 there were numerous transactions in and out in January of 2018

14 that we just reviewed, right?

15 A    Yes.

16 Q    And it's your testimony that Jasminder Singh was the one

17 who took care of all of these transfers.

18 A    Yes.

19 Q    All the ones we just looked at in Government Exhibit

20 158-B?

21        All of the transactions we're just looking at right

22 now in Government Exhibit 158-B, Jasminder Singh took care of

23 all of those?

24 A    Yes.

25 Q    And going back to Government Exhibit 161-B, these large

M. Singh - Cross - Haramati                      406

1  transactions in January 2018, January 16, it's your testimony

2  Jasminder Singh took care of these?

3  A    Yes, he had that.

4           MS. HARAMATI:  Just scrolling down now to Page 5 of

5  Government Exhibit 161-B, the same Quick Wholesale savings

6  account, it's your testimony that the only transaction you

7  were involved in of all of these transactions we just reviewed

8  in January 2018 was this one -- large transactions, I'll say,

9  $455,000.

10 A    Yes.

11 Q    The one that just so happens to be the concealment, is

12 your testimony.

13 A    Yes.

14 Q    Okay.  Let's just turn to another topic.  Now, you've

15 testified today about -- we were just discussing your

16 testimony about this $455,000 concealment transaction that you

17 testified about on direct.

18 A    Yes.

19 Q    And you addressed it to some extent also with

20 Mr. Sundaram on his cross-examination.

21           Do you remember your testimony there?

22 A    Yes.

23 Q    And you -- on your direct testimony yesterday, you

24 testified that you were not completely truthful with the

25 Government in October 2021.

M. Singh - Cross - Haramati                407

1   A    Yes.

2   Q    And let me ask you this:  In October 2021, you had a

3   meeting with the Government that you discussed already with

4   Mr. Sundaram a bit, right?

5   A    Yes.

6   Q    At that meeting, your lawyer was there with you?

7   A    Yes.

8   Q    And the prosecutors were there?

9   A    Yes.

10  Q    Mr. Gibaldi?  Mr. Campbell?

11  A    Yes.

12  Q    Agent Shen, who is also sitting at the Government table,

13  was there?

14  A    Yes.

15  Q    No representatives of Jasminder Singh or Rajpreet Kaur

16  were there, right?

17  A    No.

18  Q    You signed an agreement to be -- that warned you that you

19  had to be completely truthful, right?

20  A    Yes.

21       MS. HARAMATI:  Excuse me just one moment.

22       (Pause in proceedings.)

23  Q    Now, let me ask you this:  You signed a similar -- you

24  spoke to the Government a second time, right; February 28,

25  2022, right?

M. Singh - Cross - Haramati                    408

1   A     Yes.

2   Q     And it was the same set-up; right, you were there with

3   your attorney?

4   A     Would you please repeat the question?

5   Q     The meeting in February 2022 was similar to the meeting

6   in October in that you were there with your attorney, right?

7   A     Yes.

8   Q     And the prosecutors were there, right?

9   A     Yes.

10  Q     And it took place at the U.S. Attorney's Office down the

11  block?

12  A     Yes.

13  Q     And FBI Agent Shen was there?

14  A     Yes.

15  Q     And you had a translator there?

16            THE INTERPRETER:   Pardon me?

17  Q     You had a translator there?

18  A     Yes.

19  Q     And, again, you signed another agreement at that time

20  that warned you that it was a crime to lie during that

21  interview, right?

22  A     Yes.

23  Q     Okay.  And then you had a third meeting that same week as

24  the February meeting, on March 3, 2022.

25  A     Yes.

M. Singh - Cross - Haramati                              409

1   Q    Same set-up, right?

2   A    Yes.

3   Q    You were there with your lawyer?

4   A    Yes.

5   Q    It was at the U.S. Attorney's Office?

6   A    Yes.

7   Q    The prosecutors were there; Mr. Gibaldi, Mr. Campbell?

8   A    Yes.

9   Q    FBI Agent Shen was there?

10  A    Yes.

11  Q    No representatives for Jasminder Singh or Rajpreet Kaur

12  were there?

13  A    No.

14  Q    And you signed there also another agreement warning you

15  that it was a crime to lie to the Government during that

16  meeting, right?

17          THE INTERPRETER:  Please repeat that, ma'am.

18  Q    During that meeting, you also signed an agreement that it

19  was a crime to lie to the Government?

20  A    Yes.

21          MS. HARAMATI:  Now I'm going to ask to put up for

22  the witness only what has been premarked Defense Exhibit 41,

23  42, and 43.

24          THE COURT:  I don't recall, are these in evidence?

25          MS. HARAMATI:  No, your Honor, they are not in

M. Singh - Cross - Haramati                    410

1   evidence.

2            I have a hard copy for the Court, if you would like.

3            THE COURT:  No, that's all right.

4            So, these are just being shown to the witness?

5            MS. HARAMATI:  Just to the witness, yes.

6   Q    Mr. Singh --

7            MS. HARAMATI:  It's a little awkward because I can't

8   see what the witness is seeing.

9   Q    -- let me ask you, do you see Defense Exhibit 41?

10  A    Yes.

11  Q    And you see --

12           MS. HARAMATI:  If you could please scroll down to

13  Page 2, Ms. Khanas, of Defense Exhibit 41.

14  Q    Do you see your signature there?

15  A    Yes.

16  Q    It's dated October 5, 2021?

17  A    Yes.

18           MS. HARAMATI:  I would move for admission of DX-41,

19  which is the October 2021 proffer agreement.

20           MR. GIBALDI:  Your Honor, we object.

21           THE COURT:  I don't understand the basis for the

22  objection.

23           MR. GIBALDI:  I don't know how his proffer agreement

24  with the Government is admissible in evidence.

25           THE COURT:  Well, his cooperation agreement was.

M. Singh - Cross - Haramati                          411

1    The Government moved it into evidence.

2            MR. GIBALDI:  Well, it was on agreement --

3            THE COURT:  Let me just see...

4

5            (Continued on the following page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sidebar                                    412

1        (The following occurred at sidebar.)

2        THE COURT:  If you sign an agreement with the

3   Government, which was a proffer agreement at that point in

4   time, and the argument is that he didn't live up to the

5   provisions of that agreement, why can't they admit the

6   proffer agreement into evidence to understand what --

7        MR. GIBALDI:  I think they're entitled, as they

8   have, to ask him if he agreed to tell the truth and then get

9   into that.  I don't see how the agreement itself, though, is

10  admissible in evidence.

11       MS. HARAMATI:  Your Honor, this is obviously for the

12  purposes of impeachment.  Mr. Sundaram has already gotten into

13  some of the --

14       THE COURT:  Yes, he has.

15       MS. HARAMATI:  -- blatant inconsistencies after he

16  was warned in these proffer sessions and the fact that it's

17  black and white in this agreement.  And I will say that a

18  contract is nonhearsay --

19       THE COURT:  I will allow it, but can you not

20  everything go over the same ground Mr. Sundaram went over for

21  an hour?

22       MS. HARAMATI:  I plan to talk about other

23  inconsistencies that relate to my client, not that relate

24  Ms. Kaur.

25       THE COURT:  I'll permit it to come into evidence.

Sidebar                                                      413

1          MS. HARAMATI:  Just to be clear, you want me to not

2    do the same song and dance for the other two proffer

3    agreements and we can admit the three without him identifying

4    his signatures?

5          Whatever the Court prefers.

6          MR. GIBALDI:  Look, obviously, we have the same

7    objection, but I think if they can lay a foundation, we would

8    agree that that's --

9          THE COURT:  You want them to lay the foundation.

10          MR. GIBALDI:  If there's agreement, I understand the

11    Court's ruling on it.

12

13          (Continued on the following page.)

14

15

16

17

18

19

20

21

22

23

24

25

M. Singh - Cross - Haramati                414

1             (Sidebar ends; in open court.)

2             (Defendants' Exhibit 41 so marked.)

3             MS. HARAMATI:  Ms. Khanas, if you could just publish

4    for the jury or if we can publish for the jury Defense Exhibit

5    41 before we move on.

6             (Exhibit published to the jury.)

7    BY MS. HARAMATI:

8    Q    And this, just for the record, is the proffer agreement

9    signed by you, Mr. Singh, that we were just reviewing, dated

10   October 5, 2021.

11            THE INTERPRETER:  Ma'am, I was not paying attention.

12   Would you please repeat that?

13   Q    Just for the record, this, Mr. Singh, is the proffer

14   agreement you signed on October 5, 2021 that you had just

15   identified.

16   A    Yes.

17            MS. HARAMATI:  I think if you could please take that

18   down, and then for the witness only for efficiency, I would

19   like to put up only for the witness Defense Exhibits 42 and

20   43.

21   Q    Mr. Singh, let me know when they're up on your screen.

22            THE INTERPRETER:  Yes, it is on the screen.

23            MS. HARAMATI:  Ms. Khanas, if you could just scroll

24   down to the second page of both.

25   Q    Mr. Singh, let me know when you've had an opportunity to

M. Singh - Cross - Haramati                          415

1   review that.

2   A    Yes.

3   Q    And you see Defense Exhibit 42 has your signature on it;

4   do you see that?

5   A    Yes.

6   Q    And it's dated February 28, 2022?

7   A    Yes.

8   Q    And Defense Exhibit 43 is dated March 3, 2022?

9   A    Yes.

10  Q    And it has your signature on it also.

11  A    Yes.

12

13            (Continued on the following page.)

14

15

16

17

18

19

20

21

22

23

24

25

Mandeep Singh - cross - Haramati                416

1   BY MS. HARAMATI: (Continuing.)

2          MS. HARAMATI:  And Ms. Khanas, let's just -- since

3   they're all the same -- you know what, let's publish

4   Defendant's Exhibits 42 and 43 for the jury to have a look at

5   briefly before we move on.

6          THE COURT:  So 42 and 43 are being offered?

7          MS. HARAMATI:  Yes, Your Honor.

8          THE COURT:  They will be received.

9          (Defendant's Exhibits 42 and 43 received in

10  evidence.)

11         (Exhibit published.)

12  BY MS. HARAMATI:

13  Q    And, Mr. Singh, these are Defendant's Exhibits 42 and 43

14  that we were just reviewing; right?

15  A    Okay.

16         MS. HARAMATI:  And if you could just scroll up, just

17  blow up one of them, either one, please.

18         (Exhibit published.)

19  BY MS. HARAMATI:

20  Q    So you see on Defendant's Exhibit 43 if you could scroll

21  up to the first page, where it says on paragraph --

22         MS. HARAMATI:  If we can scroll down to paragraph

23  two where it says making a false statement to federal law

24  enforcement including during this meeting and obstructing a

25  federal investigation are crimes.

Mandeep Singh - cross - Haramati                417

1   Q    Do you see that?

2        THE INTERPRETER:  Would you repeat it?

3   Q    Making a false statement to federal law enforcement

4   including during this meeting and obstructing a federal

5   investigation are crimes.

6   A    Yes.

7   Q    And you signed one of these agreements with the same

8   warning prior to each of your meetings with the Government?

9        THE COURT:  You mean before he signed his

10  cooperation agreement?

11  Q    Yes, sorry.  Before each meeting with the Government in

12  October, February 28 and March 3rd?

13  A    Please repeat the question.

14  Q    You signed one of these agreements that we just went

15  through, Defendant's Exhibits 41, 42, 43?

16  A    Yes.

17  Q    Prior to each meeting that you had with the Government on

18  October 6th, February 28, and on March 3rd let's talk a little

19  bit about the substance of what you told the Government at

20  each of those meetings?

21  A    Yes.

22  Q    So you already -- we've already covered that you were not

23  completely truthful with the Government in October; right?

24  A    Yes.

25  Q    But you testified yesterday on your direct --

1   A    Yes.

2   Q    -- that you were more honest in your later meetings?

3   A    Yes, I spoke truth.  Everything was truthful.

4   Q    Okay.  I understand.  You testified that the January 18,

5   2018 $455,000 transfer that we reviewed earlier this

6   afternoon --

7   A    Yes.

8   Q    -- that we reviewed this afternoon, that you made that

9   transfer knowing that you were going to conceal money from

10  American Express?

11  A    Yes.

12  Q    And that was Jasminder Singh's plan, and you knew it?

13  A    Yes.

14  Q    Now, let me ask you this:  Now when you spoke to the

15  Government on February 28, about six weeks ago, right?

16  A    Yes.

17  Q    You told them about the $455,000 transfer; right?

18  A    Yes.

19  Q    But you didn't tell them it was part of a plan; right?

20  A    We had that conversation regarding this.

21  Q    You had that conversation?

22  A    Yes.

23  Q    Isn't it true that you told the Government then that you

24  transferred money to an account controlled by Jasminder Singh,

25  but it was only approximately two weeks later that you

Mandeep Singh - cross - Haramati                    419

1   realized what was going on and you got a call from American

2   Express?

3   A    Yes.

4   Q    That's what you told the Government on February 28?

5   A    Yes.

6   Q    Now, you testified yesterday about two checks for $29,000

7   in total.  Do you recall that?

8   A    Yes.

9   Q    I believe they were from February 2018; right?

10  A    Yes.

11  Q    And you testified yesterday that those two checks were

12  also part of the plan, right?

13  A    Yes.

14  Q    They were your cut is what you -- essentially what you

15  testified to; right?

16  A    Yes.

17  Q    But that is not what you told the Government in -- on

18  February 28, 2022, is it?

19          THE INTERPRETER:  Would you repeat that, ma'am.

20  Q    That is not what you told the Government on February 28,

21  six weeks ago?

22  A    Whatever question they were asking me I had been

23  answering properly.

24  Q    Okay.  Well, let me just say this.  We saw the two checks

25  you testified about on your direct testimony?

Mandeep Singh - cross - Haramati                    420

1   A    Yes.

2   Q    One was for $9,000; right?

3   A    Yes.

4   Q    We looked at that one earlier during your direct exam?

5   A    Yes.

6   Q    One was for $20,000?

7   A    Yes.

8   Q    And we also looked at that one during your direct exam,

9   right?

10  A    Yes.

11  Q    But you told the Government that you got this money

12  because you asked Jasminder to give you money to buy a truck?

13            THE INTERPRETER:  Give me money --

14  Q    To buy a truck?

15  A    I don't remember.

16  Q    Okay.  Let me ask you this, you're a truck driver for a

17  living; right?

18  A    Yes.

19  Q    Right now, you -- do you rent a truck from somebody?

20  A    Yes.

21  Q    So you would make more money if you had your own truck;

22  right?

23  A    Yes.

24  Q    It would be nice to have your own truck?

25  A    Yes.

1   Q    And in January 2018 -- February 2018 you were also a

2   truck driver; right?

3   A    Yes.

4   Q    And you -- it would have been nice to have your own truck

5   then too?

6   A    Yes.

7   Q    And you told the Government on February 28, 2022 that you

8   were planning to buy a truck so you asked Jasminder to give

9   you 35,000 to $40,000 -- so you asked Jasminder to give you

10  35,000 to $40,000.  Jasminder stated he can only give you

11  $29,000 and he gave you two separate checks totaling $29,000?

12  A    It is not right.  I was asking money for my work.

13  Q    You were asking -- the $29,000 was for your work?

14  A    When we had a discussion prior to that when I met the

15  attorneys at first, I lied at that time --

16  Q    I understand.  We'll get into your first meeting with the

17  prosecutors in a moment.  I want to -- I want to focus your

18  attention on February 28, 2022.

19  A    Yes.

20          MS. HARAMATI:  Your Honor, I would like to show the

21  witness something to refresh his recollection but because of

22  the language barrier I would ask that I am able to give him

23  something paper so that he and the interpreter can review it

24  together with --

25          THE COURT:  What do you want to refresh his

1  recollection about that he doesn't remember talking about

2  getting 29,000 to buy a truck in February.

3          MS. HARAMATI:  That he doesn't remember telling the

4  Government in February that the $29,000 that he testified was

5  his cut of the schemes in fact was to buy a truck, that that

6  is what he told the Government in February.

7          THE INTERPRETER:  His answer is no but my

8  translation was not proper because I could not hear you

9  properly.  So please repeat the question.  I translated and he

10 said no.

11         MS. HARAMATI:  Your Honor, I ask that that be

12 stricken from the record, the no, since he didn't hear the

13 question.

14         THE COURT:  Yes, strike it from the record.

15 BY MS. HARAMATI:

16 Q    So the question, Mr. Singh, is whether in your meeting

17 with the Government on February 28, 2022 you told them that

18 the $29,000 that we saw in evidence this morning was, in fact,

19 money that you requested from Jasminder Singh to buy a truck;

20 that that is what you told the Government in February?

21 A    I don't remember.

22         MS. HARAMATI:  Your Honor, I would like to show it

23 to him for efficiency.

24         THE COURT:  Yes, you can show him the paper.

25         (Counsel approaches.)

Mandeep Singh - cross - Haramati                    423

1          THE COURT:  Does this have a number or designation,

2     Ms. Haramati?

3          MS. HARAMATI:  Yes, it does.  I am providing him

4     with certain 3500 material, several statements so we don't

5     have to pass things forward and back multiple times but I will

6     tell him exactly where to look.

7     BY MS. HARAMATI:

8     Q    Mr. Singh, if you could please have a look at the

9     document in the pile that I gave you labeled 3500 M. Singh 18.

10    And please look at page five.

11         MS. HARAMATI:  I would ask if the interpreter and

12    Mr. Singh could review together the third paragraph beginning

13    with --

14         THE INTERPRETER:  Wait a minute, please.  And page

15    five the third paragraph Mandeep also recognizes the $20,000

16    TD Bank check.  If they could just review that together and

17    let me know when they have.

18         THE COURT:  Does the interpreter see what's being

19    referred to so you can review it?

20         THE INTERPRETER:  This is page eight, Your Honor.

21         THE COURT:  It's page five, right?

22         MS. HARAMATI:  Page five of the document.  3500 M.

23    Singh 18.

24         THE COURT:  Can I see that?

25         MS. HARAMATI:  Thank you, Your Honor.

Proceedings                               424

1          THE COURT:  3500 18?

2          MS. HARAMATI:  Yes, Your Honor.  It's dated at the

3     top 3/16 and at the bottom 2/28.

4          THE COURT:  The fifth page.

5          MS. HARAMATI:  The third paragraph.  Thank you.  I

6     really appreciate it, Your Honor.

7          The third paragraph begins:  Mandeep also recognized

8     the $9,000 TD Bank charge.

9          THE INTERPRETER:  Let me translate that.

10         MS. HARAMATI:  Please.

11    A    Yes.

12    Q    So you will agree that you told the Government on

13    February 28, 2022 that the $29,000 you received from Jasminder

14    Singh --

15    A    Yes.

16    Q    -- in February 2018, was, in fact, to buy a truck?

17    A    Yes.

18         MS. HARAMATI:  Your Honor, I have more in this

19    section but moving to a slightly different topic and I was

20    wondering if this is a good stopping point.

21         THE COURT:  All right, ladies and gentlemen, we will

22    adjourn for the evening with the admonition not to talk to

23    anyone about the case and we will begin tomorrow morning first

24    thing at 9:30.  Have a lovely evening.

25         THE COURTROOM DEPUTY:  All rise.

Proceedings                                               425

1          (Jury exits.)

2          THE COURT:  The witness can step down.  If the

3   interpreter would just return those papers.

4          THE INTERPRETER:  Yes.

5          (Witness steps down.)

6          MR. GIBALDI:  Your Honor, this witness is still on

7   cross.  We won't be in touch with him but if we can remind Him

8   and the interpreter to be back here at 9 a.m. so we're on

9   time.

10          THE INTERPRETER:  Right.

11          MR. GIBALDI:  Thank you.

12          THE COURT:  Let me talk to the parties for a minute

13   once the witness leaves.

14          Ms. Haramati, how much longer do you expect you will

15   be.

16          MS. HARAMATI:  With the caveat that it sort of

17   depends on how much back and forth there is for every piece of

18   impeachment material, I would estimate I'm about more than

19   halfway done so I would estimate maybe an hour.

20          THE COURT:  Okay.  And then what does the Government

21   have left?

22          MR. GIBALDI:  So, Your Honor, I think after this

23   witness, I expect there will be some redirect, but very brief.

24   And then after that we have a number of shorter witnesses that

25   I mentioned.

Proceedings                                     426

1          THE COURT:  A number of --

2          MR. GIBALDI:  Shorter witnesses.  I think we have --

3     we would hope after being done with this witness to get

4     through at least five more witnesses tomorrow that will be

5     very short.  I mean, we will certainly have all of our witness

6     ses here tomorrow.  We were frankly hoping that we would be

7     able to rest by the end of the day tomorrow.  I don't know if

8     that's possible if this witness carries over an hour into

9     tomorrow, but we'll still aim for that.  I think with the

10    exception of the forensic accountant who will likely be our

11    last witness and will take a little more time to explain the

12    finances, all of our other witnesses I would expect to be

13    around half an hour or so on the stand.

14         THE COURT:  Okay.  Let me ask about what is

15    envisioned as a defense case.  Let me ask Mr. Sundaram first.

16    Do you envision calling witnesses?  It's not a trick question.

17         MR. SUNDARAM:  Your Honor, I believe that

18    Ms. Haramati will be calling a summary witness whose testimony

19    will basically suffice for both sides so the only question

20    after that -- I will leave her to tell the Court whether she

21    has anybody else besides that, but the only question -- other

22    than that, it would just be whether the defendants themselves

23    testify.

24         THE COURT:  All right.  I should -- Mr. Singh, do

25    you want to be seated for a moment?  I should advise both of

Proceedings                                              427

1    the defendants that when we get to a defense case, the

2    decision whether or not you testify in a case is actually your

3    decision to make.  Now, of course, when you make that decision

4    you will do that talking to your attorney, but it is a

5    decision that you personally have to make.  For instance, if

6    you said I wanted to testify and your attorney said I'm not

7    going to let you do that, sit down, that's wrong because it is

8    absolutely your decision.

9           The reason that I raise this as I have had the

10   occasion over the years, many years of being a judge, to have

11   someone write me a letter after a trial is over saying I

12   wanted to testify but my attorney told me I couldn't and

13   that's a real problem.  So that's the only reason that I raise

14   this and advise you of this now and of course I don't have a

15   view one way or the other what you do.  I want you to

16   understand that.

17          Ms. Kaur, do you understand that?

18          MS. KAUR:  Yes.

19          THE COURT:  Mr. Singh, do you understand that?

20          MR. SINGH:  Yes, Your Honor.

21          MS. HARAMATI:  First of all, I wanted to say that I

22   envision my only witness other than the possibility of the

23   defendants will be the summary witness and I am going to

24   withdraw my application for the expert that we had addressed a

25   little bit earlier in the pretrial proceedings and then I

Proceedings                                    428

1   would just -- I have one evidentiary issue that I wanted to

2   raise about the Government's Customs and Border Protection

3   witness.

4            THE COURT:  Okay.

5            MS. HARAMATI:  Based on the conversation that we

6   had -- I had with the Government last night about the records

7   that he is going to be testifying to -- and this is why it

8   would have been helpful to have some 3500 material previously

9   so we could have cleared this up.  But it's my understanding

10  that the records -- and the Government can correct me since

11  it's their witness, that the records he will be testifying to

12  are Customs records showing export transactions some of which

13  relate to these defendants which I have already stipulated is

14  a Customs business record.

15           But if it turns out that the information in that

16  record comes from the so-called filer, it's not information

17  that is obtained and generated by the Customs itself and, so,

18  I think that even though the document itself -- it's a double

19  hearsay problem, basically in that the first level of the

20  document itself is a business record but the information

21  that's contained there is actually provided by the so-called

22  filer and I think that that is a hearsay within hearsay

23  problem and I would object to the admission of that document

24  on that basis.

25           THE COURT:  What's the Government's position?

Proceedings                                    429

1        MR. GIBALDI:  Your Honor, our understanding is that

2   the information that comes from the filer comes from the

3   defendants and it is maintained as a business record, but the

4   information that reaches CBP comes from the shipping party

5   which is the defendants.

6        MS. HARAMATI:  I understand from a conversation with

7   the Government it comes from the filer, which is Fed Ex, so

8   it's a further intermediary.  So it's possible that the

9   defendants or people acting on behalf of the defendants or

10  signed by who-knows because there has been a lot of testimony

11  about different temporary employees working in this business,

12  day laborers who get paid on a per diem basis who were

13  involved in shipping and purchasing and driving things to Fed

14  Ex and that Fed Ex is the filer that provides --

15       THE COURT:  Do you have a copy of one of these

16  records?

17       MS. HARAMATI:  It's a large spreadsheet.  I might

18  have it --

19       THE COURT:  I mean, just so I understand what you

20  are objecting to and what the point of the objection is, does

21  it say something incriminatory?

22       MS. HARAMATI:  To be honest, I don't know what this

23  is going to say.  I know what the record says.  I don't know

24  what the purpose of it is in the Government's case.  I don't

25  think I have it because it's a very large Excel spreadsheet

SN        OCR        RPR

Proceedings                                          430

1    but I am happy to send it by e-mail.

2

3              (Continued on the following page.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SN        OCR        RPR

Proceedings                                      431

1  (Continuing)

2          THE COURT:  Why are you objecting to it, simply

3  because you think it's hearsay?

4          Or is the Government arguing that this document has

5  some incriminatory statements in it, something that the

6  Government is seeking to offer against these Defendants?

7          MR. CAMPBELL:  Is that for the Government your

8  Honor?

9          THE COURT:  Yes.

10         MR. GIBALDI:  There is nothing incriminatory to our

11  understanding of what's in the record.  They simply confirm

12  that the exports were sent overseas, consistent with the

13  testimony from Mandeep Singh.

14         And I'll just point out that he testified today that

15  he and Jasminder Singh would go to FedEx to send these

16  shipments.  So, the information is coming from them through

17  FedEx through Customs and Border Protection.  It is simply a

18  record that shows that these phones were shipped overseas, to

19  confirm that that happened.

20         THE COURT:  Which isn't contested here, or is it?

21         MR. CAMPBELL:  I don't believe it is.

22         MS. HARAMATI:  It certainly is not contested on

23  behalf of Jasminder Singh.

24         THE COURT:  Is there some reason we're talking about

25  this at 5:30?

Proceedings                                    432

1    Ms. Haramati, if somebody has a duty to report

2    something on a form, it's not like a police report where

3    they're taking the testimony of a witness and putting what the

4    witness said in the report --

5          MS. HARAMATI:  Actually, without having -- honestly,

6    I did a little Googling last night after I found out about how

7    this record was generated.  And there's a form that I couldn't

8    find, even by looking at the internet, that the exporter,

9    which is FedEx is required to send based on information from

10   the person who's shipping, which it's true there is some

11   testimony that that is the Defendants and part of the

12   so-called co-conspirators, but there's also some equivocal

13   testimony that there are others.

14         To be honest, without having even, like, a

15   rudimentary understanding of how this information is collected

16   by FedEx, when, by whom, at what point in the shipment, I just

17   think, especially if it's just going to an issue that's not

18   contested, then admitting that kind of evidence risks I think,

19   like, a taint that we don't need to risk.

20         MR. CAMPBELL:  Your Honor, this is Custom and Border

21   Patrol's business record of the shipments that it sends

22   overseas, including who arranges for the shipment, who it goes

23   to, what the shipment contains.  It is purely a business

24   record.

25         I think Ms. Haramati is perfectly within her right

Proceedings                                    433

1   to question the witness if there's some issue as to how the

2   information comes to CBP, but I don't think any of this is

3   disputed.

4          MS. HARAMATI:  I think the fact that it comes to CBP

5   and CBP isn't the one that's collecting it as a regular part

6   of its business activity --

7          THE COURT:  Well, who is collecting it?

8          MS. HARAMATI:  The filer, the entity -- this is what

9   the Government told me last night.  The entity that files to

10  CBP is the one that collects the information that is actually

11  populated into this exhibit that the Government wants to

12  submit in evidence through the CBP witness.

13         THE COURT:  But if I came in and I told someone that

14  I wanted to ship 14 iPhones and someone takes down this

15  information:  So, 14 iPhones, where do you want it to go?

16         And that becomes their record, why isn't -- that's

17  not admissible --

18         MS. HARAMATI:  That would be a business record

19  except for the fact that I don't know that that's how that

20  work.  I know how CBP -- based on what the Government has

21  proffered to me, how CBP gets the information from, let's say,

22  Federal Express, but I don't know how Federal Express collects

23  this information.  I haven't even seen the form, understood

24  anything about this, which is why I asked for 3500 material --

25         THE COURT:  Did you all talk about this last night

Proceedings                                      434

1    and didn't reach any --

2              MS. HARAMATI:  We didn't, your Honor, because,

3    honestly, I just was thinking about this witness over the

4    lunch break.

5              MR. CAMPBELL:  Just to be clear, your Honor, we did

6    speak and we did answer Ms. Haramati's questions --

7              MS. HARAMATI:  We did.  I did get factual

8    information from the Government, certainly.

9              But I didn't get any 3500 material in advance of

10   trial, and, so, I didn't have a good understanding of the

11   genesis of this record.  Frankly, I was surprised to find that

12   this was information that was collected by CBP from a third

13   party, not directly from the Defendants.

14             THE COURT:  What does the Government contend that

15   this record is?

16             You're calling a witness from Customs and Border

17   Patrol.  Is this a record of Customs and Border Patrol?

18             MR. CAMPBELL:  Yes, your Honor.

19             THE COURT:  And what is the witness going to say

20   about this record?

21             He's going to look at this exhibit, and what is he

22   going to say it is?

23             MR. CAMPBELL:  He will testify, if needed, that this

24   a business record and meets the business record exception,

25   it's kept in the ordinary course and recorded at or near the

Proceedings                                435

1    time.  He will also explain what the columns are and what the

2    information in the spreadsheet contains and explain to the

3    jury what it is that this spreadsheet that CBP maintains is

4    reflecting.

5            THE COURT:  And the information that goes into their

6    spreadsheet, where do they get that information from?

7            MR. CAMPBELL:  It comes from the shipper, is our

8    understanding.

9            THE COURT:  So, the shipper in these cases would be

10   whom?

11           Is it FedEx or UPS or somebody that brings this

12   stuff to Customs and Border Patrol office?

13           MR. GIBALDI:  The report identifies both.  It

14   identifies what's called a U.S. principal party in interest

15   who is the -- if you want to say the shipper, so maybe

16   Jasminder Singh, maybe another individual; and it also shows

17   the filer, which is often listed as FedEx or some other

18   shipping entity because it isn't the case that we understand

19   that you can just go to CBP and drop off your shipments.

20           So, it lists both.

21           MS. HARAMATI:  My understanding just based on my

22   conversation with the Government last night is that the filer,

23   which is frequently listed as FedEx but there are instances

24   where it's a different party, is the filer is the entity

25   providing this information.  And I do not know under what

Proceedings                                          436

1   circumstances that information was collected, how it's

2   collected, what's collected, how it's transmitted to CBP.

3          And you know, that's kind of, I think, the crux of

4   the double-hearsay problem that I see here.

5          MR. PITLUCK:  Sorry, Judge, I've got to go.

6          THE COURT:  That's fine.

7          MS. HARAMATI:  Your Honor, look, I am perfectly

8   happy -- I think that your Honor is correct that it is not

9   contested.  Mr. Sundaram and Ms. Wozencroft can tell me if

10  Ms. Kaur contests the fact that these materials -- inventory

11  were shipped overseas.

12         But particularly since it's an uncontested issue, I

13  don't think the Government should be able to put in this

14  hearsay evidence.

15         MR. GIBALDI:  Your Honor, I think just on the last

16  point, as your Honor knows well, under *O'Keefe* and other

17  cases, we're not required simply to accept the Defendants'

18  stipulation.  We're intending to present our case in a way

19  that has -- in a way that makes it more compelling.  So I

20  think that we're --

21         THE COURT:  If the information that populates this

22  form is coming from another entity, do you have a case that

23  supports the fact that that is still a business record of the

24  entity that receives the information, just some authority to

25  suggest that.

Proceedings                                    437

1          MR. GIBALDI:  Your Honor, two things.

2          One, like we were just saying, I think there is a

3  foundation in the record based on Mandeep Singh's testimony

4  that he and Jasminder Singh took these items to FedEx, where

5  they were shipped out from.  And, so, if you connect that with

6  the anticipated testimony from CBP, this information comes

7  from the shipper.

8          THE COURT:  But is the shipper FedEx?

9          MS. HARAMATI:  I thought the information comes from

10  the filer.  And there is a specific column -- I'm sorry that I

11  don't have a copy.  I could give the Court a laptop copy just

12  to have a look while we're arguing about this, but I

13  understand there's a column that says filer name and there is

14  a column that says U.S. PPI company name, which I think is

15  what Mr. Gibaldi is referring to as the shipper.

16          But the filer, not the Defendants, the filer, is the

17  one who provides the information to CBP is my understanding

18  from my conversation with Mr. Campbell last night.

19          MR. GIBALDI:  Your Honor, just to answer your

20  question about if we have any legal authority.

21          I admit that I'm now going out on a limb and

22  reaching deep back into my memory here so perhaps we can

23  confirm this, but I do recall there is some authority in the

24  Second Circuit.  For whatever reason, I'm thinking of a case

25  involving a hotel ledger.

Proceedings                              438

1          THE COURT:  That was the problem.  The hotel ledger

2    was a problem.

3          MR. GIBALDI:  And there was another case where it

4    wasn't a problem.  So, I believe that there is --

5          THE COURT:  Why doesn't someone --

6          MR. GIBALDI:  We can pull up that case, because I

7    believe that there is a case that would --

8          MS. HARAMATI:  If we're talking about information

9    that came from the Government, I will just say, just -- not to

10   further complicate things, but if the Government is saying

11   this is information that comes from the Defendants or

12   employees or whatever to FedEx, then to CBP, that's a

13   triple-hearsay problem, not a double-hearsay problem.

14          And I understand that --

15          THE COURT:  It's a statement of a party opponent.

16          MR. SUNDARAM:  To the extent that they are made by

17   the Defendants.  But I believe there is already record

18   testimony that there were other -- day laborers who also

19   brought items to FedEx that --

20          THE COURT:  All right --

21          MR. GIBALDI:  Your Honor, that part is just not

22   true.  There is no testimony in the record that the day

23   laborers took anything to FedEx.  The testimony is that the

24   day laborers just stood in line to buy phones.

25          MS. HARAMATI:  I'm happy to also check when we get

Proceedings                                    439

1    the transcript.  And if I'm misremembering, then, your Honor,
2    I withdraw that --
3              THE COURT:  The Government can provide whatever
4    authority that they have, but provide it this evening.  Don't
5    wait until 9:30.
6              I don't want to waste time with -- I hate to take up
7    the jury's time.  I don't mind keeping you all here for hours
8    or abusing myself, but I'm very, very careful about their
9    time.
10             And you know, I still am just bewildered as to why
11   anybody cares about this, why the Defendants care about this
12   one way or the other, unless there was something in there that
13   they believe that the Government was going to use that they
14   shouldn't be permitted to use when nobody is contesting that
15   this stuff was sent overseas to these people.  That should be
16   something the Defendants want to be proved.
17             MS. HARAMATI:  Look, the factual part of this that I
18   have a question about is that I just don't understand all of
19   these columns.  Mr. Campbell says the witness will be
20   testifying as to what all of these columns are.  I still don't
21   know what all the codes and everything that's in there is.
22             So, without any real understanding --
23             THE COURT:  Well, you'll hear it tomorrow after the
24   fellow testifies.
25             MR. GIBALDI:  Your Honor, again, the defense has had

Proceedings                                    440

1   this document for a long time.  And we marked this as an

2   exhibit at this point many weeks ago --

3            MR. SUNDARAM:  And I asked for 3500 --

4            THE COURT:  Wait a minute.  Can we just wait until

5   one person finishes --

6            MS. HARAMATI:  I'm sorry, your Honor.

7            THE COURT:  -- their statement before we go to the

8   next person complaining.

9            MS. HARAMATI:  Apologies.

10           THE COURT:  If you're going to both complain about

11  each other, at least let the other person finish their

12  complaint before we move into the next complaint.

13           And why don't we just end it because the complaints

14  aren't --

15           MS. HARAMATI:  Your Honor, I just have one further

16  very small thing.

17           THE COURT:  Okay.

18           MS. HARAMATI:  I know that Mr. Gibaldi already

19  confirmed the Government won't be talking to the witness who

20  is on cross, but also just to -- I would ask the Court to

21  remind the Government that they also may not speak to the

22  witness' attorney while he's on cross.

23           THE COURT:  Why is that?

24           Not that they have any intention to do that one way

25  or -- wait a minute.  Let's cut this short.

Proceedings                                            441

1           Do you intend to talk to his attorney?

2           MR. GIBALDI:  I don't, your Honor.  The only

3    possible thing would be scheduling, and we've already reminded

4    the witness that he should be here --

5           MS. HARAMATI:  No objection to conversations about

6    scheduling, I'm sorry.  Thank you.

7           THE COURT:  Okay.

8

9           (Matter adjourned until Wednesday, April 20, 2022,

10   at 9:30 a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

442

<u>I N D E X</u>

<u>WITNESS</u>                                                          <u>PAGE</u>

MANDEEP SINGH
    DIRECT EXAMINATION BY MR. GIBALDI          260
    CROSS-EXAMINATION BY MR. SUNDARAM          314
    CROSS-EXAMINATION BY MS. HARAMATI          388


<u>E X H I B I T S</u>


Government Exhibit 501                          261

Government Exhibit 500                          262

Government Exhibit 158-A                        266

Government Exhibit 161-A                        266

Government Exhibits 155-D and 155-F            281

Government Exhibit 159-A                        284

Government Exhibit 151-A                        286

Government Exhibit 509                          307

Government Exhibit 503                          308

Government Exhibit 504-A                        336

Government Exhibit 161-B                        390

Government Exhibit 155-B                        390

Government Exhibit 161-F                        394

Government Exhibit 155-C                        394

Government Exhibit 158-B                        403

Defendants' Exhibit 41                          414

Defendant's Exhibits 42 and 43                 416

## $

**$1,000** [1] - 391:23
**$1,500** [3] - 262:22, 262:24, 263:1
**$20,000** [2] - 420:6, 423:15
**$265,000** [1] - 405:1
**$29,000** [14] - 371:16, 373:2, 373:5, 373:9, 374:7, 374:10, 375:4, 419:6, 421:11, 421:13, 422:4, 422:18, 424:13
**$3,000** [2] - 263:9, 263:10
**$3,500** [2] - 263:9, 263:10
**$30** [1] - 322:22
**$40,000** [2] - 421:9, 421:10
**$407** [1] - 375:6
**$415,469** [2] - 404:6, 404:22
**$450,000** [4] - 281:8, 353:15, 354:21, 389:1
**$455,000** [12] - 391:4, 392:1, 393:12, 395:5, 395:25, 396:18, 397:7, 403:12, 406:9, 406:16, 418:5, 418:17
**$50** [1] - 322:22
**$500,000** [15] - 277:19, 277:23, 294:20, 297:10, 297:13, 297:15, 297:18, 355:22, 356:20, 357:1, 357:14, 357:21, 359:4, 365:14, 396:5
**$650,000** [1] - 315:17
**$87,999** [1] - 403:25
**$9,000** [2] - 420:2, 424:8

## '

**'18** [1] - 286:21

## 1

**1** [1] - 282:14
**1/16** [1] - 404:22
**1/18** [1] - 392:1
**10** [4] - 325:22, 326:3, 326:24, 380:15
**10017** [1] - 255:22
**102** [1] - 274:15
**103** [1] - 276:22
**10th** [1] - 345:12
**11** [3] - 301:16, 306:9, 357:5
**111-T** [1] - 289:22
**11118** [2] - 275:10, 285:5
**112** [1] - 291:11
**11201** [3] - 255:15, 255:19, 255:24
**113** [1] - 293:23
**11419** [1] - 275:11
**115** [1] - 301:13
**115-T** [1] - 301:20
**116** [1] - 306:3
**117** [1] - 298:14
**118** [1] - 302:5
**118-T** [1] - 302:11
**119** [1] - 298:24
**11th** [2] - 344:5, 344:6
**12** [1] - 287:13
**121** [2] - 299:9, 300:4
**121-E** [1] - 299:19
**122** [1] - 303:3
**124** [1] - 295:11
**125** [1] - 255:21
**126** [1] - 295:22
**1268** [1] - 394:6
**128** [1] - 300:14
**129** [2] - 296:15, 296:16
**13** [3] - 287:13, 337:14, 386:18
**130** [1] - 296:25
**131** [1] - 297:23
**134** [1] - 303:14
**134-T** [1] - 289:22
**14** [5] - 300:15, 300:16, 306:8, 433:14, 433:15
**15** [7] - 304:10, 306:8, 380:12, 380:15, 385:16, 385:20, 385:23
**1500** [1] - 262:21
**151-A** [3] - 286:1, 286:3, 442:14
**154** [1] - 286:12
**155-B** [8] - 390:4, 390:8, 391:15, 391:18, 392:6, 392:9, 392:19, 442:19
**155-C** [6] - 394:22, 394:23, 394:24, 395:1, 395:16, 442:21
**155-D** [4] - 281:14, 281:17, 281:18, 442:12
**155-F** [4] - 281:15, 281:17, 282:15, 442:12
**157** [1] - 286:22
**158-A** [5] - 265:23, 265:25, 266:1, 266:6, 442:10
**158-B** [7] - 402:21, 403:5, 404:10, 405:7, 405:20, 405:22, 442:22
**159-A** [3] - 283:24, 284:1, 442:13
**15:26** [1] - 306:19
**16** [5] - 356:3, 403:25, 404:6, 405:1, 406:1
**161** [1] - 389:14
**161-A** [4] - 266:3, 266:5, 267:3, 442:11
**161-B** [13] - 389:11, 389:15, 389:23, 389:24, 390:2, 390:13, 392:5, 392:16, 402:18, 403:7, 405:25, 406:5, 442:18
**161-F** [8] - 394:15, 394:16, 394:17, 394:19, 394:25, 395:4, 395:14, 442:20
**16th** [1] - 255:18
**18** [8] - 286:21, 303:3, 303:5, 392:11, 418:4, 423:9, 423:23, 424:1
**18th** [3] - 391:2, 391:22, 392:11
**19** [1] - 255:6
**1E** [1] - 378:18

## 2

**2** [6] - 283:10, 297:1, 298:2, 357:5, 378:14, 410:13
**2/28** [1] - 424:3
**20** [6] - 259:17, 303:15, 344:12, 356:1, 372:5, 441:9
**20,000** [1] - 282:12
**200** [1] - 324:19
**2002** [1] - 340:14
**2014** [4] - 314:25, 315:1, 327:17, 327:19
**2015** [2] - 264:7, 314:25
**2016** [4] - 266:18, 267:13, 283:19, 333:19
**2017** [1] - 286:21
**2018** [29] - 277:10, 282:14, 283:10, 284:16, 285:9, 287:13, 291:4, 309:14, 310:19, 314:11, 315:9, 315:11, 333:12, 333:21, 333:25, 388:20, 396:4, 400:14, 403:16, 403:19, 405:13, 406:1, 406:8, 418:5, 419:9, 421:1, 424:16
**2019** [19] - 336:22, 336:24, 337:15, 337:22, 337:23, 338:6, 342:8, 343:5, 344:7, 344:12, 344:16, 345:3, 345:5, 345:9, 345:11, 345:13, 345:18, 346:24
**2020** [4] - 338:6, 338:8, 342:8, 343:6
**2021** [14] - 340:13, 342:7, 356:5, 356:11, 358:22, 358:24, 359:16, 381:20, 406:25, 407:2, 410:16, 410:19, 414:10, 414:14
**2022** [21] - 255:6, 340:2, 340:14, 341:1, 357:18, 359:23, 360:1, 360:14, 366:6, 381:21, 407:25, 408:5, 408:24, 415:6, 415:8, 419:18, 421:7, 421:18, 422:17, 424:13, 441:9
**20th** [1] - 344:16
**21** [1] - 286:21
**21-CR-397** [1] - 256:5
**21-CR-397(CBA** [1] - 255:3
**210** [1] - 355:25
**21st** [1] - 356:10
**22** [1] - 303:17
**225** [1] - 255:24
**24** [4] - 298:25, 299:2, 300:5, 300:7
**25** [1] - 356:1
**26** [2] - 300:16, 300:18
**260** [1] - 442:4
**261** [1] - 442:8
**262** [1] - 442:9
**266** [2] - 442:10, 442:11
**271** [1] - 255:14
**28** [18] - 340:16, 346:11, 346:24, 367:13, 367:16, 368:2, 407:24, 415:6, 417:12, 417:18, 418:15, 419:4, 419:18, 419:20, 421:7, 421:18, 422:17, 424:13
**281** [1] - 442:12
**284** [1] - 442:13
**286** [1] - 442:14
**29,000** [3] - 281:12, 374:20, 422:2
**2:00** [1] - 339:2
**2:13** [1] - 296:1
**2:25** [1] - 293:3
**2:37** [2] - 292:18, 293:3
**2:41** [1] - 297:3

## 3

**3** [9] - 266:18, 267:13, 367:14, 367:16, 368:3, 403:16, 404:16, 408:24, 415:8
**3/16** [1] - 424:3
**30** [3] - 340:2, 341:1, 372:4
**300** [1] - 324:19
**307** [1] - 442:15
**308** [1] - 442:16
**30th** [5] - 340:23, 362:12, 362:13, 362:19, 362:21
**31** [5] - 295:15, 297:25, 298:14, 298:16, 306:3
**313** [1] - 385:10
**314** [1] - 442:4
**32** [1] - 295:12
**33** [1] - 275:21
**336** [1] - 442:17
**347-745-7061** [1] - 291:9
**35** [1] - 296:18
**35,000** [2] - 421:9, 421:10
**3500** [11] - 358:1, 358:7, 376:16,

314:25

423:4, 423:9,
423:22, 424:1,
428:8, 433:24,
434:9, 440:3
**37** [1] - 291:12
**388** [1] - 442:5
**39** [2] - 296:16, 302:7
**390** [2] - 442:18,
442:19
**394** [2] - 442:20,
442:21
**3:31** [1] - 298:6
**3rd** [3] - 362:16,
417:12, 417:18

## 4

**4** [6] - 263:20, 273:16,
274:2, 293:24,
301:19, 374:10
**4-D** [1] - 387:21
**4.7** [9] - 372:20,
372:24, 373:13,
374:17, 374:20,
375:13, 376:21,
377:1, 377:17
**40** [1] - 301:20
**400** [1] - 375:22
**403** [1] - 442:22
**404(b** [2] - 257:4,
257:8
**41** [11] - 297:1, 371:8,
371:12, 372:17,
409:22, 410:9,
410:13, 414:2,
414:5, 417:15,
442:23
**414** [1] - 442:23
**416** [1] - 442:24
**42** [9] - 409:23,
414:19, 415:3,
416:4, 416:6, 416:9,
416:13, 417:15,
442:24
**43** [10] - 409:23,
414:20, 415:8,
416:4, 416:6, 416:9,
416:13, 416:20,
417:15, 442:24
**45** [1] - 258:8
**455** [1] - 391:23
**47** [1] - 293:24
**48** [1] - 298:2
**4:40** [1] - 301:21
**4:51** [1] - 299:22

## 5

**5** [7] - 404:18, 404:19,
405:7, 406:4,

410:16, 414:10,
414:14
**500** [4] - 261:16,
261:25, 262:2, 442:9
**501** [4] - 260:24,
261:8, 261:10, 442:8
**503** [4] - 307:25,
308:1, 308:2, 442:16
**504** [2] - 339:9, 339:12
**504-A** [8] - 336:12,
336:15, 336:16,
339:11, 339:13,
339:17, 341:15,
442:17
**504-B** [1] - 339:15
**509** [4] - 307:13,
307:14, 307:15,
442:15
**51** [3] - 371:8, 371:12,
372:17
**5:30** [1] - 431:25
**5:56** [1] - 302:10

## 6

**61** [1] - 337:2
**62** [1] - 352:7
**65** [1] - 342:14
**66** [1] - 383:1
**6th** [2] - 340:10,
417:18

## 7

**7:13** [1] - 302:13
**7th** [1] - 255:21

## 8

**8** [2] - 284:16, 367:15
**8:12** [1] - 301:23
**8:28** [2] - 293:25,
294:3
**8th** [2] - 381:20,
381:21

## 9

**9** [2] - 343:5, 425:8
**9,000** [1] - 283:8
**90** [3] - 325:21, 326:2,
326:23
**95th** [4] - 270:24,
275:10, 285:5
**9:30** [4] - 255:7,
424:24, 439:5,
441:10
**9th/September** [1] -
345:12

## A

**a.m** [3] - 255:7, 425:8,
441:10
**able** [11] - 322:25,
324:9, 337:3, 337:9,
337:12, 350:8,
352:10, 386:1,
421:22, 426:7,
436:13
**absolutely** [1] - 427:8
**abusing** [1] - 439:8
**accept** [3] - 290:20,
381:22, 436:17
**acceptable** [1] - 258:4
**accepted** [1] - 379:2
**access** [7] - 268:6,
268:8, 268:11,
268:14, 268:19,
274:6, 276:9
**accompanied** [2] -
280:3, 353:24
**accordance** [4] -
377:18, 378:4,
378:10, 378:13
**according** [4] -
371:11, 373:5
**account** [93] - 264:25,
265:3, 265:4, 265:5,
265:16, 265:20,
265:21, 266:14,
266:22, 267:9,
267:16, 271:13,
272:4, 277:20,
277:21, 277:24,
279:8, 279:12,
280:4, 281:1, 281:3,
284:7, 284:13,
284:20, 285:16,
292:7, 294:19,
294:21, 297:11,
297:16, 297:17,
297:22, 317:9,
317:14, 317:16,
317:20, 317:21,
318:12, 353:16,
355:23, 356:19,
356:21, 356:25,
357:2, 357:21,
389:3, 389:5,
389:15, 390:15,
390:16, 390:19,
390:21, 390:22,
390:23, 391:9,
392:2, 392:15,
393:14, 393:15,
393:18, 393:22,
393:23, 393:24,
394:6, 394:8, 394:9,
394:11, 395:7,

395:10, 395:22,
395:25, 396:24,
396:25, 397:4,
397:9, 397:11,
399:16, 399:18,
399:19, 399:22,
399:24, 403:11,
404:13, 406:6,
418:24
**accountant** [1] -
426:10
**accounting** [1] -
296:13
**accounts** [33] -
264:17, 264:21,
264:23, 267:20,
267:21, 267:23,
267:25, 268:2,
268:4, 268:6, 268:9,
268:12, 268:23,
269:2, 283:17,
283:19, 283:20,
314:7, 316:24,
316:25, 317:2,
317:6, 318:9,
398:24, 399:3,
399:7, 399:16,
399:25, 400:3,
400:11, 400:16,
402:7, 405:12
**act** [1] - 365:10
**acting** [1] - 429:9
**activity** [1] - 433:6
**actual** [1] - 319:9
**add** [1] - 258:19
**addition** [4] - 269:2,
285:11, 329:12,
386:9
**address** [26] - 270:7,
270:10, 270:13,
270:18, 270:20,
271:3, 271:5, 271:7,
275:5, 275:6, 275:9,
275:12, 275:14,
275:15, 275:16,
275:19, 275:23,
275:24, 276:1,
276:3, 276:7, 285:2,
285:4, 285:6, 285:9,
369:13
**addressed** [2] -
406:19, 427:24
**adjourn** [1] - 424:22
**adjourned** [1] - 441:9
**admissible** [3] -
410:24, 412:10,
433:17
**admission** [2] -
410:18, 428:23
**admit** [11] - 261:24,

265:23, 266:2,
281:14, 283:24,
394:15, 394:22,
402:20, 412:5,
413:3, 437:21
**admitted** [3] - 290:1,
385:10, 403:2
**admitting** [1] - 432:18
**admonition** [1] -
424:22
**advance** [1] - 434:9
**advanced** [1] - 379:8
**advise** [2] - 426:25,
427:14
**afternoon** [6] - 314:4,
314:5, 356:2,
388:14, 418:6, 418:8
**agent** [1] - 326:16
**Agent** [5] - 256:10,
326:20, 407:12,
408:13, 409:9
**ago** [8] - 275:17,
280:12, 311:18,
340:24, 403:11,
418:15, 419:21,
440:2
**agree** [22] - 366:1,
367:18, 367:20,
372:13, 372:20,
372:23, 375:12,
375:15, 375:19,
375:20, 376:4,
376:18, 376:23,
377:4, 377:7, 377:9,
377:21, 378:9,
386:15, 413:8,
424:12
**agreed** [15] - 290:21,
355:20, 359:25,
364:16, 365:7,
365:13, 371:15,
383:7, 383:20,
383:23, 383:24,
386:10, 386:11,
398:25, 412:8
**agreeing** [4] - 372:13,
372:16, 376:1, 386:9
**agreement** [111] -
362:22, 364:6,
364:9, 364:13,
364:16, 364:20,
366:11, 367:3,
367:7, 367:9,
367:11, 368:19,
368:22, 369:5,
370:7, 370:11,
370:17, 370:20,
371:8, 371:12,
371:15, 371:24,
371:25, 372:3,

372:7, 372:12,
372:13, 372:19,
372:22, 372:25,
373:1, 373:8,
373:11, 374:5,
374:8, 375:4, 375:5,
375:7, 375:12,
375:16, 375:19,
375:20, 375:24,
376:1, 376:3, 376:6,
376:11, 376:16,
376:22, 376:25,
377:3, 377:8,
377:13, 377:20,
378:16, 379:2,
379:3, 379:7,
379:20, 380:19,
381:6, 381:18,
381:19, 381:23,
382:4, 382:6, 382:7,
382:11, 382:17,
382:18, 383:7,
383:11, 383:16,
383:21, 384:1,
384:10, 384:14,
384:19, 384:22,
385:5, 385:12,
386:2, 386:5,
386:10, 386:15,
386:21, 387:1,
387:16, 388:1,
407:18, 408:19,
409:14, 409:18,
410:19, 410:23,
410:25, 411:2,
412:2, 412:3, 412:5,
412:6, 412:9,
412:17, 413:10,
414:8, 414:14,
417:10
**agreements** [7] -
362:18, 375:11,
376:9, 377:25,
413:3, 417:7, 417:14
**agrees** [1] - 387:22
**ahead** [7] - 286:22,
300:15, 301:19,
302:6, 302:9,
302:10, 308:15
**aid** [1] - 290:10
**Aided** [1] - 255:25
**aim** [1] - 426:9
**allocution** [1] - 375:24
**allow** [1] - 412:19
**allowed** [3] - 323:24,
399:12, 401:7
**almost** [3] - 348:20,
348:25, 349:3
**alone** [1] - 257:9
**AMERICA** [1] - 255:3

**American** [68] - 269:6,
269:7, 269:15,
269:20, 273:21,
278:7, 278:10,
278:15, 278:19,
278:21, 285:11,
285:16, 287:20,
288:23, 291:5,
293:19, 294:20,
295:3, 296:9,
297:22, 309:5,
309:8, 309:11,
310:21, 312:4,
314:10, 314:14,
315:4, 315:7,
315:10, 316:3,
316:7, 316:10,
316:15, 318:16,
319:1, 319:18,
321:6, 321:10,
321:15, 333:12,
333:22, 334:9,
334:12, 350:11,
357:2, 374:16,
389:7, 391:10,
395:21, 396:1,
396:5, 396:13,
396:17, 396:18,
396:19, 399:9,
399:25, 400:3,
400:11, 400:14,
400:18, 400:23,
401:7, 401:19,
401:22, 418:10,
419:1
**AmEx** [7] - 316:24,
319:12, 324:22,
327:2, 349:22,
350:4, 374:14
**Amon** [1] - 256:4
**AMON** [1] - 255:11
**amount** [22] - 280:17,
282:9, 282:11,
283:7, 324:20,
371:21, 372:19,
372:23, 375:13,
376:20, 376:23,
377:1, 377:12,
377:17, 377:21,
377:25, 378:7,
378:8, 378:23,
380:5, 391:23, 396:7
**amounts** [2] - 392:8,
393:4
**AND** [1] - 255:6
**anger** [1] - 310:3
**angry** [4] - 310:3,
310:5, 310:12,
311:1, 311:13,
312:25, 347:19

**answer** [18] - 271:16,
309:23, 326:5,
351:9, 351:10,
351:17, 352:15,
353:1, 353:5,
353:13, 356:17,
377:10, 377:11,
381:9, 422:7, 434:6,
437:19
**Answer** [4] - 356:7,
356:19, 356:25,
357:8
**answering** [2] -
356:13, 419:23
**answers** [1] - 309:25
**anticipated** [1] - 437:6
**apart** [1] - 367:14
**apologies** [1] - 389:20
**Apologies** [1] - 440:9
**apologize** [1] - 259:23
**app** [1] - 331:4
**appearances** [1] -
256:6
**Apple** [15] - 273:17,
285:12, 287:7,
287:9, 287:14,
323:2, 323:4, 323:7,
323:8, 323:24,
327:2, 328:16,
349:13
**application** [6] -
272:14, 352:2,
352:12, 352:16,
353:9, 427:24
**applied** [1] - 269:21
**apply** [1] - 269:7
**appreciate** [1] - 424:6
**approach** [1] - 361:4
**approaches** [1] -
422:25
**appropriate** [1] -
374:18
**approved** [2] - 269:16,
272:24
**April** [2] - 255:6, 441:9
**area** [1] - 380:19
**argue** [2] - 372:9,
380:2
**arguing** [2] - 431:4,
437:12
**argument** [5] - 379:1,
379:22, 379:24,
379:25, 412:4
**arranges** [1] - 432:22
**arrived** [3] - 280:25,
319:3, 320:17
**aside** [3] - 277:8,
295:11, 367:5
**assesses** [1] - 384:23
**assessment** [2] -

385:7, 386:5
**assistance** [2] -
369:17, 384:2
**assistant** [1] - 387:13
**Assistant** [1] - 256:9
**Assistants** [1] -
255:17
**associated** [2] -
266:21, 267:16
**assuming** [1] - 272:6
**attend** [1] - 259:17
**attended** [2] - 326:16,
363:14
**attention** [4] - 277:10,
390:12, 414:11,
421:18
**attorney** [12] - 256:9,
386:22, 387:1,
387:6, 387:14,
408:3, 408:6, 427:4,
427:6, 427:12,
440:22, 441:1
**ATTORNEY** [1] -
255:13
**Attorney** [3] - 255:17,
256:9, 387:13
**Attorney's** [3] - 356:5,
408:10, 409:5
**attorneys** [1] - 421:15
**Audio** [45] - 291:13,
291:14, 292:17,
292:19, 293:5,
293:7, 294:1, 294:4,
295:13, 295:16,
295:25, 296:17,
296:19, 297:2,
297:4, 297:24,
298:1, 298:4, 298:7,
298:15, 298:18,
299:1, 299:3,
299:11, 299:21,
299:23, 300:6,
300:8, 300:20,
301:15, 301:18,
301:22, 301:24,
302:8, 302:12,
302:14, 303:4,
303:7, 303:16,
303:18, 306:5,
306:7, 306:14,
306:16, 306:18
**audio** [2] - 296:2,
300:17
**August** [17] - 336:21,
336:22, 336:24,
337:14, 337:22,
338:6, 342:7, 343:5,
344:11, 344:16
**authority** [4] - 436:24,
437:20, 437:23,

439:4
**automobile** [2] -
336:1, 339:25
**Avenue** [4] - 255:21,
270:24, 275:10,
285:5
**aware** [8] - 278:6,
283:20, 296:8,
301:1, 301:4, 301:7,
395:24, 396:3
**awkward** [1] - 410:7

## B

**bad** [1] - 347:1
**bag** [1] - 273:9
**BAGLEY** [1] - 255:11
**bank** [37] - 264:17,
264:19, 264:21,
264:23, 264:25,
265:2, 265:10,
265:12, 265:15,
265:19, 268:2,
268:4, 269:2,
280:20, 280:22,
280:24, 280:25,
283:15, 283:16,
283:20, 314:7,
354:4, 354:12,
354:23, 355:6,
370:2, 370:4, 372:1,
372:3, 382:19,
383:9, 383:11,
388:19, 395:7,
395:10, 397:4,
403:11
**Bank** [5] - 280:25,
353:16, 353:19,
423:16, 424:8
**bankruptcy** [1] -
321:24
**barrier** [4] - 280:18,
353:22, 354:1,
421:22
**based** [6] - 333:18,
428:5, 432:9,
433:20, 435:21,
437:3
**basis** [4] - 346:17,
410:21, 428:24,
429:12
**beautiful** [5] - 343:22,
343:25, 344:4,
344:12, 344:17
**became** [6] - 315:22,
329:12, 332:10,
332:12, 333:9, 347:9
**becomes** [1] - 433:16
**becoming** [1] - 347:13
**BEFORE** [1] - 255:11

**begin** [4] - 260:4, 338:15, 339:4, 424:23
**beginning** [12] - 263:3, 276:10, 276:11, 309:16, 309:18, 322:11, 322:14, 322:15, 334:7, 379:23, 403:15, 423:12
**begins** [1] - 424:7
**behalf** [4] - 256:20, 400:20, 429:9, 431:23
**below** [1] - 387:9
**benefit** [2] - 379:1, 381:11
**benefits** [3] - 368:15, 380:16, 381:7
**best** [1] - 310:6
**between** [12] - 311:10, 312:23, 338:6, 342:7, 343:5, 350:4, 350:10, 367:6, 370:22, 371:7, 371:8, 371:12
**bewildered** [1] - 439:10
**big** [1] - 369:18
**bill** [5] - 287:23, 287:25, 294:16, 321:10, 321:18
**billing** [2] - 286:19, 286:20
**bills** [5] - 314:14, 315:5, 317:3, 317:25, 324:23
**binder** [1] - 303:14
**binding** [4] - 385:3, 385:8, 385:24, 386:6
**bit** [12] - 266:15, 274:19, 306:15, 324:25, 338:12, 347:5, 373:15, 373:18, 403:23, 407:4, 417:19, 427:25
**black** [1] - 412:17
**blatant** [1] - 412:15
**block** [1] - 408:11
**blocked** [2] - 311:14, 311:15
**blocking** [3] - 346:15, 346:25, 347:12
**blow** [1] - 416:17
**book** [2] - 290:2, 290:3
**Border** [6] - 428:2, 431:17, 432:20, 434:16, 434:17,

435:12
**bottom** [8] - 266:20, 267:15, 275:4, 275:6, 275:22, 286:24, 358:11, 424:3
**bought** [9] - 262:9, 287:7, 323:7, 335:18, 336:7, 337:19, 341:5, 341:9
**bound** [1] - 378:23
**box** [4] - 276:4, 276:8, 276:9, 276:21
**boxes** [3] - 328:20, 351:13, 351:16
**branch** [7] - 265:4, 265:5, 265:8, 277:20, 280:3, 280:10, 280:11
**break** [2] - 373:17, 434:4
**BREON** [1] - 255:13
**brief** [3] - 257:2, 270:11, 425:23
**briefly** [1] - 416:5
**bring** [2] - 259:14, 379:21
**brings** [1] - 435:11
**Brooklyn** [3] - 255:5, 255:15, 255:19
**brought** [1] - 438:19
**building** [1] - 275:15
**bulk** [2] - 324:3, 324:9
**business** [62] - 260:19, 263:16, 263:19, 263:22, 263:23, 264:11, 264:12, 266:14, 267:9, 272:25, 284:7, 284:9, 284:11, 284:25, 285:15, 287:22, 295:8, 314:7, 315:24, 316:1, 322:2, 322:4, 322:12, 323:12, 323:18, 324:10, 324:13, 324:22, 325:1, 325:21, 326:2, 326:9, 326:23, 328:23, 329:1, 329:8, 333:2, 396:11, 398:3, 398:9, 398:14, 398:18, 398:22, 399:3, 399:6, 399:10, 399:13, 401:5, 401:8, 401:20, 401:23, 428:14, 428:20,

429:3, 429:11, 432:21, 432:23, 433:6, 433:18, 434:24, 436:23
**businesses** [6] - 263:22, 314:14, 314:18, 324:17, 333:10, 396:10
**buy** [19] - 273:17, 285:12, 285:24, 322:5, 323:22, 323:25, 324:3, 324:9, 325:3, 396:13, 396:14, 420:12, 420:14, 421:8, 422:2, 422:5, 422:19, 424:16, 438:24
**buyer** [1] - 291:25
**buyers** [1] - 322:8
**BY** [60] - 255:15, 255:19, 260:13, 291:3, 291:15, 292:20, 293:8, 294:5, 295:17, 296:3, 296:20, 297:5, 298:8, 298:19, 299:4, 299:24, 300:9, 300:21, 301:25, 302:15, 303:8, 303:19, 306:1, 306:20, 307:19, 308:6, 308:16, 312:16, 312:22, 314:3, 339:7, 339:20, 341:17, 342:16, 342:23, 343:20, 346:23, 352:9, 358:9, 358:17, 363:1, 381:4, 382:16, 383:15, 388:13, 390:11, 391:21, 393:16, 394:13, 395:3, 397:1, 414:7, 416:1, 416:12, 416:19, 422:15, 423:7, 442:4, 442:4, 442:5
**BY:ILANA** [1] - 255:22

### C

**Cadman** [2] - 255:14, 255:24
**California** [2] - 350:18, 350:20
**Campbell** [2] - 256:10, 326:19, 374:14,

374:15, 407:10, 409:7, 437:18, 439:19
**CAMPBELL** [8] - 255:15, 431:7, 431:21, 432:20, 434:5, 434:18, 434:23, 435:7
**can..** [1] - 258:23
**Canada** [1] - 327:24
**cannot** [2] - 312:25, 330:21
**car** [11] - 309:1, 335:19, 335:24, 336:7, 336:9, 337:18, 341:5, 341:9, 341:12, 341:20, 355:7
**card** [52] - 269:15, 269:20, 270:7, 270:13, 270:16, 270:19, 271:10, 271:12, 272:17, 273:2, 273:3, 273:7, 273:8, 273:18, 273:20, 273:22, 274:3, 285:13, 285:14, 285:18, 286:17, 287:15, 287:20, 287:23, 287:25, 288:10, 288:17, 294:16, 311:8, 315:11, 317:6, 318:16, 318:18, 318:20, 319:2, 319:3, 319:6, 319:8, 319:9, 319:12, 319:18, 319:22, 320:1, 320:7, 320:17, 320:21, 321:1, 327:6, 349:8, 396:15
**cards** [26] - 269:3, 269:5, 269:8, 269:22, 270:2, 270:6, 272:25, 273:11, 273:13, 273:23, 273:24, 273:25, 274:7, 274:12, 285:11, 285:12, 287:22, 291:6, 312:4, 325:3, 327:3, 327:8, 396:13, 399:9, 401:20, 401:22
**care** [12] - 279:23, 316:13, 317:3, 317:5, 317:24, 399:23, 400:4, 402:10, 405:17,

405:22, 406:2, 439:11
**careful** [1] - 439:8
**cares** [1] - 439:11
**CAROL** [1] - 255:11
**carries** [1] - 426:8
**case** [20] - 318:6, 370:8, 370:10, 371:25, 372:7, 381:25, 384:11, 389:21, 424:23, 426:15, 427:1, 427:2, 429:24, 435:18, 436:18, 436:22, 437:24, 438:3, 438:6, 438:7
**cases** [2] - 435:9, 436:17
**Cash** [1] - 263:13
**cash** [2] - 263:14, 283:15
**CAUSE** [1] - 255:10
**cautious** [1] - 379:5
**caveat** [1] - 425:16
**CBP** [15] - 429:4, 433:2, 433:4, 433:5, 433:10, 433:12, 433:20, 433:21, 434:12, 435:3, 435:19, 436:2, 437:6, 437:17, 438:12
**certain** [6] - 301:2, 301:5, 301:8, 355:14, 423:4
**certainly** [6] - 336:14, 362:17, 369:16, 426:5, 431:22, 434:8
**certify** [1] - 353:8
**change** [4] - 263:4, 263:6, 276:12, 377:1
**changed** [2] - 276:14, 374:10
**characterized** [2] - 258:11, 258:12
**charge** [5] - 258:25, 322:22, 369:21, 370:21, 424:8
**charged** [10] - 257:21, 257:24, 258:2, 258:15, 258:25, 259:4, 259:7, 288:18, 288:23, 289:1
**charges** [6] - 287:3, 287:5, 287:6, 287:14, 369:23, 370:2
**chat** [1] - 343:13
**chats** [8] - 341:25,

342:3, 342:4, 342:6, 342:9, 343:4, 346:11, 346:14
**chatted** [1] - 343:8
**check** [15] - 282:1, 282:2, 282:4, 282:5, 282:9, 282:13, 282:23, 283:4, 283:7, 283:9, 344:24, 351:13, 423:16, 438:25
**checked** [1] - 351:16
**checking** [3] - 265:20, 390:22, 404:13
**checks** [6] - 283:12, 342:25, 419:6, 419:11, 419:24, 421:11
**children** [2] - 329:17, 330:9
**China** [1] - 322:9
**chorus** [1] - 338:19
**Circuit** [1] - 437:24
**circumstances** [1] - 436:1
**claim** [1] - 296:11
**claimed** [1] - 296:8
**claiming** [2] - 301:1, 301:7
**clarify** [4] - 308:13, 319:24, 330:7, 363:2
**class** [1] - 353:2
**clear** [4] - 270:18, 375:23, 413:1, 434:5
**cleared** [1] - 428:9
**clearer** [1] - 274:19
**client** [1] - 412:23
**close** [3] - 335:14, 335:16, 375:21
**Close** [1] - 335:15
**closed** [1] - 285:16
**co** [2] - 370:8, 432:12
**co-conspirators** [1] - 432:12
**co-defendant** [1] - 370:8
**codes** [1] - 439:21
**coincidence** [1] - 380:14
**collected** [5] - 432:15, 434:12, 436:1, 436:2
**collecting** [2] - 433:5, 433:7
**collects** [2] - 433:10, 433:22
**column** [3] - 437:10, 437:13, 437:14
**columns** [1] - 435:1, 439:19, 439:20
**comfortable** [2] -

268:22, 400:8
**coming** [5] - 258:6, 297:10, 336:14, 431:16, 436:22
**commercial** [5] - 350:17, 350:21, 350:23, 351:8, 351:24
**commit** [7] - 257:24, 259:4, 288:22, 369:8, 369:20, 370:4, 372:1
**committed** [2] - 258:2, 259:7
**communicate** [2] - 331:4, 331:14
**communicated** [2] - 330:17, 330:20, 331:9
**companies** [4] - 264:2, 314:22, 322:19, 349:7
**company** [12] - 263:25, 264:2, 264:4, 264:12, 265:16, 268:18, 273:1, 273:22, 274:3, 398:7, 398:11, 437:14
**Company** [1] - 318:19
**compelling** [1] - 436:19
**complain** [1] - 440:10
**complaining** [1] - 440:8
**complaint** [2] - 440:12
**complaints** [1] - 440:13
**completed** [3] - 287:21, 353:9, 395:14
**completely** [8] - 355:9, 355:13, 356:5, 356:14, 365:15, 406:24, 407:19, 417:23
**complicate** [1] - 438:10
**Computer** [1] - 255:25
**Computer-Aided** [1] - 255:25
**conceal** [4] - 389:7, 391:10, 396:17, 418:9
**concealed** [2] - 278:19, 357:3
**concealing** [1] - 395:21
**concealment** [2] - 406:11, 406:16

**concern** [1] - 279:20
**concerned** [2] - 315:22, 379:5
**concerns** [1] - 279:17
**conclude** [1] - 259:5
**concluded** [1] - 388:9
**conclusion** [2] - 369:11, 369:12
**conduct** [10] - 258:13, 258:15, 258:19, 259:1, 259:2, 259:6, 288:19, 289:1
**conducted** [1] - 354:16
**confirm** [3] - 431:11, 431:19, 437:23
**confirmed** [1] - 440:19
**confusing** [2] - 379:16
**congratulate** [4] - 319:25, 320:16, 320:20, 321:1
**congratulating** [1] - 337:18
**congratulations** [3] - 272:25, 319:22, 337:15
**Congratulations** [2] - 269:15, 270:5
**conjunction** [1] - 399:2
**connect** [1] - 437:5
**connection** [4] - 377:19, 385:20, 385:23, 399:6
**connections** [1] - 323:4
**consider** [11] - 257:25, 258:1, 259:4, 259:8, 288:20, 288:24, 288:25, 289:2, 290:16, 371:4
**considered** [3] - 257:23, 259:3, 288:21
**consistent** [1] - 431:12
**conspiracy** [8] - 369:8, 369:20, 370:4, 370:21, 372:1, 382:19, 383:9, 383:12
**conspirators** [1] - 432:12
**contacted** [4] - 314:10, 315:4, 315:7, 315:10
**contacting** [2] - 315:13, 400:15
**contained** [1] - 428:21
**contains** [2] - 432:23,

435:2
**contend** [1] - 434:14
**contested** [4] - 431:20, 431:22, 432:18, 436:9
**contesting** [1] - 439:14
**contests** [1] - 436:10
**continue** [2] - 305:10, 333:6
**CONTINUED** [1] - 339:6
**continued** [6] - 305:11, 313:6, 328:3, 334:2, 334:16, 381:25
**Continued** [9] - 290:23, 361:8, 362:25, 380:24, 396:25, 411:5, 413:13, 415:13, 430:3
**continuing** [1] - 416:1
**Continuing** [6] - 260:13, 291:1, 363:1, 381:1, 397:1, 431:1
**contract** [1] - 412:18
**controlled** [2] - 402:6, 418:24
**conversation** [18] - 279:5, 279:13, 288:6, 293:17, 295:4, 295:7, 301:12, 309:21, 332:11, 335:8, 350:10, 350:13, 418:20, 418:21, 428:5, 429:6, 435:22, 437:18
**conversations** [15] - 290:13, 308:20, 308:21, 309:19, 311:4, 311:6, 311:21, 311:24, 332:17, 334:24, 349:18, 349:21, 349:25, 350:8, 441:5
**conveyed** [1] - 366:15
**conviction** [1] - 382:19
**cooperate** [2] - 360:12, 360:14
**cooperating** [1] - 368:16
**cooperation** [33] - 363:8, 367:2, 367:7, 367:11, 368:19, 368:22, 369:5, 370:6, 370:11,

435:2
**contend** [1] - 434:14

370:19, 371:8, 371:12, 371:15, 372:12, 373:1, 373:8, 375:4, 375:7, 375:20, 380:18, 381:5, 382:3, 383:21, 384:1, 384:10, 384:14, 384:19, 385:5, 385:12, 386:10, 387:20, 410:25, 417:10
**coordinate** [1] - 305:2
**copies** [2] - 289:12, 342:20
**copy** [9] - 342:24, 376:10, 376:13, 376:14, 378:15, 410:2, 429:15, 437:11
**correct** [69] - 290:6, 315:2, 319:2, 319:13, 320:10, 321:7, 321:24, 322:9, 324:3, 329:22, 330:20, 331:1, 331:4, 331:10, 331:17, 333:25, 336:19, 337:16, 337:23, 341:18, 342:25, 344:2, 348:23, 352:3, 352:19, 353:19, 354:19, 355:11, 356:14, 357:9, 359:1, 359:16, 360:21, 362:16, 363:8, 365:24, 366:6, 367:7, 367:14, 367:18, 368:3, 369:6, 369:21, 369:25, 370:17, 370:23, 371:1, 371:16, 371:21, 372:1, 372:10, 374:14, 381:7, 381:12, 381:16, 381:23, 382:7, 383:10, 383:24, 384:3, 384:6, 384:12, 384:25, 386:4, 386:13, 387:14, 387:17, 428:10, 436:8
**corrected** [1] - 375:25
**correspond** [2] - 392:23, 393:10
**corresponding** [2] - 391:25, 395:17

Counsel [1] - 422:25
counsel [4] - 256:8, 256:21, 272:8, 375:21
count [2] - 372:1, 372:4
Count [1] - 383:8
counter [5] - 281:2, 281:4, 354:6, 354:9, 354:14
countries [3] - 322:7, 322:17, 323:1
country [2] - 262:13, 262:14
course [4] - 317:19, 427:3, 427:14, 434:25
Court's [2] - 289:16, 413:11
Courthouse [1] - 255:5
courthouse [1] - 259:17
courtroom [2] - 356:2, 357:10
COURTROOM [11] - 256:2, 256:13, 256:18, 260:5, 305:5, 305:7, 338:16, 339:11, 373:23, 374:2, 424:25
cover [1] - 304:20
coverage [1] - 259:23
covered [1] - 417:22
covering [1] - 304:23
credit [43] - 269:3, 269:5, 269:17, 269:22, 270:1, 270:5, 270:7, 271:10, 271:12, 272:17, 272:25, 273:2, 273:8, 273:10, 273:13, 273:18, 273:20, 274:7, 274:11, 285:11, 285:12, 285:13, 285:14, 286:17, 287:20, 287:22, 287:23, 287:25, 288:17, 291:6, 294:16, 311:8, 312:4, 315:11, 318:16, 318:18, 318:20, 319:3, 319:12, 327:2, 349:8, 396:15, 399:9
crime [19] - 257:14, 257:21, 257:25,

258:2, 258:12, 258:15, 259:1, 259:4, 259:7, 288:18, 288:22, 364:22, 364:25, 365:1, 365:5, 408:20, 409:15, 409:19
crimes [2] - 416:25, 417:5
CRIMINAL [1] - 255:10
Criminal [1] - 256:4
cross [6] - 374:19, 388:9, 406:20, 425:7, 440:20, 440:22
CROSS [5] - 314:2, 339:6, 388:12, 442:4, 442:5
cross-examination [2] - 388:9, 406:20
CROSS-EXAMINATION [5] - 314:2, 339:6, 388:12, 442:4, 442:5
cross-examine [1] - 374:19
crux [1] - 436:3
current [1] - 373:1
Custom [1] - 432:20
customer [1] - 323:25
Customs [8] - 428:2, 428:12, 428:14, 428:17, 431:17, 434:16, 434:17, 435:12
cut [4] - 378:20, 419:14, 422:5, 440:25

## D

dance [1] - 413:2
date [17] - 266:16, 266:17, 267:12, 282:13, 283:9, 284:13, 284:15, 336:23, 336:25, 340:12, 340:25, 345:15, 346:5, 347:5, 356:9, 357:19
dated [5] - 410:16, 414:9, 415:6, 415:8, 424:2
dates [7] - 287:11, 340:17, 341:2, 342:10, 392:11, 393:1, 393:2
daughter [2] - 329:19, 329:21

David [2] - 256:9, 387:6
DAVID [1] - 255:16
day-to-day [1] - 399:13
days [2] - 367:14, 367:21
debt [1] - 396:5
debts [5] - 315:11, 395:25, 396:8, 396:18, 396:19
December [1] - 286:21
decent [1] - 322:20
decide [1] - 327:8
decided [4] - 274:3, 360:12, 360:14, 368:4
decision [6] - 385:2, 427:2, 427:3, 427:5, 427:8
deep [1] - 437:22
Defendant [12] - 255:18, 255:21, 256:13, 256:18, 257:21, 257:24, 258:25, 259:3, 288:22, 289:3, 378:7, 378:9
defendant [4] - 370:8, 382:12, 386:6, 387:22
Defendant's [8] - 342:14, 352:7, 416:4, 416:9, 416:13, 416:20, 417:15, 442:24
defendant's [1] - 387:20
Defendants [9] - 262:16, 431:6, 432:11, 434:13, 437:16, 438:11, 438:17, 439:11, 439:16
defendants [10] - 255:8, 379:8, 426:22, 427:1, 427:23, 428:13, 429:3, 429:5, 429:9
Defendants' [3] - 414:2, 436:17, 442:23
Defenders [1] - 256:14
DEFENDERS [1] - 255:18
Defense [9] - 337:2, 382:22, 409:22, 410:9, 410:13, 414:4, 414:19, 415:3, 415:8

defense [5] - 289:12, 389:18, 426:15, 427:1, 439:25
demonstrative [1] - 289:8
deportation [3] - 369:2, 381:16, 383:18
deposit [7] - 283:15, 391:22, 392:1, 392:8, 392:20, 392:23, 393:8
deposits [1] - 391:20
deputy [1] - 289:17
DEPUTY [11] - 256:2, 256:13, 256:18, 260:5, 305:5, 305:7, 338:16, 339:11, 373:23, 374:2, 424:25
describe [2] - 309:2, 310:4
designation [1] - 423:1
determined [5] - 374:16, 375:8, 375:9, 378:1, 378:8
determines [2] - 384:11, 384:15
developed [1] - 324:10
diem [1] - 429:12
difference [2] - 375:17, 380:4
differences [1] - 380:3
different [13] - 263:22, 267:21, 273:23, 273:24, 283:11, 319:4, 358:16, 376:9, 377:24, 379:4, 424:19, 429:11, 435:24
difficulties [1] - 337:7
DIRECT [2] - 260:12, 442:4
direct [19] - 257:14, 277:10, 318:15, 335:23, 349:20, 353:14, 370:7, 387:19, 390:12, 391:7, 393:20, 393:21, 402:5, 406:17, 406:23, 417:25, 419:25, 420:4, 420:8
directing [3] - 337:14, 355:25, 388:16
directly [2] - 286:8, 434:13
disagreement [1] -

376:18
discussed [7] - 279:21, 304:22, 355:2, 386:22, 387:1, 387:16, 407:3
discussing [1] - 406:15
discussion [4] - 279:9, 355:18, 374:12, 421:14
dishonesty [1] - 365:10
dismissed [1] - 369:24
disputed [1] - 433:3
District [4] - 256:2, 256:3, 386:12, 387:23
DISTRICT [4] - 255:1, 255:1, 255:11, 255:14
divorce [1] - 348:3
divorced [2] - 347:19, 348:2
Docket [1] - 256:5
document [16] - 260:22, 266:9, 266:13, 267:6, 267:8, 277:8, 281:23, 282:20, 389:18, 423:9, 423:22, 428:18, 428:20, 428:23, 431:4, 440:1
documents [1] - 390:17
dollars [1] - 315:14
done [11] - 287:21, 289:1, 304:15, 325:21, 326:2, 326:23, 343:3, 395:11, 398:21, 425:19, 426:3
door [2] - 345:19, 345:22
double [3] - 428:18, 436:4, 438:13
double-hearsay [2] - 436:4, 438:13
down [25] - 262:7, 338:1, 342:21, 344:5, 344:11, 382:7, 382:11, 385:23, 387:21, 391:17, 391:19, 403:23, 404:16, 404:21, 405:5, 406:4, 408:10, 410:12, 414:18, 414:24, 416:22,

425:2, 425:5, 427:7, 433:14
**Drag** [1] - 259:20
**drag** [1] - 259:21
**drive** [1] - 325:12
**driven** [1] - 353:2
**driver** [4] - 328:5, 350:17, 420:16, 421:2
**driver's** [8] - 260:25, 261:16, 350:21, 350:23, 351:8, 351:25, 352:2, 352:12
**driving** [2] - 353:1, 429:13
**drop** [1] - 435:19
**drove** [4] - 328:4, 328:22, 328:25, 350:17
**Dubai** [2] - 262:15, 322:8
**due** [1] - 347:7
**Dufont** [1] - 256:15
**duly** [1] - 260:10
**during** [22] - 292:23, 318:8, 329:3, 337:21, 337:22, 343:8, 348:7, 348:10, 349:6, 357:20, 359:15, 369:15, 370:16, 371:4, 374:13, 398:4, 408:20, 409:15, 416:24, 417:4, 420:4, 420:8
**During** [2] - 370:13, 409:18
**duty** [1] - 432:1
**DX** [1] - 383:1
**DX-41** [1] - 410:18

**E**

**e-mail** [1] - 430:1
**early** [1] - 340:20
**easier** [1] - 352:5
**East** [1] - 255:14
**East/Brooklyn** [1] - 255:24
**EASTERN** [2] - 255:1, 255:14
**Eastern** [3] - 256:3, 386:11, 387:23
**eat** [1] - 307:1
**education** [1] - 353:6
**efficiency** [3] - 390:3, 414:18, 422:23
**effort** [1] - 396:17
**eight** [1] - 423:20

**either** [6] - 271:12, 272:16, 360:6, 404:7, 405:2, 416:17
**Ekam** [18] - 263:20, 273:15, 274:1, 282:1, 282:23, 358:19, 365:21, 393:14, 393:17, 394:1, 394:5, 395:17, 395:24, 396:4, 396:9, 396:10, 396:14, 397:18
**Eleanor** [1] - 256:10
**electronic** [3] - 274:24, 405:5, 405:6
**electronically** [1] - 277:4
**elsewhere** [1] - 387:23
**emoji** [1] - 344:13
**emojis** [1] - 337:16
**employees** [4] - 349:10, 349:14, 429:11, 438:12
**employment** [3] - 295:9, 352:3, 352:24
**end** [12] - 263:8, 280:10, 281:6, 287:23, 287:25, 293:9, 310:11, 311:10, 312:23, 396:4, 426:7, 440:13
**ending** [2] - 389:16, 394:6
**ends** [2] - 362:24, 414:1
**enforcement** [3] - 364:21, 416:24, 417:3
**engaged** [1] - 299:6
**English** [18] - 280:18, 290:10, 291:21, 343:16, 348:20, 349:1, 349:4, 349:14, 350:1, 350:8, 350:10, 351:1, 351:3, 351:19, 351:22, 352:18, 354:17, 398:16
**entered** [2] - 353:9, 367:11
**entering** [1] - 387:4
**enters** [5] - 260:2, 305:6, 305:8, 339:3, 381:2
**entire** [3] - 295:23, 386:21, 387:1
**entirely** [1] - 348:20
**entitled** [1] - 412:7

**entity** [8] - 396:18, 396:19, 433:8, 433:9, 435:18, 435:24, 436:22, 436:24
**entries** [1] - 346:11
**envision** [2] - 426:16, 427:22
**envisioned** [1] - 426:15
**equipment** [1] - 353:2
**equivocal** [1] - 432:12
**especially** [1] - 432:17
**ESQ** [3] - 255:19, 255:20, 255:22
**essentially** [1] - 419:14
**established** [2] - 342:6, 397:23
**establishment** [1] - 397:21
**estimate** [6] - 374:16, 376:2, 378:2, 378:23, 425:18, 425:19
**evening** [1] - 424:22, 424:24, 439:4
**event** [1] - 395:13
**eventually** [2] - 321:23, 360:8
**evidence** [50] - 257:13, 257:14, 257:15, 257:22, 259:2, 261:7, 272:6, 274:16, 281:14, 283:24, 286:1, 288:21, 289:24, 290:1, 290:11, 290:15, 290:16, 290:17, 307:13, 307:15, 307:25, 308:2, 336:12, 339:11, 339:12, 339:13, 339:15, 373:5, 385:11, 389:12, 389:18, 389:22, 390:2, 390:5, 390:8, 394:17, 394:24, 402:25, 409:24, 410:1, 410:24, 411:1, 412:6, 412:10, 412:25, 416:10, 422:18, 432:18, 433:12, 436:14
**evidentiary** [1] - 428:1
**Ex** [1] - 429:7, 429:14
**exactly** [2] - 346:3, 346:4, 423:6

**Exactly** [4] - 270:21, 334:1, 367:4, 367:19
**exam** [3] - 393:20, 420:4, 420:8
**EXAMINATION** [7] - 260:12, 314:2, 339:6, 388:12, 442:4, 442:4, 442:5
**examination** [6] - 318:15, 349:20, 353:14, 388:9, 402:5, 406:20
**examine** [1] - 374:19
**examined** [1] - 260:11
**example** [1] - 285:23
**Excel** [1] - 429:25
**except** [1] - 433:19
**exception** [3] - 289:25, 426:10, 434:24
**exchanged** [3] - 331:16, 331:19, 337:22
**Excuse** [2] - 259:15, 407:21
**exhibit** [11] - 275:22, 286:12, 306:2, 337:9, 338:2, 358:2, 382:24, 403:2, 433:11, 434:21, 440:2
**Exhibit** [134] - 260:24, 261:10, 261:13, 261:16, 262:2, 262:6, 266:1, 266:3, 266:5, 266:8, 267:3, 267:5, 274:15, 274:17, 276:22, 276:24, 281:20, 282:15, 282:17, 283:24, 284:1, 284:4, 286:1, 286:3, 286:11, 289:21, 291:11, 293:23, 295:11, 295:22, 296:15, 296:25, 297:23, 298:13, 298:24, 299:9, 300:4, 300:14, 301:13, 302:5, 303:2, 303:13, 306:3, 307:13, 307:15, 307:18, 307:25, 308:2, 308:5, 336:11, 336:16, 336:18, 337:2, 339:8, 339:10, 341:15, 341:16, 342:14, 342:15, 352:7,
**Exhibits** [10] - 265:23, 281:14, 281:17, 414:19, 416:4, 416:9, 416:13, 417:15, 442:12, 442:24
**existence** [1] - 320:6
**exits** [4] - 304:4, 338:17, 373:24, 425:1
**expect** [5] - 289:6, 289:7, 425:14, 425:23, 426:12
**experience** [6] - 265:15, 268:20, 268:21, 353:2, 353:5, 398:18
**expert** [1] - 427:24
**explain** [5] - 288:17, 290:9, 426:11, 435:1, 435:2
**explained** [5] - 364:9, 364:13, 371:4, 384:2, 384:5
**export** [2] - 322:2,

352:8, 358:8, 382:22, 385:10, 385:17, 389:11, 389:13, 389:14, 389:15, 389:24, 390:2, 390:4, 390:8, 390:10, 390:13, 391:1, 391:14, 391:16, 391:18, 392:5, 392:6, 392:7, 392:9, 392:16, 392:19, 394:4, 394:15, 394:17, 394:19, 394:20, 394:22, 394:24, 395:2, 395:4, 395:14, 395:16, 402:18, 402:19, 402:21, 403:5, 403:7, 403:9, 404:9, 404:11, 405:19, 405:22, 405:25, 406:5, 409:22, 410:9, 410:13, 414:2, 414:4, 414:6, 415:3, 415:8, 416:11, 416:18, 416:20, 442:8, 442:9, 442:10, 442:11, 442:13, 442:14, 442:15, 442:16, 442:17, 442:18, 442:19, 442:20, 442:21, 442:22, 442:23

428:12
**exporter** [1] - 432:8
**exports** [1] - 431:12
**Express** [70] - 269:6, 269:7, 269:15, 269:20, 273:21, 278:7, 278:10, 278:15, 278:19, 278:21, 285:11, 285:16, 287:20, 288:24, 291:5, 293:19, 294:20, 295:3, 296:9, 297:22, 309:5, 309:8, 309:11, 310:21, 312:4, 314:10, 314:14, 315:4, 315:7, 315:10, 316:4, 316:7, 316:11, 316:15, 318:16, 319:2, 319:18, 321:6, 321:10, 321:15, 333:12, 333:22, 334:9, 334:12, 350:11, 357:3, 374:17, 389:7, 391:10, 395:21, 396:1, 396:5, 396:13, 396:17, 396:18, 396:19, 399:9, 399:25, 400:3, 400:11, 400:14, 400:18, 400:23, 401:8, 401:19, 401:22, 418:10, 419:2, 433:22
**extended** [2] - 379:2, 379:3
**extent** [5] - 290:9, 290:14, 380:1, 406:19, 438:16

## F

**F-A-T-H-E-Y** [1] - 330:23
**fabulous** [1] - 309:3
**fact** [13] - 317:5, 319:24, 374:19, 375:21, 400:22, 412:16, 422:5, 422:18, 424:16, 433:4, 433:19, 436:10, 436:23
**facts** [1] - 272:6
**factual** [2] - 434:7, 439:17
**faded** [1] - 324:2

**fair** [5] - 325:2, 347:9, 391:25, 392:22, 393:10
**fairly** [1] - 334:19
**falls** [1] - 292:5
**false** [12] - 292:3, 292:4, 292:8, 295:1, 295:2, 295:3, 364:21, 364:24, 364:25, 365:4, 416:23, 417:3
**familiar** [5] - 275:12, 276:1, 285:4, 307:3, 377:14
**fancy** [1] - 309:3
**far** [5] - 268:8, 268:11, 288:8, 308:18, 323:3
**faster** [1] - 380:14
**favorable** [1] - 379:23
**FBI** [3] - 326:16, 408:13, 409:9
**fearful** [3] - 359:6, 359:8, 366:4
**February** [45] - 266:18, 267:13, 282:14, 283:10, 309:14, 320:12, 340:14, 340:16, 340:18, 355:3, 357:17, 359:23, 360:1, 366:6, 366:14, 367:6, 367:10, 367:13, 367:15, 367:16, 367:21, 368:2, 368:12, 400:14, 407:24, 408:5, 408:24, 415:6, 417:12, 417:18, 418:15, 419:4, 419:9, 419:18, 419:20, 421:1, 421:7, 421:18, 422:2, 422:4, 422:6, 422:17, 422:20, 424:13, 424:16
**Fed** [3] - 429:7, 429:13, 429:14
**Federal** [3] - 256:14, 433:22
**federal** [6] - 364:21, 365:5, 416:23, 416:25, 417:3, 417:4
**FEDERAL** [1] - 255:18
**FedEx** [14] - 325:10, 325:12, 431:15, 431:17, 432:9, 432:16, 435:11, 435:17, 435:23, 437:4, 437:8,

438:12, 438:19, 438:23
**feed** [1] - 302:25
**FEIN** [1] - 255:21
**fellow** [1] - 439:24
**felt** [1] - 368:8
**few** [22] - 271:8, 275:16, 286:22, 289:6, 302:10, 304:9, 304:25, 305:3, 311:18, 314:17, 314:20, 327:23, 328:13, 338:13, 340:14, 348:23, 361:1, 367:14, 367:21, 381:25, 401:15, 403:11
**fi** [1] - 384:17
**fifth** [2] - 346:12, 424:4
**fight** [1] - 381:25
**figure** [2] - 271:20, 374:15
**filed** [6] - 321:23, 377:18, 378:4, 378:5, 378:10, 378:13
**filer** [13] - 428:16, 428:22, 429:2, 429:7, 429:14, 433:8, 435:17, 435:22, 435:24, 437:10, 437:13, 437:16
**files** [1] - 433:9
**fill** [1] - 352:24
**filled** [2] - 352:2, 352:12
**finances** [1] - 426:12
**fine** [7] - 259:22, 342:22, 358:6, 393:1, 401:3, 401:5, 436:6
**finish** [1] - 440:11
**finished** [2] - 288:12, 358:12
**finishes** [1] - 440:5
**First** [1] - 320:2
**first** [46] - 281:18, 291:12, 295:12, 296:16, 297:1, 298:14, 298:25, 300:5, 301:14, 302:6, 303:3, 303:15, 309:10, 309:11, 314:10, 314:17, 316:7, 316:11, 316:23, 320:4,

324:21, 328:13, 331:24, 356:4, 357:7, 357:11, 358:21, 359:4, 360:19, 361:1, 365:11, 365:18, 366:2, 366:23, 370:19, 383:10, 383:13, 394:2, 416:21, 421:15, 421:16, 424:23, 426:15, 427:21, 428:19
**Fitzgerald** [1] - 256:11
**five** [15] - 289:25, 314:22, 323:19, 385:22, 390:25, 391:19, 392:5, 392:6, 392:16, 392:19, 423:10, 423:15, 423:21, 423:22, 426:4
**flew** [1] - 345:12
**flight** [3] - 277:19, 280:1, 345:2
**flip** [2] - 286:22, 343:2
**Floor** [2] - 255:18, 255:21
**fly** [1] - 280:5
**focus** [1] - 421:17
**follow** [3] - 290:11, 308:14, 351:1
**follow-up** [1] - 308:14
**followed** [1] - 337:16
**following** [15] - 290:23, 305:11, 313:6, 362:1, 380:24, 382:12, 385:19, 387:21, 396:25, 404:5, 411:5, 412:1, 413:13, 415:13, 430:3
**follows** [1] - 260:11
**FOR** [1] - 255:10
**foreign** [1] - 322:7
**forensic** [1] - 426:10
**forfeiture** [3] - 374:8, 374:11, 375:4
**form** [7] - 263:12, 274:24, 312:20, 432:2, 432:7, 433:23, 436:22
**formed** [2] - 264:6, 264:8
**forth** [3] - 377:14, 379:9, 425:17
**forward** [1] - 423:5
**foundation** [4] - 312:15, 413:7,

413:9, 437:3
**four** [6] - 314:22, 328:1, 328:3, 328:10, 340:6, 387:20
**frame** [4] - 337:21, 342:6, 342:8, 343:8
**frankly** [3] - 379:14, 379:17, 426:6
**Frankly** [1] - 434:11
**fraud** [7] - 370:2, 370:4, 372:1, 372:3, 382:19, 383:9, 383:12
**frenzy** [1] - 324:2
**frequently** [1] - 328:25, 343:9, 435:23
**friend** [3] - 335:14, 335:15, 343:23
**friends** [6] - 329:13, 332:4, 335:16, 343:17, 401:11, 401:13
**friendships** [1] - 334:16
**front** [5] - 261:1, 287:1, 348:14, 348:16, 369:6
**full** [1] - 321:13

## G

**GAPP** [3] - 263:20, 273:15, 274:1
**general** [1] - 334:15
**generated** [2] - 428:17, 432:7
**genesis** [1] - 434:11
**gentlemen** [8] - 288:15, 290:8, 305:9, 338:14, 339:5, 373:21, 381:3, 424:21
**GIBALDI** [187] - 255:16, 256:7, 258:5, 258:8, 260:8, 260:13, 260:23, 261:7, 261:11, 261:14, 261:19, 261:24, 262:3, 262:5, 262:7, 265:22, 266:2, 266:6, 266:11, 266:15, 266:19, 267:3, 267:10, 267:14, 272:2, 272:9, 274:15, 274:18, 275:3, 275:21, 276:22,

276:25, 277:8,
281:13, 281:18,
281:21, 282:15,
282:18, 283:23,
284:2, 284:5,
284:17, 284:24,
285:25, 286:4,
286:6, 286:10,
286:12, 286:18,
286:22, 288:12,
289:5, 289:11,
289:14, 289:16,
289:20, 289:24,
290:3, 290:7, 291:2,
291:3, 291:10,
291:15, 292:15,
292:18, 292:20,
293:3, 293:6, 293:8,
293:23, 294:2,
294:5, 295:10,
295:14, 295:17,
295:22, 296:1,
296:3, 296:15,
296:18, 296:20,
296:25, 297:3,
297:5, 297:25,
298:2, 298:5, 298:8,
298:13, 298:16,
298:19, 298:24,
299:2, 299:4, 299:9,
299:16, 299:18,
299:22, 299:24,
300:7, 300:9,
300:14, 300:18,
300:21, 301:13,
301:16, 301:19,
301:23, 301:25,
302:5, 302:9,
302:13, 302:15,
303:2, 303:5, 303:8,
303:13, 303:17,
303:19, 303:25,
304:8, 306:1, 306:2,
306:6, 306:8,
306:12, 306:15,
306:17, 306:19,
306:20, 307:12,
307:16, 307:19,
307:24, 308:3,
308:6, 308:14,
308:16, 312:16,
312:21, 312:22,
313:2, 313:4,
325:23, 326:4,
336:13, 339:13,
346:16, 346:18,
358:6, 362:10,
362:14, 362:17,
362:21, 374:25,
375:15, 376:12,
377:10, 377:12,

377:23, 382:14,
383:2, 389:17,
390:6, 402:23,
410:20, 410:23,
411:2, 412:7, 413:6,
413:10, 425:6,
425:11, 425:22,
426:2, 429:1,
431:10, 435:13,
436:15, 437:1,
437:19, 438:3,
438:6, 438:21,
439:25, 441:2, 442:4
**Gibaldi** [8] - 256:8,
260:7, 326:11,
387:13, 407:10,
409:7, 437:15,
440:18
**gift** [2] - 325:3, 396:15
**given** [8] - 274:3,
281:1, 373:4, 373:5,
373:16, 376:16,
393:23, 394:11
**goes's** [1] - 303:22
**Googling** [1] - 432:6
**Government** [242] -
255:13, 256:6,
258:5, 260:24,
261:7, 261:8,
261:10, 261:16,
261:24, 262:2,
265:23, 266:1,
266:2, 266:5, 267:3,
272:4, 274:15,
276:22, 281:13,
281:14, 281:17,
282:15, 283:23,
283:24, 284:1,
286:1, 286:3,
289:21, 291:11,
293:23, 295:11,
295:22, 296:15,
296:25, 297:23,
298:13, 298:24,
299:9, 300:4,
300:14, 301:13,
302:5, 303:2,
303:13, 306:3,
307:12, 307:13,
307:15, 307:24,
307:25, 308:2,
318:5, 318:8,
318:11, 320:9,
320:16, 320:19,
326:8, 326:11,
336:11, 336:16,
339:8, 339:23,
340:2, 340:6, 341:8,
341:15, 341:25,
342:3, 342:4, 343:5,

349:21, 350:15,
355:1, 355:2, 355:3,
355:10, 357:6,
357:13, 357:14,
357:17, 358:1,
358:4, 358:21,
359:3, 359:5,
359:11, 359:12,
359:20, 360:8,
360:20, 360:23,
361:2, 362:8, 363:3,
363:8, 363:10,
363:13, 363:17,
363:22, 364:1,
364:12, 364:13,
364:17, 365:1,
365:5, 365:8,
365:14, 366:1,
366:6, 366:12,
366:15, 366:18,
366:22, 367:6,
367:10, 367:21,
368:16, 368:18,
368:21, 369:17,
369:24, 370:16,
371:19, 372:8,
372:13, 372:16,
374:9, 375:22,
375:24, 376:10,
376:18, 376:24,
377:6, 378:1, 378:5,
378:6, 378:11,
380:1, 384:11,
384:15, 384:23,
385:10, 386:12,
386:17, 388:1,
389:11, 389:14,
389:15, 389:24,
390:2, 390:4, 390:8,
390:13, 391:14,
391:18, 392:5,
392:9, 392:16,
392:19, 394:15,
394:17, 394:19,
394:22, 394:24,
395:4, 395:13,
395:16, 402:18,
402:21, 402:24,
403:5, 403:7, 404:9,
405:19, 405:22,
405:25, 406:5,
406:25, 407:3,
407:12, 407:24,
409:15, 409:19,
410:24, 411:1,
412:3, 417:8,
417:11, 417:17,
417:19, 417:23,
418:15, 418:23,
419:4, 419:17,
419:20, 420:11,

421:7, 422:4, 422:6,
422:17, 422:20,
424:12, 425:20,
428:6, 428:10,
429:7, 431:4, 431:6,
431:7, 433:9,
433:11, 433:20,
434:8, 434:14,
435:22, 436:13,
438:9, 438:10,
439:3, 439:13,
440:19, 440:21,
442:8, 442:9,
442:10, 442:11,
442:12, 442:13,
442:14, 442:15,
442:16, 442:17,
442:18, 442:19,
442:20, 442:21,
442:22
**Government's** [12] -
372:8, 374:23,
376:2, 378:23,
379:12, 380:5,
385:2, 385:7, 386:5,
428:2, 428:25,
429:24
**granted** [1] - 272:14
**great** [1] - 395:20
**ground** [2] - 304:23,
412:20
**guess** [2] - 259:8,
304:16
**guideline** [4] - 371:7,
371:11, 372:9,
372:17
**guidelines** [3] - 371:1,
371:3, 380:2
**guilty** [23] - 362:11,
362:21, 362:22,
363:5, 363:7,
363:11, 363:14,
363:16, 363:21,
364:1, 366:19,
366:23, 369:6,
369:8, 369:20,
370:22, 371:18,
372:20, 382:3,
382:19, 383:8,
383:11, 383:17
**GURU** [1] - 330:23
**guys** [2] - 401:11,
401:13

**H**

**half** [6] - 274:19,
276:25, 328:1,
328:3, 328:10,
426:13

**halfway** [1] - 425:19
**hand** [9] - 276:15,
276:16, 276:20,
282:6, 282:7, 283:4,
283:5, 289:17, 325:3
**handed** [3] - 276:16,
276:19, 289:21
**handle** [2] - 264:15,
279:10
**handled** [1] - 325:19
**handling** [6] - 268:17,
274:13, 274:14,
296:13, 400:10,
405:9
**happy** [4] - 272:2,
430:1, 436:8, 438:25
**Haramati** [7] - 256:20,
388:11, 423:2,
425:14, 426:18,
432:1, 432:25
**HARAMATI** [110] -
255:22, 256:19,
257:2, 257:7,
257:13, 258:3,
258:10, 258:16,
258:18, 258:22,
259:11, 304:18,
304:20, 304:24,
388:13, 389:10,
389:20, 389:24,
390:1, 390:3, 390:9,
390:11, 390:24,
391:14, 391:17,
391:21, 392:4,
393:16, 394:2,
394:13, 394:18,
394:21, 394:25,
395:3, 397:1, 397:5,
402:17, 402:20,
403:1, 403:4, 403:6,
403:14, 403:22,
404:9, 404:12,
404:16, 404:21,
405:4, 406:4,
407:21, 409:21,
409:25, 410:5,
410:7, 410:12,
410:18, 412:11,
412:15, 412:22,
413:1, 414:3, 414:7,
414:17, 414:23,
416:1, 416:2, 416:7,
416:12, 416:16,
416:19, 416:22,
421:20, 422:3,
422:11, 422:15,
422:22, 423:3,
423:7, 423:11,
423:22, 423:25,
424:2, 424:5,

424:10, 424:18, 425:16, 427:21, 428:5, 429:6, 429:17, 429:22, 431:22, 432:5, 433:4, 433:8, 433:18, 434:2, 434:7, 435:21, 436:7, 437:9, 438:8, 438:25, 439:17, 440:6, 440:9, 440:15, 440:18, 441:5, 442:5
**haramati** [1] - 304:17
**Haramati's** [1] - 434:6
**hard** [2] - 304:14, 410:2
**hate** [1] - 439:6
**hear** [16] - 260:16, 269:17, 271:24, 290:9, 290:11, 292:23, 297:10, 325:24, 371:22, 379:10, 379:12, 383:2, 388:14, 422:8, 422:12, 439:23
**heard** [9] - 257:21, 258:25, 271:23, 288:16, 288:23, 315:19, 316:10, 369:12, 369:16
**hearing** [4] - 292:1, 302:20, 361:7, 362:1
**hearsay** [9] - 346:18, 428:19, 428:22, 431:3, 436:4, 436:14, 438:13
**held** [1] - 361:7
**hello** [3] - 343:25, 349:15, 349:16
**help** [6] - 312:25, 325:7, 328:19, 342:17, 343:4, 398:24
**helped** [5] - 265:20, 277:22, 280:18, 317:8, 350:14
**helpful** [2] - 299:12, 428:8
**helping** [1] - 325:6
**helps** [2] - 338:4, 346:10
**hi** [2] - 349:15, 349:16
**higher** [1] - 371:20
**highlighted** [2] - 302:11, 306:11
**Hill** [6] - 265:6, 270:11, 270:25, 275:11, 280:11,

285:5
**himself** [1] - 302:25
**hire** [1] - 323:21
**history** [1] - 352:24
**hold** [2] - 289:14, 299:12
**holds** [1] - 379:25
**homes** [1] - 329:15
**honest** [20] - 355:10, 355:14, 355:17, 355:21, 356:5, 356:14, 356:15, 356:18, 356:24, 357:11, 357:12, 359:4, 365:15, 368:5, 368:8, 368:11, 418:2, 429:22, 432:14
**honestly** [2] - 432:5, 434:3
**Honor** [90] - 256:7, 256:19, 257:2, 257:5, 258:3, 258:10, 258:11, 258:19, 258:22, 259:11, 259:18, 260:8, 265:22, 271:15, 272:10, 281:13, 283:23, 285:25, 288:12, 289:5, 289:16, 289:20, 290:7, 291:2, 299:16, 303:25, 304:21, 306:12, 307:12, 312:13, 312:21, 313:2, 325:23, 330:24, 331:22, 338:12, 339:16, 342:19, 357:25, 358:15, 361:4, 373:15, 374:21, 374:25, 375:1, 376:12, 377:10, 377:13, 377:23, 379:14, 382:14, 382:21, 383:2, 385:9, 388:10, 389:17, 409:25, 410:20, 412:11, 416:7, 421:20, 422:11, 422:22, 423:20, 423:25, 424:2, 424:6, 424:18, 425:6, 425:22, 426:17, 427:20, 429:1, 431:8, 432:20, 434:2, 434:5, 434:18, 436:7,

436:8, 436:15, 436:16, 437:1, 437:19, 438:21, 439:1, 439:25, 440:6, 440:15, 441:2
**HONORABLE** [1] - 255:11
**Honorable** [1] - 256:4
**hope** [5] - 368:25, 369:2, 381:13, 381:14, 426:3
**hoping** [4] - 345:19, 368:18, 368:22, 426:6
**hotel** [2] - 437:25, 438:1
**hour** [6] - 304:16, 304:18, 412:21, 425:19, 426:8, 426:13
**hours** [1] - 439:7
**house** [7] - 307:3, 307:23, 308:22, 309:2, 311:18, 345:19, 345:25
**houses** [3] - 308:10, 308:11, 308:17
**huge** [1] - 280:17
**hundreds** [2] - 315:14, 349:16
**hung** [2] - 310:7, 313:1

---

# I

**idea** [12] - 264:21, 264:23, 278:22, 278:24, 279:1, 285:18, 285:20, 287:14, 295:4, 323:19, 357:23, 398:6
**identified** [1] - 414:15
**identifies** [1] - 435:13, 435:14
**identifying** [1] - 413:3
**Ilana** [1] - 256:19
**immigration** [3] - 369:1, 381:7, 381:11
**impeachment** [2] - 412:12, 425:18
**impersonating** [1] - 301:4
**imprisonment** [1] - 377:16
**Inc** [14] - 263:20, 273:15, 275:2, 275:10, 277:7, 282:1, 282:23, 284:10, 393:15,

393:18, 395:18, 396:9, 396:14, 397:18
**include** [3] - 326:11, 370:2, 387:21
**included** [3] - 272:4, 318:2, 362:7
**including** [5] - 317:16, 318:12, 416:24, 417:4, 432:22
**incoming** [1] - 357:22
**inconsistencies** [2] - 412:15, 412:23
**incriminatory** [3] - 429:21, 431:5, 431:10
**indicate** [1] - 299:13
**indictment** [1] - 369:24
**individual** [4] - 261:3, 261:17, 284:19, 435:16
**individually** [1] - 330:14
**information** [38] - 311:2, 311:7, 317:16, 317:20, 317:21, 318:12, 318:14, 353:10, 399:16, 399:19, 428:15, 428:16, 428:20, 429:2, 429:4, 431:16, 432:9, 432:15, 433:2, 433:10, 433:15, 433:21, 433:23, 434:8, 434:12, 435:2, 435:5, 435:6, 435:25, 436:1, 436:21, 436:24, 437:6, 437:9, 437:17, 438:8, 438:11
**informed** [1] - 270:17
**initial** [2] - 324:2, 376:17
**inquired** [1] - 312:9
**inquiry** [1] - 380:19
**inside** [3] - 309:2, 327:1, 354:3
**instance** [1] - 427:5
**instances** [1] - 435:23
**Instead** [1] - 372:16
**instead** [4] - 342:20, 372:5, 381:25, 382:11
**instruct** [1] - 292:11
**instructed** [2] - 292:9, 314:6

**instruction** [8] - 257:3, 257:8, 257:9, 257:11, 257:18, 258:11, 288:13, 379:20
**instructions** [1] - 351:1
**instructor** [1] - 351:5
**intend** [1] - 441:1
**intending** [1] - 436:18
**intent** [4] - 257:15, 257:24, 259:4, 288:22
**intention** [1] - 440:24
**interact** [1] - 349:10
**interacting** [1] - 349:14
**interest** [1] - 435:14
**interested** [3] - 348:8, 398:6, 398:11
**intermediary** [1] - 429:8
**internet** [1] - 432:8
**interpretation** [2] - 290:19, 290:20
**INTERPRETER** [71] - 261:21, 262:17, 264:1, 264:22, 271:4, 276:6, 278:23, 283:2, 286:9, 287:24, 318:22, 321:11, 323:14, 327:13, 328:24, 330:4, 330:19, 330:22, 332:15, 333:23, 334:11, 334:21, 335:20, 335:25, 337:4, 337:11, 338:7, 341:6, 341:19, 343:18, 344:14, 346:22, 347:11, 348:9, 348:15, 348:18, 354:8, 356:9, 363:19, 365:2, 366:21, 367:8, 367:15, 368:20, 370:9, 385:22, 388:5, 395:9, 398:8, 399:4, 399:17, 400:2, 401:4, 401:12, 401:21, 402:1, 402:13, 403:18, 408:16, 409:17, 414:11, 414:22, 417:2, 419:19, 420:13, 422:7, 423:14, 423:20, 424:9,

425:4, 425:10
**interpreter** [17] - 257:1, 261:19, 286:7, 291:20, 294:10, 350:2, 353:11, 384:3, 385:18, 386:2, 386:20, 387:10, 421:23, 423:11, 423:18, 425:3, 425:8
**interview** [1] - 408:21
**inventory** [1] - 436:10
**investigation** [2] - 416:25, 417:5
**involved** [11] - 264:25, 265:2, 333:10, 402:12, 402:14, 404:2, 404:6, 404:23, 405:1, 406:7, 429:13
**involving** [1] - 437:25
**iPhone** [5] - 285:23, 323:12, 323:21, 396:11, 401:8
**iPhones** [20] - 262:9, 273:17, 278:5, 285:16, 285:24, 287:8, 287:21, 322:5, 322:11, 322:12, 322:13, 322:16, 322:20, 323:8, 323:25, 349:17, 396:13, 396:14, 433:14, 433:15
**issue** [5] - 315:19, 428:1, 432:17, 433:1, 436:12
**issues** [5] - 291:5, 309:5, 309:8, 310:20, 335:7
**items** [2] - 437:4, 438:19
**itself** [4] - 412:9, 428:17, 428:18, 428:20

## J

**January** [24] - 277:10, 284:16, 285:9, 286:21, 287:13, 291:4, 388:20, 391:2, 391:22, 392:11, 396:4, 400:13, 403:16, 403:25, 404:6, 405:1, 405:13, 406:1, 406:8, 418:4, 421:1

**JASMINDER** [1] - 255:6
**Jasminder** [199] - 255:21, 256:20, 260:19, 261:6, 263:15, 264:11, 264:13, 264:15, 264:24, 268:1, 268:3, 268:15, 268:17, 268:22, 269:11, 269:13, 271:9, 271:14, 272:16, 272:22, 272:23, 272:24, 273:6, 273:7, 273:10, 273:13, 273:19, 274:5, 274:10, 276:15, 276:17, 276:20, 277:21, 278:1, 278:5, 278:9, 278:13, 279:2, 279:4, 279:7, 279:10, 279:13, 279:20, 279:21, 279:22, 280:4, 280:7, 281:1, 281:3, 281:9, 282:8, 283:6, 283:11, 285:19, 285:21, 287:16, 287:18, 288:4, 288:7, 288:18, 292:7, 292:9, 292:12, 293:1, 293:10, 293:13, 294:21, 295:4, 295:21, 296:7, 296:8, 296:13, 296:24, 297:9, 297:16, 297:21, 298:12, 298:23, 299:8, 300:3, 300:13, 300:25, 301:1, 301:4, 301:7, 302:4, 302:19, 302:24, 303:12, 303:23, 309:4, 309:8, 309:15, 309:16, 310:9, 310:24, 310:25, 312:11, 314:6, 316:4, 316:8, 316:11, 316:15, 316:18, 316:21, 316:24, 317:2, 317:5, 317:14, 317:17, 317:22, 318:3, 318:13, 318:23, 319:21, 320:1, 320:2, 320:4, 320:16, 320:25,

321:5, 321:9, 322:4, 323:4, 323:7, 323:21, 325:2, 325:13, 325:15, 325:21, 326:3, 326:24, 327:5, 327:8, 327:11, 327:15, 327:17, 328:22, 328:25, 330:11, 330:20, 331:10, 331:16, 331:24, 333:6, 333:13, 334:5, 334:7, 347:20, 348:2, 348:5, 349:18, 349:23, 350:4, 356:20, 357:1, 373:6, 389:3, 389:5, 390:21, 391:9, 393:14, 393:17, 393:21, 393:23, 393:24, 396:11, 396:25, 397:2, 397:3, 397:11, 397:24, 398:22, 399:12, 399:23, 400:4, 400:19, 401:7, 402:6, 402:9, 405:9, 405:16, 405:22, 406:2, 407:15, 409:11, 418:12, 418:24, 420:12, 421:8, 421:9, 421:10, 422:19, 424:13, 431:15, 431:23, 435:16, 437:4
**Jasminder's** [3] - 318:20, 319:9, 355:23
**Jasmine** [1] - 350:11
**JFK** [1] - 345:12
**job** [3] - 294:23, 294:25, 352:12
**joined** [3] - 322:19, 323:11, 323:17
**Joshua** [1] - 256:15
**judge** [5] - 369:6, 369:13, 371:4, 371:19, 427:10
**JUDGE** [1] - 255:11
**Judge** [8] - 256:4, 259:15, 259:23, 305:6, 378:20, 378:25, 379:19, 436:5
**jump** [2] - 298:2, 300:15
**June/July** [1] - 310:19

**jurors** [1] - 299:14
**jury** [31] - 256:25, 261:11, 261:13, 262:6, 266:8, 267:5, 274:17, 276:24, 281:20, 282:17, 284:4, 286:11, 289:9, 289:21, 299:13, 336:18, 350:7, 353:18, 353:21, 361:7, 362:2, 379:11, 379:17, 402:19, 403:9, 404:11, 414:4, 414:6, 416:4, 435:3
**Jury** [8] - 260:2, 304:4, 305:8, 338:17, 339:3, 373:24, 381:2, 425:1
**jury's** [1] - 439:7
**just..** [1] - 373:20

## K

**KANNAN** [1] - 255:19
**Kannan** [1] - 256:14
**KATHRYN** [1] - 255:20
**Katie** [1] - 256:15
**KAUR** [2] - 255:6, 427:18
**Kaur** [46] - 255:18, 256:5, 256:13, 259:9, 260:19, 261:23, 265:11, 265:12, 265:18, 265:20, 269:25, 270:1, 270:3, 270:17, 277:22, 280:2, 280:3, 280:12, 280:23, 289:3, 301:2, 301:5, 301:8, 306:24, 306:25, 307:23, 308:10, 308:11, 308:17, 308:22, 310:20, 310:24, 311:11, 311:12, 311:24, 312:6, 312:8, 312:24, 319:3, 337:15, 359:1, 407:15, 409:11, 412:24, 427:17, 436:10
**Kaur's** [3] - 307:3, 311:18, 339:21
**keep** [5] - 273:7, 273:14, 292:15, 298:3, 306:15
**keeping** [1] - 439:7

**kept** [3] - 273:3, 273:10, 434:25
**key** [3] - 276:10, 276:11, 276:21
**KEYK** [1] - 330:23
**Khanas** [16] - 256:22, 389:11, 390:24, 391:15, 392:4, 394:3, 394:18, 394:25, 403:6, 403:22, 404:12, 405:4, 410:13, 414:3, 414:23, 416:2
**kids** [1] - 333:7
**kind** [4] - 280:17, 332:12, 432:18, 436:3
**kinds** [1] - 380:3
**knowing** [1] - 418:9
**knowingly** [1] - 387:4
**knowledge** [9] - 264:13, 269:20, 273:13, 278:9, 288:10, 335:1, 404:8, 404:24, 405:10
**known** [3] - 327:11, 327:15, 327:17
**knows** [2] - 429:10, 436:16

## L

**labeled** [1] - 423:9
**labels** [1] - 325:15
**laborers** [4] - 429:12, 438:18, 438:23, 438:24
**ladies** [4] - 305:9, 339:5, 381:3, 424:21
**Ladies** [4] - 288:15, 290:8, 338:14, 373:21
**language** [6] - 280:17, 290:14, 290:18, 353:22, 354:1, 421:22
**laptop** [2] - 273:9, 437:11
**large** [5] - 402:10, 405:25, 406:8, 429:17, 429:25
**last** [30] - 275:19, 293:1, 303:14, 304:9, 306:12, 340:1, 340:9, 341:3, 341:6, 343:2, 360:15, 362:13, 362:16, 367:8, 367:24, 374:4,

**380**:19, 383:5, 386:9, 386:18, 398:1, 398:22, 426:11, 428:6, 432:6, 433:9, 433:25, 435:22, 436:15, 437:18
**late** [1] - 340:18
**launch** [1] - 322:12
**launched** [1] - 323:21
**laundering** [4] - 369:9, 369:21, 370:21, 372:5
**law** - 364:21, 416:23, 417:3
**lawyer** [21] - 340:5, 340:6, 360:21, 360:23, 361:2, 362:8, 363:14, 363:18, 363:22, 364:2, 364:6, 364:9, 366:8, 366:10, 369:12, 369:16, 370:14, 375:25, 384:5, 407:6, 409:3
**lay** [3] - 312:15, 413:7, 413:9
**learned** [1] - 320:6
**least** [5] - 326:22, 350:14, 363:4, 426:4, 440:11
**leave** [3] - 355:18, 380:7, 426:20
**leaves** [1] - 425:13
**led** [1] - 363:8
**ledger** [2] - 437:25, 438:1
**left** [10] - 256:21, 260:18, 262:8, 330:8, 373:16, 373:18, 380:12, 392:15, 395:4, 425:21
**legal** [2] - 352:22, 437:20
**leniency** [1] - 372:14
**less** [5] - 304:16, 333:9, 347:16, 347:17, 380:16
**letter** [3] - 380:6, 427:11
**level** [3] - 330:3, 369:17, 428:19
**license** [6] - 260:25, 261:16, 350:21, 350:23, 351:8, 351:25
**lie** [4] - 379:9, 408:20, 409:15, 409:19
**lied** [1] - 421:15

**life** [2] - 280:16, 347:6
**likely** [1] - 426:10
**limb** [1] - 437:21
**limited** [1] - 288:20
**limiting** [4] - 257:3, 257:7, 257:9, 257:10
**limits** [1] - 287:20
**LINDA** [1] - 255:23
**lindacsr@aol.com** [1] - 255:24
**line** [3] - 309:19, 323:22, 344:5, 355:25, 356:3, 357:5, 385:22, 386:22, 438:24
**lines** [2] - 344:11, 385:23
**listed** [5] - 266:21, 275:1, 277:6, 435:17, 435:23
**Listen** [1] - 257:18
**listened** [2] - 349:20, 349:22
**listening** [1] - 293:17
**lists** [1] - 435:20
**live** [3] - 271:7, 275:19, 412:4
**lived** [2] - 308:23, 328:13
**living** [11] - 270:11, 270:13, 271:9, 275:15, 285:9, 307:23, 333:3, 345:5, 345:8, 420:17
**LLP** [1] - 255:21
**load** [1] - 286:6
**look** [16] - 338:3, 358:10, 389:10, 391:18, 395:16, 403:7, 403:16, 405:6, 405:8, 416:4, 423:6, 423:8, 423:10, 434:21, 436:7, 437:12
**Look** [2] - 413:6, 439:17
**looked** [3] - 405:19, 420:4, 420:8
**looking** [6] - 307:22, 308:9, 358:12, 403:11, 405:21, 432:8
**Looking** [1] - 287:5
**loss** [3] - 294:13, 294:15, 374:16
**lost** [1] - 295:8
**lovely** [1] - 424:24
**lower** [1] - 368:25
**luck** [1] - 259:12
**lunch** [2] - 304:16,

434:4
**luncheon** [2] - 338:15, 338:21

**M**

**ma'am** [9] - 398:8, 399:5, 400:2, 401:4, 401:21, 402:1, 403:18, 409:17, 419:19
**Ma'am** [1] - 414:11
**mail** [4] - 259:22, 274:20, 277:2, 430:1
**mailed** [4] - 270:8, 270:14, 270:16, 270:19
**maintained** [1] - 429:3
**maintains** [1] - 435:3
**Maman** [1] - 329:21
**man** [2] - 347:24, 348:1
**manage** [3] - 268:22, 399:12, 401:7
**managed** [2] - 268:2, 401:5
**managers** [4] - 323:4, 324:10, 324:14, 325:7
**managing** [2] - 399:21, 400:15
**mandatory** [5] - 376:20, 377:1, 377:17, 378:21, 378:22
**Mandeep** [6] - 275:2, 277:7, 423:15, 424:7, 431:13, 437:3
**MANDEEP** [2] - 260:9, 442:3
**manner** [1] - 312:25
**March** [27] - 338:6, 338:7, 338:8, 340:2, 340:20, 340:23, 341:1, 342:8, 343:5, 360:14, 362:12, 362:16, 362:19, 362:21, 366:19, 367:7, 367:11, 367:14, 367:15, 367:16, 367:22, 368:3, 368:9, 408:24, 415:8, 417:12, 417:18
**MARINO** [1] - 255:23
**mark** [20] - 293:24, 295:15, 296:18, 298:2, 298:17, 299:2, 299:10, 299:19, 299:22,

300:7, 300:15, 300:19, 301:17, 301:20, 302:13, 303:6, 303:17, 306:3, 306:9, 351:12
**marked** [13] - 261:10, 262:2, 266:1, 266:5, 281:17, 284:1, 286:3, 289:21, 336:16, 337:2, 403:5, 414:2, 440:1
**markup** [1] - 322:22
**marriage** [1] - 335:7
**married** [5] - 332:2, 332:7, 347:24, 348:1, 348:4
**marshals** [1] - 259:21
**material** [6] - 257:4, 423:4, 425:18, 428:8, 433:24, 434:9
**materials** [1] - 436:10
**Matter** [1] - 441:9
**matter** [1] - 259:17
**maximum/minimum** [1] - 377:15
**mean** [14] - 259:20, 310:15, 355:17, 372:25, 375:11, 375:25, 377:7, 378:6, 379:21, 380:13, 381:15, 417:9, 426:5, 429:19
**Meaning** [1] - 319:15
**means** [2] - 329:24, 377:5
**meant** [3] - 312:17, 364:10, 364:13
**mechanical** [1] - 255:25
**meet** [1] - 359:25
**meeting** [44] - 320:15, 320:19, 341:3, 342:1, 355:10, 357:7, 357:20, 359:11, 360:6, 362:12, 362:20, 363:14, 363:16, 364:18, 364:25, 365:5, 365:9, 365:15, 366:2, 366:5, 366:14, 366:22, 367:1, 367:2, 367:5, 367:24, 367:25, 368:9, 368:12, 407:3, 407:6, 408:5, 408:23, 408:24, 409:16, 409:18, 416:24, 417:4, 417:11, 417:17,

421:16, 422:16
**meetings** [20] - 318:8, 318:11, 326:16, 326:22, 355:3, 362:5, 362:6, 362:7, 362:8, 362:9, 362:11, 363:7, 363:10, 363:13, 363:25, 364:5, 367:13, 417:8, 417:20, 418:2
**meets** [1] - 434:24
**MEISTER** [1] - 255:21
**Melody** [1] - 256:10
**memory** [1] - 437:22
**mention** [3] - 311:21, 311:25, 382:6
**mentioned** [3] - 263:24, 280:12, 425:25
**Mercedes** [2] - 336:3, 336:5
**message** [2] - 344:4, 359:9
**messages** [11] - 337:22, 343:21, 343:24, 344:19, 344:20, 348:13, 348:16, 348:19, 348:22, 348:25, 349:3
**met** [41] - 318:5, 320:9, 326:8, 327:19, 331:24, 340:2, 340:6, 340:9, 340:11, 340:13, 340:20, 340:23, 341:2, 355:1, 355:21, 356:4, 357:14, 357:17, 357:19, 358:21, 358:24, 359:5, 359:20, 359:23, 360:17, 360:19, 360:20, 360:23, 361:1, 361:2, 363:3, 363:17, 365:18, 366:10, 366:18, 367:5, 367:6, 367:10, 367:20, 421:14
**MICHAEL** [1] - 255:16
**Michael** [1] - 256:8
**microphone** [4] - 261:20, 286:8, 335:21, 337:4
**middle** [4] - 266:16, 266:20, 267:15, 284:18
**might** [5] - 337:17,

344:8, 371:20, 395:11, 429:17
**million** [11] - 372:20, 372:24, 373:13, 374:10, 374:17, 374:20, 375:6, 375:13, 376:21, 377:1, 377:17
**mind** [5] - 321:13, 335:21, 337:5, 380:8, 439:7
**minute** [12] - 280:12, 293:24, 298:2, 299:10, 299:18, 301:19, 306:8, 373:22, 423:14, 425:12, 440:4, 440:25
**minutes** [19] - 258:9, 259:17, 275:17, 289:6, 291:12, 297:1, 302:7, 304:3, 304:9, 304:10, 304:11, 304:25, 305:3, 311:18, 373:19, 380:8, 380:12, 380:15
**mishra** [1] - 387:10
**misleading** [1] - 374:6
**misled** [1] - 379:11
**misremembering** [1] - 439:1
**miss** [1] - 344:20
**missing** [2] - 374:9, 374:22
**model** [1] - 323:21
**moment** [9] - 299:12, 299:16, 313:2, 331:22, 402:4, 402:18, 407:21, 421:17, 426:25
**moments** [1] - 403:11
**money** [65] - 263:7, 264:14, 277:13, 277:21, 278:2, 278:4, 278:7, 278:10, 278:16, 278:17, 278:19, 278:21, 278:22, 278:24, 279:7, 279:8, 279:11, 280:4, 281:2, 281:6, 281:9, 281:11, 283:14, 288:3, 291:4, 292:6, 292:7, 293:21, 293:22, 294:21, 295:8, 297:16, 297:20, 297:21, 307:1, 311:9, 321:17,

322:15, 322:20, 356:19, 356:20, 356:25, 357:1, 357:2, 357:3, 369:8, 369:20, 370:21, 372:5, 389:7, 390:21, 391:10, 394:8, 395:21, 396:17, 396:24, 397:7, 418:9, 418:24, 420:11, 420:12, 420:13, 420:21, 421:12, 422:19
**month** [10] - 262:25, 263:1, 263:11, 277:13, 340:11, 340:24, 359:20, 360:15, 366:2, 372:17
**months** [9] - 271:8, 327:23, 328:4, 340:14, 360:3, 371:8, 371:12, 382:1
**moral** [1] - 335:2
**morning** [21] - 256:7, 256:12, 256:16, 256:17, 256:19, 256:23, 258:9, 259:16, 260:3, 260:14, 260:15, 280:2, 283:16, 304:2, 343:22, 344:4, 388:17, 397:14, 397:20, 422:18, 424:23
**most** [4] - 287:5, 331:25, 340:23, 349:18
**mostly** [2] - 324:5, 325:9
**Mostly** [1] - 262:15
**motivation** [1] - 379:9
**mouth** [1] - 302:22
**move** [14] - 265:22, 266:2, 278:22, 312:21, 355:5, 358:15, 389:18, 389:21, 390:4, 397:11, 410:18, 414:5, 416:5, 440:12
**Move** [1] - 272:12
**moved** [7] - 332:23, 332:25, 356:20, 357:1, 390:20, 395:25, 411:1
**moves** [5] - 261:7, 261:24, 281:14, 283:23, 286:1
**moving** [5] - 339:15,

355:22, 395:22, 396:17, 424:19
**MR** [293] - 256:7, 256:14, 256:17, 258:5, 258:8, 259:10, 259:15, 259:22, 260:1, 260:8, 260:13, 260:23, 261:7, 261:11, 261:14, 261:19, 261:24, 262:3, 262:5, 262:7, 265:22, 266:2, 266:6, 266:11, 266:15, 266:19, 267:3, 267:10, 267:14, 271:15, 271:18, 271:22, 272:2, 272:3, 272:7, 272:9, 272:12, 274:15, 274:18, 275:3, 275:21, 276:22, 276:25, 277:8, 281:13, 281:18, 281:21, 282:15, 282:18, 283:23, 284:2, 284:5, 284:17, 284:24, 285:25, 286:4, 286:6, 286:10, 286:12, 286:18, 286:22, 288:12, 289:5, 289:11, 289:14, 289:16, 289:20, 289:24, 290:3, 290:7, 291:2, 291:3, 291:10, 291:15, 292:15, 292:18, 292:20, 293:3, 293:6, 293:8, 293:23, 294:2, 294:5, 295:10, 295:14, 295:17, 295:22, 296:1, 296:3, 296:15, 296:18, 296:20, 296:25, 297:3, 297:5, 297:25, 298:2, 298:5, 298:8, 298:13, 298:16, 298:19, 298:24, 299:2, 299:4, 299:9, 299:16, 299:18, 299:22, 299:24, 300:7, 300:9, 300:14, 300:18, 300:21, 301:13, 301:16, 301:19, 301:23, 301:25, 302:5, 302:9,

302:13, 302:15, 303:2, 303:5, 303:8, 303:13, 303:17, 303:19, 303:25, 304:8, 304:14, 305:1, 306:1, 306:2, 306:6, 306:8, 306:12, 306:15, 306:17, 306:19, 306:20, 307:12, 307:16, 307:19, 307:24, 308:3, 308:6, 308:12, 308:14, 308:16, 312:13, 312:16, 312:19, 312:21, 312:22, 313:2, 313:4, 314:3, 323:16, 325:23, 326:1, 326:4, 330:10, 331:22, 332:16, 335:22, 336:1, 336:11, 336:13, 336:24, 337:1, 338:1, 338:8, 338:12, 339:7, 339:8, 339:12, 339:13, 339:16, 339:20, 341:14, 341:17, 342:13, 342:16, 342:19, 342:23, 343:16, 343:20, 344:7, 346:16, 346:18, 346:20, 346:23, 352:6, 352:9, 356:11, 357:25, 358:4, 358:6, 358:7, 358:9, 358:15, 358:17, 361:4, 362:3, 362:10, 362:12, 362:14, 362:15, 362:17, 362:19, 362:21, 362:23, 363:1, 367:16, 373:15, 373:19, 374:21, 374:25, 375:1, 375:11, 375:14, 375:15, 375:18, 376:5, 376:12, 376:14, 376:17, 376:25, 377:10, 377:12, 377:23, 377:24, 378:14, 378:17, 378:20, 379:14, 380:13, 380:20, 381:4, 382:14, 382:16, 382:21, 383:1, 383:2, 383:6,

383:15, 385:9, 385:13, 385:15, 385:18, 386:20, 388:10, 389:17, 390:6, 402:23, 410:20, 410:23, 411:2, 412:7, 413:6, 413:10, 425:6, 425:11, 425:22, 426:2, 426:17, 427:20, 429:1, 431:7, 431:10, 431:21, 432:20, 434:5, 434:18, 434:23, 435:7, 435:13, 436:5, 436:15, 437:1, 437:19, 438:3, 438:6, 438:16, 438:21, 439:25, 440:3, 441:2, 442:4, 442:4
**MS** [111] - 256:19, 257:2, 257:7, 257:13, 258:3, 258:10, 258:16, 258:18, 258:22, 259:11, 304:18, 304:20, 304:24, 337:6, 388:13, 389:10, 389:20, 389:24, 390:1, 390:3, 390:9, 390:11, 390:24, 391:14, 391:17, 391:21, 392:4, 393:16, 394:2, 394:13, 394:18, 394:21, 394:25, 395:3, 397:1, 397:5, 402:17, 402:20, 403:1, 403:4, 403:6, 403:14, 403:22, 404:9, 404:12, 404:16, 404:21, 405:4, 406:4, 407:21, 409:21, 409:25, 410:5, 410:7, 410:12, 410:18, 412:11, 412:15, 412:22, 413:1, 414:3, 414:7, 414:17, 414:23, 416:1, 416:2, 416:7, 416:12, 416:16, 416:19, 416:22, 421:20, 422:3, 422:11, 422:15, 422:22, 423:3, 423:7, 423:11, 423:22, 423:25,

424:2, 424:5,
424:10, 424:18,
425:16, 427:18,
427:21, 428:5,
429:6, 429:17,
429:22, 431:22,
432:5, 433:4, 433:8,
433:18, 434:2,
434:7, 435:21,
436:7, 437:9, 438:8,
438:25, 439:17,
440:6, 440:9,
440:15, 440:18,
441:5, 442:5
**multiple** [2] - 309:18,
423:5
**must** [4] - 258:2,
259:6, 289:1, 290:16

## N

**name** [40] - 263:16,
263:19, 266:21,
266:23, 266:24,
267:16, 267:17,
267:18, 274:11,
275:1, 275:2, 277:6,
277:7, 282:3, 284:7,
284:9, 284:19,
284:21, 284:22,
285:1, 312:9,
312:10, 312:11,
315:24, 318:18,
318:19, 319:6,
319:13, 386:25,
394:9, 396:14,
398:7, 398:11,
398:25, 399:10,
400:23, 401:8,
405:12, 437:13,
437:14
**named** [1] - 264:2
**names** [1] - 263:24
**near** [3] - 301:11,
434:25
**nearby** [1] - 271:2
**need** [1] - 432:19
**needed** [2] - 368:11,
434:23
**nervous** [3] - 280:17,
353:23, 353:25
**Never** [1] - 274:21
**never** [4] - 268:20,
280:16, 347:23,
380:8
**NEW** [3] - 255:1,
255:14, 255:18
**new** [9] - 323:20,
335:18, 336:7,
337:18, 341:5,

341:9, 341:12,
341:20, 398:14
**New** [23] - 255:5,
255:15, 255:19,
255:22, 256:3,
256:15, 265:6,
275:11, 277:19,
280:1, 280:5,
280:11, 285:5,
332:23, 333:1,
333:4, 333:7, 333:9,
345:2, 345:12,
386:12, 387:23
**next** [14] - 289:6,
302:10, 306:2,
306:11, 326:19,
344:11, 357:5,
361:8, 362:25,
392:5, 395:1,
404:25, 440:8,
440:12
**nice** [2] - 420:24,
421:4
**night** [9] - 280:2,
307:8, 307:10,
428:6, 432:6, 433:9,
433:25, 435:22,
437:18
**nine** [1] - 385:16
**Nobody** [1] - 378:23
**nobody** [1] - 439:14
**none** [1] - 404:4
**nonhearsay** [1] -
412:18
**normal** [1] - 335:8
**noted** [2] - 290:5,
339:2
**notes** [1] - 362:15
**nothing** [2] - 347:6,
431:10
**November** [2] -
346:11, 346:24
**number** [16] - 291:8,
318:5, 320:9, 321:5,
321:9, 323:8,
341:25, 344:11,
382:25, 394:9,
394:11, 397:4,
423:1, 425:24, 426:1
**numbered** [1] - 358:11
**numbers** [1] - 306:10
**numerous** [1] - 405:13
**NY** [1] - 255:24

## O

**O'Keefe** [1] - 436:16
**oath** [2] - 260:6, 356:2
**object** [4] - 336:14,
389:19, 410:20,

428:23
**objecting** [4] - 272:1,
379:12, 429:20,
431:2
**Objection** [2] -
325:23, 326:4
**objection** [21] -
271:15, 271:18,
271:22, 272:5,
308:12, 312:13,
312:14, 312:19,
346:16, 346:17,
358:5, 379:10,
382:14, 382:15,
390:6, 402:22,
402:23, 410:22,
413:7, 429:20, 441:5
**observed** [1] - 336:4
**obstructing** [2] -
416:24, 417:4
**obtained** [1] - 428:17
**obviously** [4] -
381:22, 398:21,
412:11, 413:6
**occasion** [1] - 427:10
**occurred** [4] - 258:20,
259:2, 288:20, 412:1
**October** [35] - 340:9,
340:11, 340:13,
344:5, 344:6,
355:10, 355:22,
356:5, 356:11,
357:15, 358:21,
358:24, 359:11,
359:21, 365:14,
365:19, 367:5,
381:20, 381:21,
382:7, 382:12,
382:18, 406:25,
407:2, 408:6,
410:16, 410:19,
414:10, 414:14,
417:12, 417:18,
417:23
**OF** [5] - 255:1, 255:3,
255:10, 255:14,
255:18
**offense** [2] - 383:17,
383:18
**offer** [2] - 307:24,
431:6
**offered** [12] - 370:16,
372:22, 375:18,
376:7, 376:11,
379:23, 381:19,
383:8, 383:13,
398:24, 416:6
**offering** [1] - 289:24
**offers** [1] - 307:12
**office** [4] - 340:2,

340:7, 387:24,
435:12
**Office** [3] - 356:5,
408:10, 409:5
**OFFICIAL** [1] - 255:23
**often** [7] - 262:24,
263:10, 334:19,
334:22, 347:16,
347:17, 435:17
**old** [1] - 275:16
**Olesya** [1] - 256:21
**Once** [1] - 285:13
**once** [7] - 307:11,
310:10, 346:2,
346:9, 367:21,
388:1, 425:13
**one** [88] - 257:2,
258:22, 263:24,
263:25, 264:2,
273:9, 289:14,
295:23, 299:16,
301:20, 303:14,
304:1, 304:8, 313:2,
314:6, 316:24,
317:5, 317:24,
319:17, 320:12,
321:17, 326:22,
327:2, 331:9, 335:8,
337:6, 340:24,
350:4, 353:21,
355:2, 357:5,
358:11, 359:20,
359:25, 362:13,
362:16, 362:19,
363:2, 363:4,
364:16, 366:2,
369:23, 376:7,
377:13, 377:16,
379:24, 383:23,
385:24, 386:9,
392:23, 392:24,
393:6, 393:8,
394:12, 395:7,
395:10, 395:11,
396:10, 396:18,
400:15, 400:19,
402:6, 402:9,
404:25, 405:2,
405:16, 406:8,
406:11, 407:21,
416:17, 417:7,
417:14, 420:2,
420:4, 420:6, 420:8,
427:15, 428:1,
429:15, 433:5,
433:10, 437:17,
439:12, 440:5,
440:15, 440:24
**One** [3] - 255:18,
383:9, 437:2

**ones** [1] - 405:19
**online** [13] - 268:6,
268:9, 268:11,
268:14, 274:13,
317:17, 318:2,
318:13, 322:8,
400:10, 403:24,
404:22, 405:1
**open** [21] - 256:1,
264:17, 264:21,
264:23, 265:4,
265:5, 265:15,
265:16, 265:17,
265:20, 267:23,
267:25, 304:5,
314:7, 317:8,
317:13, 338:17,
373:24, 398:24,
414:1
**Open** [1] - 264:12
**opened** [18] - 266:16,
266:17, 267:12,
267:21, 271:12,
272:3, 272:17,
283:19, 283:21,
284:13, 316:25,
317:2, 399:2, 399:7,
399:9, 399:15,
399:18, 405:12
**opening** [6] - 264:25,
265:2, 318:9,
390:16, 398:6,
398:11
**operations** [1] -
399:13
**opponent** [1] - 438:15
**opportunity** [1] -
414:25
**opposed** [1] - 378:8
**option** [2] - 312:6,
312:7
**order** [5] - 377:18,
378:4, 378:10,
378:13, 389:7
**ordered** [1] - 324:17
**orders** [1] - 378:24
**ordinary** [1] - 434:25
**Oregon** [2] - 276:18,
324:7
**original** [2] - 376:3,
376:6
**outside** [9] - 280:25,
322:6, 329:8,
354:12, 354:24,
355:6, 355:7, 361:7,
362:1
**overlap** [1] - 305:1
**overly** [1] - 379:5
**overruled** [1] - 346:19
**overseas** [9] - 322:5,

322:13, 322:16,
322:20, 431:12,
431:18, 432:22,
436:11, 439:15
**owed** [4] - 278:7,
278:10, 315:5,
315:14
**own** [4] - 290:19,
420:21, 420:24,
421:4
**owned** [3] - 308:10,
308:11, 308:17

**P**

**p.m** [1] - 339:2
**P.O** [2] - 276:4, 276:8
**pack** [1] - 325:9
**packing** [1] - 328:19
**page** [43] - 290:23,
299:14, 299:19,
301:20, 302:11,
305:11, 306:9,
306:10, 313:6,
343:2, 344:11,
346:12, 355:25,
357:5, 358:11,
361:8, 362:25,
380:24, 385:16,
386:18, 386:19,
387:19, 390:24,
391:19, 392:5,
392:6, 392:16,
392:19, 394:2,
394:14, 396:25,
411:5, 413:13,
414:24, 415:13,
416:21, 423:10,
423:14, 423:20,
423:21, 423:22,
424:4, 430:3
**PAGE** [1] - 442:2
**Page** [10] - 275:21,
286:12, 378:14,
403:16, 404:16,
404:18, 404:19,
405:7, 406:4, 410:13
**pages** [4] - 286:22,
302:10, 306:10,
306:12
**paid** [14] - 262:16,
262:18, 262:20,
262:24, 263:8,
263:12, 278:21,
288:10, 294:20,
324:23, 357:2,
373:5, 377:17,
429:12
**paper** [5] - 342:24,
376:13, 376:14,

421:23, 422:24
**papers** [1] - 425:3
**parade** [4] - 359:16,
360:3, 365:22, 366:3
**paragraph** [12] -
377:13, 385:16,
385:20, 385:23,
387:19, 387:21,
416:21, 416:22,
423:12, 423:15,
424:5, 424:7
**Paragraph** [3] -
378:17
**paralegal** [2] - 256:10,
256:21
**Pardon** [14] - 264:1,
264:22, 271:4,
276:6, 278:23,
287:24, 318:22,
332:15, 368:20,
401:4, 401:12,
402:1, 402:13,
408:16
**pardon** [2] - 388:5,
395:9
**Park** [1] - 255:21
**part** [16] - 299:13,
328:10, 328:22,
328:25, 358:11,
371:15, 375:2,
375:6, 376:1,
386:21, 418:19,
419:12, 432:11,
433:5, 438:21,
439:17
**particularly** [1] -
436:12
**parties** [3] - 257:19,
290:20, 425:12
**parts** [2] - 290:13,
350:14
**party** [5] - 429:4,
434:13, 435:14,
435:24, 438:15
**pass** [4] - 289:8,
350:24, 351:8, 423:5
**passed** [1] - 351:24
**password** [3] -
317:17, 318:2,
318:13
**PATRICK** [1] - 255:15
**Patrick** [1] - 256:9
**Patrol** [3] - 434:17,
435:12
**Patrol's** [1] - 432:21
**pause** [20] - 292:18,
293:6, 294:2,
295:14, 296:1,
296:18, 297:3,
297:25, 298:16,

299:2, 299:22,
300:7, 301:16,
301:23, 302:9,
302:13, 303:5,
303:17, 306:6,
306:17
**Pause** [10] - 257:6,
257:17, 289:15,
289:19, 299:17,
313:3, 331:23,
337:8, 374:3, 407:22
**paused** [22] - 291:14,
292:19, 293:7,
294:4, 295:16,
296:2, 296:19,
297:4, 298:1, 298:7,
298:18, 299:3,
299:23, 300:8,
300:20, 301:18,
301:24, 302:14,
303:7, 303:18,
306:7, 306:18
**pausing** [4] - 294:2,
295:15, 300:18,
306:19
**pay** [19] - 278:15,
288:9, 292:14,
293:22, 294:16,
297:22, 311:9,
312:8, 321:18,
371:16, 373:2,
373:8, 373:12,
375:3, 377:22,
378:8, 401:20,
401:23
**payable** [2] - 282:2,
282:24
**paying** [6] - 287:23,
287:25, 314:14,
317:3, 317:25,
414:11
**payment** [2] - 288:9,
291:5
**payments** [8] -
274:13, 311:8,
312:8, 399:21,
400:10, 404:20,
405:5, 405:6
**PEACE** [1] - 255:13
**penalties** [2] - 377:15,
377:16
**penalty** [3] - 377:2,
377:5, 377:6
**people** [7] - 323:1,
323:21, 325:1,
331:4, 347:1, 429:9,
439:15
**per** [3] - 322:22,
323:25, 429:12
**percent** [6] - 325:21,

325:22, 326:2,
326:3, 326:23,
326:24
**percentage** [1] - 326:7
**perfectly** [2] - 432:25,
436:7
**perhaps** [3] - 274:18,
308:13, 437:22
**period** [8] - 270:12,
286:19, 286:20,
328:6, 333:2, 343:4,
403:17, 403:19
**permit** [1] - 412:25
**permitted** [1] - 439:14
**person** [14] - 272:20,
272:21, 279:13,
302:21, 316:11,
317:13, 318:12,
319:25, 335:8,
335:9, 432:10,
440:5, 440:8, 440:11
**personal** [10] - 285:13,
285:14, 285:17,
285:18, 286:17,
287:15, 287:22,
288:17, 330:3, 347:6
**personally** [4] - 265:2,
269:7, 269:22, 427:5
**perspective** [1] -
374:24
**phone** [33] - 287:7,
288:7, 291:8,
292:12, 292:15,
293:14, 293:17,
293:20, 301:12,
302:16, 309:11,
310:7, 311:14,
311:17, 313:1,
316:3, 322:1,
322:23, 329:9,
331:11, 331:13,
332:13, 332:17,
334:19, 334:22,
335:18, 336:6,
343:11, 349:22,
349:23, 350:3,
400:22
**phoned** [2] - 341:4,
341:8
**phones** [9] - 262:12,
324:3, 324:9,
324:17, 324:19,
325:4, 325:9,
431:18, 438:24
**phonetic** [1] - 329:21
**Phonetic** [1] - 330:24
**photo** [5] - 260:25,
261:16, 336:19,
336:21, 336:22
**Photograph** [1] -

335:25
**photograph** [10] -
261:3, 335:24,
336:4, 336:5,
339:21, 339:23,
341:18, 341:20,
341:21
**photographs** [1] -
331:7
**photos** [7] - 331:16,
331:19, 336:9,
341:11, 344:16
**phrased** [1] - 378:3
**physical** [4] - 273:3,
273:7, 318:20,
318:23
**physically** [1] - 332:20
**pick** [1] - 324:17
**picture** [4] - 261:17,
307:22, 308:22,
308:25
**pictures** [1] - 344:12
**piece** [1] - 425:17
**Pierrepont** [1] -
255:18
**pile** [1] - 423:9
**PITLUCK** [7] - 255:16,
259:15, 259:22,
260:1, 378:20,
379:14, 436:5
**Pitluck** [1] - 256:9
**place** [2] - 362:1,
408:10
**plan** [4] - 412:22,
418:12, 418:19,
419:12
**planning** [1] - 421:8
**play** [20] - 289:7,
291:10, 291:11,
293:25, 295:10,
295:11, 295:23,
296:15, 296:16,
297:1, 298:14,
298:25, 300:4,
301:13, 303:3,
303:14, 304:1,
304:9, 306:2, 369:18
**played** [27] - 291:13,
292:17, 293:5,
294:1, 295:13,
295:25, 296:17,
297:2, 297:24,
298:4, 298:15,
299:1, 299:11,
299:21, 300:6,
300:17, 301:15,
301:22, 302:8,
302:12, 303:4,
303:16, 306:5,
306:14, 306:16,

349:21, 350:5
**playing** [10] - 291:10, 292:15, 298:3, 299:10, 299:14, 301:14, 301:21, 302:6, 306:13, 306:15
**Plaza** [3] - 255:14, 255:18, 255:24
**plea** [45] - 369:11, 369:12, 369:15, 370:17, 371:24, 371:25, 372:3, 372:7, 372:12, 372:22, 373:11, 374:13, 375:5, 375:6, 375:12, 375:16, 375:21, 376:3, 376:6, 376:10, 376:15, 376:25, 377:3, 377:8, 377:19, 377:24, 378:15, 379:2, 379:23, 381:18, 381:19, 381:23, 382:6, 382:7, 382:11, 382:17, 382:18, 383:7, 383:11, 383:16, 384:22, 386:1, 386:4
**plead** [5] - 371:25, 382:3, 382:19, 383:8, 383:11
**pleading** [1] - 383:17
**pled** [19] - 362:11, 362:21, 362:22, 363:5, 363:7, 363:10, 363:13, 363:16, 363:21, 364:1, 366:19, 366:23, 369:5, 369:8, 369:20, 370:11, 370:21, 371:18, 372:20
**point** [22] - 263:4, 276:12, 289:6, 309:4, 315:4, 321:14, 321:17, 327:12, 332:6, 332:19, 333:5, 333:16, 339:16, 376:7, 379:19, 412:3, 424:20, 429:20, 431:14, 432:16, 436:16, 440:2
**police** [1] - 432:2
**poor** [1] - 302:24
**populated** [1] - 433:11

**populates** [1] - 436:21
**portion** [21] - 266:12, 266:20, 267:10, 267:15, 275:4, 275:22, 281:22, 282:19, 284:5, 284:18, 286:13, 286:24, 292:23, 294:12, 294:22, 297:10, 302:11, 302:20, 306:11, 385:19, 403:2
**Portland** [1] - 324:6
**pose** [1] - 272:2
**position** [2] - 372:8, 428:25
**possession** [4] - 318:21, 318:23, 319:9, 342:11
**possibility** [2] - 381:6, 427:22
**possible** [5] - 274:11, 377:16, 426:8, 429:8, 441:3
**potential** [3] - 370:22, 377:6, 377:15
**PPI** [1] - 437:14
**predict** [1] - 304:14
**prediction** [1] - 380:5
**prefer** [1] - 259:22
**prefers** [1] - 413:5
**premarked** [1] - 409:22
**prep** [3] - 362:9, 362:10, 362:20
**preparation** [1] - 363:4
**prepare** [1] - 363:17
**prepared** [3] - 289:9, 325:17, 363:21
**present** [4] - 360:25, 361:2, 363:22, 436:18
**presiding** [1] - 256:4
**pretrial** [1] - 427:25
**pretty** [1] - 329:6
**previous** [3] - 371:24, 372:22, 381:18
**previously** [3] - 260:10, 383:8, 428:8
**principal** [1] - 435:14
**prison** [3] - 371:9, 371:13, 372:4
**problem** [14] - 280:18, 316:8, 321:6, 347:13, 369:1, 427:13, 428:19, 428:23, 436:4, 438:1, 438:2, 438:4, 438:13

**problems** [3] - 314:17, 316:10, 400:13
**proceed** [1] - 289:4
**proceeding** [5] - 369:11, 369:12, 369:16, 386:11, 387:22
**proceedings** [11] - 257:6, 257:17, 289:15, 289:19, 299:17, 313:3, 331:23, 337:8, 374:3, 407:22, 427:25
**Proceedings** [1] - 255:25
**produced** [1] - 255:25
**products** [1] - 285:12
**proffer** [14] - 358:2, 362:6, 362:15, 362:18, 362:22, 364:6, 410:19, 410:23, 412:3, 412:6, 412:16, 413:2, 414:8, 414:13
**proffered** [1] - 433:21
**proffers** [1] - 362:6
**profit** [4] - 285:15, 285:23, 285:24, 287:21
**promises** [1] - 369:23
**propensity** [3] - 257:25, 259:5, 288:25
**proper** [1] - 422:8
**properly** [3] - 321:12, 419:23, 422:9
**properties** [3] - 311:22, 311:25, 312:2
**property** [5] - 312:7, 312:8, 312:9, 312:10
**proposed** [1] - 257:18
**prosecuted** [1] - 364:22
**prosecutor** [3] - 326:14, 356:23, 364:7
**prosecutors** [4] - 407:8, 408:8, 409:7, 421:17
**Protection** [2] - 428:2, 431:17
**proved** [1] - 439:16
**provide** [2] - 439:3, 439:4
**provided** [7] - 335:2, 339:23, 341:21, 343:5, 393:23, 394:9, 428:21

**provides** [2] - 429:14, 437:17
**providing** [2] - 423:3, 435:25
**provision** [1] - 386:1
**provisions** [1] - 412:5
**publish** [11] - 261:11, 262:3, 266:6, 281:18, 284:2, 286:4, 307:16, 308:3, 414:3, 414:4, 416:3
**published** [33] - 261:13, 262:6, 266:8, 267:5, 274:17, 276:24, 281:20, 282:17, 284:4, 286:11, 307:18, 308:5, 336:18, 339:10, 341:16, 342:15, 352:8, 358:8, 385:17, 389:13, 390:10, 391:1, 391:16, 392:7, 394:4, 394:20, 395:2, 402:19, 403:9, 404:11, 414:6, 416:11, 416:18
**pull** [2] - 295:22, 438:6
**pulled** [1] - 394:21
**pulling** [1] - 376:12
**Punjabi** [10] - 290:14, 329:24, 330:22, 348:22, 351:3, 351:5, 351:20, 384:2, 385:19, 387:10
**purchased** [1] - 349:16
**purchases** [4] - 327:2, 349:7, 349:11, 349:13
**purchasing** [1] - 429:13
**purely** [1] - 432:23
**purpose** [5] - 259:8, 278:18, 288:20, 289:2, 429:24
**purposes** [1] - 412:12
**put** [28] - 273:8, 277:8, 287:14, 295:10, 302:21, 336:11, 339:8, 371:19, 379:8, 380:6, 381:15, 382:24, 385:10, 385:14, 385:15, 386:18, 389:11, 391:14,

392:4, 394:18, 394:25, 402:17, 403:6, 405:5, 409:21, 414:19, 436:13
**puts** [1] - 378:1
**putting** [4] - 336:17, 339:17, 367:5, 432:3

**Q**

**qualifications** [1] - 353:6
**Queens** [3] - 265:6, 280:11, 307:3
**questions** [12] - 313:4, 322:1, 326:12, 351:19, 352:15, 352:21, 353:1, 353:5, 353:13, 356:1, 374:5, 434:6
**Quick** [65] - 263:20, 264:5, 264:6, 264:8, 264:17, 266:14, 267:9, 267:21, 269:2, 269:5, 269:8, 270:7, 271:13, 272:16, 273:2, 273:15, 274:1, 274:6, 275:2, 275:10, 277:7, 277:20, 277:23, 278:7, 278:10, 279:7, 279:11, 281:3, 283:16, 283:20, 284:10, 294:16, 294:19, 314:7, 315:15, 316:1, 316:24, 317:8, 318:16, 319:1, 319:12, 319:17, 353:15, 356:19, 356:25, 389:15, 390:15, 392:1, 392:13, 392:15, 395:22, 396:24, 397:9, 397:16, 397:21, 397:24, 399:3, 399:7, 399:10, 399:13, 402:6, 402:10, 404:13, 405:12, 406:5
**quite** [1] - 379:14
**Quite** [1] - 379:17

**R**

**raise** [4] - 279:20, 427:9, 427:13, 428:2
**raised** [1] - 379:11

RAJPREET[1] - 255:6
Rajpreet [115] -
255:18, 260:19,
261:23, 265:11,
265:12, 265:18,
265:20, 269:25,
270:1, 270:3,
270:17, 271:9,
272:16, 277:22,
280:2, 280:12,
280:13, 280:23,
280:25, 281:4,
289:3, 301:2, 301:5,
301:8, 306:24,
306:25, 307:3,
307:23, 308:10,
308:11, 308:17,
308:22, 310:20,
310:24, 311:1,
311:8, 311:11,
311:12, 311:18,
311:24, 312:6,
312:8, 312:24,
316:19, 317:8,
319:1, 319:3,
319:17, 319:20,
319:21, 320:1,
320:2, 320:20,
321:4, 321:6,
321:10, 321:14,
322:4, 323:7, 325:6,
325:22, 326:3,
326:24, 327:11,
327:15, 327:17,
328:19, 330:11,
331:14, 331:20,
331:24, 332:11,
332:17, 332:22,
332:25, 333:6,
333:9, 333:13,
333:17, 334:6,
334:8, 334:19,
334:22, 335:18,
335:23, 336:6,
336:19, 338:5,
341:4, 341:8,
341:18, 341:20,
343:8, 346:24,
347:17, 348:1,
348:19, 348:25,
349:4, 349:18,
353:18, 353:24,
354:3, 354:9,
354:23, 358:18,
358:25, 359:9,
365:18, 365:21,
365:22, 366:15,
407:15, 409:11
Rajpreet's [2] -
319:13, 345:19
range [6] - 371:1,

371:3, 371:7,
371:11, 372:10,
372:17
raring [1] - 256:25
reach [1] - 434:1
reaches [1] - 429:4
reaching [1] - 437:22
read [10] - 258:22,
353:8, 358:10,
384:1, 385:19,
386:2, 386:20,
386:21, 387:1,
387:16
reading [1] - 374:8
ready [3] - 260:4,
305:10, 339:4
real [6] - 290:11,
294:15, 294:18,
294:19, 427:13,
439:22
realized [1] - 419:1
really [3] - 379:15,
379:25, 424:6
reason [13] - 294:15,
294:18, 294:19,
316:23, 357:12,
359:10, 378:25,
379:6, 381:14,
427:9, 427:13,
431:24, 437:24
reasons [1] - 353:21
receipts [1] - 399:22
receive [13] - 269:22,
274:20, 274:22,
274:24, 277:2,
277:4, 288:8,
292:12, 292:13,
292:14, 293:20,
293:21
received [11] - 261:9,
262:1, 265:25,
266:4, 270:1, 270:5,
272:24, 281:16,
283:25, 286:2,
301:12, 307:14,
307:15, 308:1,
308:2, 309:11,
319:8, 336:15,
359:9, 389:25,
390:2, 390:7, 390:8,
394:16, 394:17,
394:23, 394:24,
403:3, 416:8, 416:9,
424:13
receives [1] - 436:24
receiving [2] - 319:22,
368:15
recently [1] - 340:23
recess [5] - 304:2,
338:15, 338:21,

373:22, 380:9
Recess [2] - 305:4,
380:22
recognize [37] - 261:3,
261:17, 266:9,
266:13, 266:24,
267:6, 267:8,
267:18, 275:6,
275:24, 281:23,
282:20, 284:7,
284:19, 284:22,
285:2, 286:14,
287:3, 291:16,
294:6, 295:18,
296:4, 296:21,
297:6, 298:9,
298:20, 299:5,
299:25, 300:10,
300:22, 302:1,
302:16, 303:9,
303:20, 306:21,
307:20, 308:7
recognized [1] - 424:7
recognizes [2] -
382:13, 423:15
recollection [4] -
358:1, 382:23,
421:21, 422:1
record [34] - 289:20,
292:18, 295:14,
298:5, 301:23,
306:19, 371:19,
378:2, 414:8,
414:13, 422:12,
422:14, 428:14,
428:16, 428:20,
429:3, 429:23,
431:11, 431:18,
432:7, 432:21,
432:24, 433:16,
433:18, 434:11,
434:15, 434:17,
434:20, 434:24,
436:23, 437:3,
438:17, 438:22
recorded [3] - 255:25,
349:25, 434:25
records [5] - 428:6,
428:10, 428:11,
428:12, 429:16
recounting [1] - 357:9
redirect [2] - 379:15,
425:23
reduced [1] - 374:20
referred [1] - 423:19
referring [4] - 297:10,
297:13, 297:15,
437:15
reflecting [1] - 435:4
reflects [2] - 392:16,

392:20
refresh [4] - 358:1,
382:23, 421:21,
421:25
refused [1] - 346:8
regard [5] - 258:15,
258:24, 259:1,
288:15, 288:19
regarding [10] -
257:22, 288:16,
288:23, 308:21,
311:8, 348:3, 396:9,
404:24, 405:10,
418:20
regular [1] - 433:5
rejected [1] - 379:24
relate [4] - 395:20,
412:23, 428:13
related [1] - 317:6
Relatedly [1] - 397:20
relates [1] - 390:19
relationship [6] -
329:12, 343:14,
343:19, 347:13,
347:20, 348:11
relationships [1] -
324:10
remember [83] -
260:20, 262:10,
263:17, 270:21,
275:20, 277:13,
283:13, 283:17,
286:7, 311:19,
314:12, 315:6,
315:7, 315:9, 318:4,
320:24, 320:25,
321:25, 326:25,
334:1, 335:3, 335:4,
335:5, 336:25,
337:17, 337:20,
337:24, 338:5,
339:25, 340:1,
340:3, 340:12,
340:17, 341:2,
342:10, 342:17,
343:4, 345:3, 345:4,
345:6, 345:8,
345:15, 345:16,
345:21, 345:22,
345:24, 345:25,
346:2, 346:4, 346:5,
346:10, 355:24,
356:8, 356:13,
357:19, 357:24,
358:19, 360:7,
366:17, 366:18,
367:4, 367:19,
367:20, 368:14,
368:19, 368:23,
373:14, 383:3,

383:12, 388:22,
390:17, 392:3,
394:10, 394:12,
395:11, 397:23,
406:21, 420:15,
422:1, 422:3, 422:21
remind [3] - 297:20,
425:7, 440:21
reminded [2] - 260:5,
441:3
rent [1] - 420:19
repeat [51] - 262:17,
265:1, 297:14,
301:3, 301:6, 309:6,
311:23, 317:18,
319:16, 321:12,
322:18, 323:14,
325:25, 327:13,
328:24, 330:4,
330:19, 333:23,
334:11, 335:20,
340:25, 341:6,
344:14, 345:7,
346:20, 347:11,
348:9, 348:15,
349:2, 354:8, 355:4,
356:22, 363:19,
365:2, 366:21,
369:14, 370:9,
371:22, 384:13,
385:4, 392:14,
398:8, 399:4,
399:17, 408:4,
409:17, 414:12,
417:2, 417:13,
419:19, 422:9
Repeat [5] - 321:8,
334:21, 372:11,
400:2, 401:21
repetitive [1] - 403:10
rephrase [3] - 272:9,
321:4, 365:12
replay [1] - 293:3
report [4] - 432:1,
432:2, 432:4, 435:13
Reporter [1] - 255:23
REPORTER [1] -
255:23
represent [1] - 362:17
representative [3] -
350:4, 350:11,
353:11
representatives [3] -
349:22, 407:15,
409:11
represented [1] -
370:13
requested [3] -
386:12, 387:23,
422:19

**require** [1] - 386:15
**required** [8] - 371:25, 373:2, 375:3, 377:8, 388:2, 388:6, 432:9, 436:17
**requirement** [2] - 373:12, 384:18
**requires** [1] - 383:18
**residence** [1] - 280:2
**residential** [2] - 271:3, 271:5
**respect** [10] - 257:7, 257:15, 257:20, 258:11, 263:24, 295:7, 321:21, 399:24, 399:25, 400:3
**respond** [1] - 309:15
**responded** [1] - 347:6
**response** [3] - 272:8, 272:13, 344:16
**rest** [2] - 338:2, 426:7
**restitution** [24] - 371:16, 371:20, 372:19, 372:23, 373:2, 374:7, 374:10, 374:12, 374:13, 374:14, 374:19, 375:6, 375:13, 376:20, 376:23, 376:25, 377:12, 377:17, 377:18, 377:21, 377:25, 378:7, 378:22, 380:4
**resume** [1] - 256:24
**return** [1] - 425:3
**review** [6] - 405:7, 415:1, 421:23, 423:12, 423:16, 423:19
**reviewed** [4] - 405:14, 406:7, 418:5, 418:8
**reviewing** [2] - 414:9, 416:14
**rice** [1] - 302:22
**Richmond** [6] - 265:6, 270:11, 270:24, 275:10, 280:11, 285:5
**rise** [5] - 305:5, 305:7, 338:16, 373:23, 424:25
**risk** [1] - 432:19
**risks** [1] - 432:18
**road** [2] - 350:24, 351:4
**role** [2] - 325:9, 369:18
**roles** [1] - 325:1

**rough** [1] - 335:2
**round** [1] - 328:7
**rudimentary** [1] - 432:15
**ruling** [1] - 413:11
**run** [1] - 264:12
**running** [2] - 324:22, 399:6

## S

**Sale** [3] - 263:20, 273:16, 274:2
**Salem** [1] - 276:18
**saving** [1] - 265:21
**savings** [3] - 390:15, 390:22, 406:5
**saw** [7] - 336:4, 398:3, 398:9, 399:3, 399:7, 419:24, 422:18
**scared** [5] - 359:6, 359:8, 359:21, 368:2, 368:3
**scheduling** [2] - 441:3, 441:6
**schemes** [1] - 422:5
**Schwartz** [3] - 375:25, 380:14, 387:7
**screen** [7] - 337:12, 339:18, 342:18, 352:10, 402:18, 414:21, 414:22
**scroll** [13] - 338:1, 391:17, 391:19, 403:14, 403:23, 404:16, 404:21, 405:4, 410:12, 414:23, 416:16, 416:20, 416:22
**scrolling** [2] - 342:20, 406:4
**seal** [3] - 377:19, 378:4, 378:11
**sealed** [1] - 378:13
**seated** [8] - 260:4, 305:9, 326:17, 326:19, 339:4, 370:14, 381:3, 426:25
**Seattle** [6] - 277:18, 279:16, 280:1, 280:5, 280:9, 327:21
**second** [24] - 258:18, 289:14, 293:24, 295:15, 296:18, 298:2, 298:16, 299:2, 300:7, 300:15, 300:18, 301:16, 301:20, 303:5, 303:17,

306:3, 306:8, 337:6, 361:5, 366:5, 366:14, 367:24, 407:24, 414:24
**Second** [1] - 437:24
**seconds** [12] - 291:12, 295:12, 296:16, 297:1, 297:25, 298:14, 298:25, 300:5, 301:14, 302:7, 303:3, 303:15
**section** [5] - 288:13, 377:2, 377:5, 385:20, 424:19
**see** [42] - 261:1, 287:1, 304:25, 305:3, 308:25, 329:9, 331:24, 337:3, 337:9, 337:12, 338:18, 339:18, 342:17, 344:13, 345:19, 346:1, 346:7, 346:8, 352:10, 389:14, 391:2, 391:22, 392:8, 392:13, 393:1, 394:5, 394:6, 403:19, 403:24, 404:20, 410:8, 410:9, 410:11, 410:14, 412:9, 415:3, 415:4, 416:20, 417:1, 423:18, 423:24, 436:4
**see..** [1] - 411:3
**seeing** [2] - 376:13, 410:8
**seeking** [2] - 257:11, 431:6
**SEELIG** [1] - 255:21
**seem** [1] - 379:15
**segment** [1] - 304:10
**sell** [1] - 312:7
**selling** [6] - 322:2, 322:6, 322:8, 322:15, 322:20
**send** [6] - 331:6, 343:21, 344:9, 430:1, 431:15, 432:9
**sends** [1] - 432:21
**SENIOR** [1] - 255:11
**sense** [1] - 400:16
**sent** [23] - 336:9, 336:19, 336:21, 337:15, 337:17, 341:11, 341:18, 341:20, 343:24, 344:4, 344:8, 344:12, 344:17,

344:19, 349:3, 354:21, 358:18, 397:19, 431:12, 439:15
**sentence** [12] - 258:18, 321:13, 341:7, 367:8, 369:1, 370:22, 372:4, 372:9, 372:17, 380:2, 385:24, 386:22
**sentencing** [2] - 369:25, 371:5
**separate** [5] - 257:21, 258:15, 259:1, 288:18, 421:11
**separated** [6] - 332:10, 332:20, 332:22, 332:25, 333:15, 333:25
**separation** [1] - 335:6
**September** [9] - 337:23, 345:3, 345:5, 345:9, 345:11, 345:12, 345:18, 359:15, 365:22
**series** [1] - 374:4
**ses** [1] - 426:6
**session** [1] - 256:3
**sessions** [1] - 412:16
**set** [6] - 314:6, 316:23, 317:14, 377:14, 408:2, 409:1
**set-up** [2] - 408:2, 409:1
**several** [10] - 307:7, 309:22, 315:14, 327:11, 327:15, 337:22, 344:22, 345:1, 397:25, 423:4
**shall** [3] - 385:7, 385:24, 386:6
**Shen** [7] - 256:10, 326:17, 326:20, 407:12, 408:13, 409:9
**ship** [3] - 322:5, 325:9, 433:14
**shipment** [3] - 432:16, 432:22, 432:23
**shipments** [3] - 431:16, 432:21, 435:19
**shipped** [4] - 288:7, 431:18, 436:11, 437:5
**shipper** [6] - 435:7, 435:9, 435:15, 437:7, 437:8, 437:15

**shipping** [6] - 262:13, 325:15, 429:4, 429:13, 432:10, 435:18
**short** [3] - 373:17, 426:5, 440:25
**shorter** [2] - 425:24, 426:2
**shortly** [1] - 360:11
**show** [10] - 260:22, 261:15, 337:2, 342:13, 358:1, 382:22, 391:17, 421:20, 422:22, 422:24
**showing** [3] - 337:9, 338:3, 428:12
**shown** [3] - 352:7, 382:25, 410:4
**shows** [2] - 431:18, 435:16
**Sidebar** [3] - 361:7, 362:24, 414:1
**sidebar** [2] - 362:1, 412:1
**sides** [1] - 426:19
**sign** [9] - 353:8, 362:6, 364:5, 375:16, 376:8, 379:7, 381:22, 382:17, 412:2
**signature** [14] - 266:24, 267:1, 267:2, 267:18, 267:19, 284:22, 284:23, 386:19, 387:9, 387:12, 395:13, 410:14, 415:3, 415:10
**signatures** [2] - 387:12, 413:4
**signed** [25] - 364:7, 366:11, 367:7, 370:6, 376:8, 379:3, 379:20, 381:6, 384:15, 386:25, 387:3, 387:6, 407:18, 407:23, 408:19, 409:14, 409:18, 414:9, 414:14, 417:7, 417:9, 417:14, 429:10
**signing** [1] - 369:5
**Sikh** [2] - 271:2, 359:18
**similar** [4] - 309:21, 343:25, 407:23, 408:5
**simply** [5] - 372:16,

431:2, 431:11, 431:17, 436:17
**SINGH** [4] - 255:7, 260:9, 427:20, 442:3
**singh** [1] - 395:4
**Singh** [132] - 255:21, 256:18, 256:20, 257:9, 260:19, 261:6, 263:15, 264:11, 264:13, 264:15, 264:24, 268:1, 268:3, 268:15, 268:17, 268:22, 269:11, 269:13, 271:14, 272:22, 272:23, 272:24, 273:6, 273:7, 273:10, 273:19, 274:5, 274:10, 275:2, 276:15, 276:17, 276:20, 277:7, 278:1, 278:5, 278:9, 278:13, 279:2, 279:4, 279:7, 279:10, 279:13, 279:20, 279:21, 279:22, 280:7, 281:3, 281:9, 282:8, 283:6, 283:11, 285:19, 285:21, 287:16, 287:18, 288:7, 288:18, 292:9, 292:12, 293:1, 293:10, 295:5, 295:21, 296:7, 296:8, 296:13, 296:24, 297:9, 298:12, 298:23, 299:8, 301:1, 301:4, 301:7, 302:4, 302:24, 309:5, 309:8, 309:15, 310:9, 310:25, 358:19, 363:2, 381:5, 388:14, 389:14, 390:12, 391:22, 395:24, 396:11, 397:2, 397:3, 397:11, 397:25, 398:3, 398:24, 399:12, 399:23, 400:4, 400:19, 401:7, 402:9, 405:7, 405:9, 405:16, 405:22, 406:2, 407:15, 409:11, 410:6, 414:9, 414:13, 414:21, 414:25, 416:13,

418:24, 422:16, 422:19, 423:8, 423:9, 423:12, 423:23, 424:14, 426:24, 427:19, 431:13, 431:15, 431:23, 435:16, 437:4
**Singh's** [33] - 257:15, 257:24, 259:3, 277:21, 280:4, 281:1, 288:22, 292:7, 294:21, 297:17, 297:21, 300:3, 300:13, 300:25, 302:19, 303:12, 303:23, 312:11, 356:21, 357:2, 389:3, 389:5, 390:21, 391:9, 393:14, 393:17, 393:22, 393:23, 393:24, 396:25, 398:22, 418:12, 437:3
**Singh-18** [1] - 358:7
**sit** [1] - 427:7
**sitting** [5] - 293:15, 293:16, 301:11, 384:8, 407:12
**situation** [5] - 310:11, 311:10, 312:5, 312:23, 321:21
**six** [7] - 299:14, 299:19, 302:11, 323:19, 385:22, 418:15, 419:21
**skip** [3] - 301:19, 302:9, 306:8
**slightly** [1] - 424:19
**small** [1] - 440:16
**smoothly** [2] - 314:20, 324:22
**so-called** [3] - 428:16, 428:21, 432:12
**sold** [3] - 278:5, 322:13, 322:16
**someone** [4] - 427:11, 433:13, 433:14, 438:5
**sometime** [3] - 328:3, 333:19, 400:25
**Sometime** [1] - 400:25
**Sometimes** [3] - 263:9, 274:1, 285:15
**sometimes** [12] - 263:9, 285:16, 296:8, 296:11, 325:12, 328:16, 328:19, 334:24,

335:10, 335:12, 378:1, 401:1
**somewhere** [1] - 372:9
**Somewhere** [1] - 377:8
**son** [2] - 329:19, 329:21
**song** [1] - 413:2
**soon** [2] - 259:24, 316:3
**sorry** [24] - 271:24, 274:23, 316:6, 320:23, 321:11, 323:7, 325:24, 333:5, 334:9, 335:22, 336:23, 341:14, 342:7, 349:21, 350:3, 365:16, 371:11, 378:12, 378:18, 382:17, 417:11, 437:10, 440:6, 441:6
**Sorry** [4] - 276:19, 332:16, 366:21, 436:5
**sort** [4] - 279:5, 304:14, 358:18, 425:16
**sounds** [1] - 376:8
**soup** [1] - 302:21
**South** [1] - 275:10
**span** [1] - 328:9
**speaking** [6] - 291:20, 294:8, 294:10, 295:5, 325:7, 400:19
**Special** [1] - 256:10
**specific** [1] - 437:10
**specifically** [1] - 355:20
**spell** [1] - 330:23
**spending** [1] - 333:5
**spent** [3] - 307:8, 307:10, 329:3
**split** [1] - 334:2
**spoon** [1] - 302:21
**spores** [1] - 349:7
**spreadsheet** [5] - 429:17, 429:25, 435:2, 435:3, 435:6
**stand** [3] - 256:24, 323:22, 426:13
**standard** [1] - 377:14
**standing** [3] - 256:20, 301:11, 400:23
**start** [13] - 272:15, 291:10, 293:24, 299:10, 301:14, 301:21, 302:6, 306:3, 306:13,

348:11, 388:16, 403:16, 403:19
**started** [12] - 311:13, 316:18, 321:14, 322:14, 324:21, 333:12, 333:21, 334:7, 334:10, 334:12, 364:12, 400:13
**starting** [3] - 262:21, 299:18, 299:19
**Starting** [1] - 314:25
**state** [2] - 324:5, 350:20
**State** [2] - 323:8, 328:13
**statement** [19] - 275:7, 275:24, 286:17, 286:20, 364:21, 364:24, 364:25, 365:4, 390:25, 391:19, 403:15, 403:17, 403:19, 404:17, 404:19, 416:23, 417:3, 438:15, 440:7
**statements** [8] - 268:4, 274:6, 274:20, 274:24, 277:2, 277:4, 423:4, 431:5
**STATES** [3] - 255:1, 255:3, 255:11
**states** [3] - 384:15, 384:22, 385:2
**States** [5] - 255:5, 255:17, 256:2, 256:5, 256:8
**stating** [1] - 378:6
**statute** [2] - 378:21, 378:22
**stay** [2] - 334:2, 335:21
**stayed** [2] - 271:8, 280:1
**stenography** [1] - 255:25
**step** [4] - 259:16, 373:25, 374:2, 425:2
**steps** [1] - 425:5
**still** [12] - 260:6, 301:20, 334:5, 347:10, 348:13, 348:16, 425:6, 426:9, 436:23, 439:10, 439:20
**stipulated** [1] - 428:13
**stipulation** [2] - 265:23, 436:18
**stood** [2] - 280:25,

438:24
**stop** [2] - 298:5, 310:2
**stopped** [6] - 310:12, 310:14, 310:17, 311:13, 347:10, 368:2
**stopping** [1] - 424:20
**store** [15] - 262:10, 273:3, 273:17, 287:7, 287:8, 287:9, 323:4, 324:10, 324:13, 324:16, 325:7, 327:2, 349:10, 349:14
**stores** [5] - 323:2, 323:8, 324:5, 328:16, 349:13
**Stream** [2] - 345:10, 345:11
**stricken** [1] - 422:12
**strike** [2] - 272:12, 422:14
**stuck** [1] - 292:1
**stuff** [2] - 435:12, 439:15
**submission** [1] - 369:18
**submit** [1] - 433:12
**subpart** [1] - 403:1
**substance** [1] - 417:19
**substantial** [1] - 369:17
**succeeded** [1] - 354:19
**suffice** [1] - 426:19
**suggest** [1] - 436:25
**summary** [2] - 426:18, 427:23
**SUNDARAM** [94] - 255:19, 256:14, 256:17, 259:10, 271:15, 271:18, 271:22, 272:3, 272:7, 272:12, 304:14, 305:1, 308:12, 312:13, 312:19, 314:3, 323:16, 326:1, 330:10, 331:22, 332:16, 335:22, 336:1, 336:11, 336:24, 337:1, 338:1, 338:8, 338:12, 339:7, 339:8, 339:12, 339:16, 339:20, 341:14, 341:17, 342:13, 342:16, 342:19, 342:23,

343:16, 343:20,
344:7, 346:20,
346:23, 352:6,
352:9, 356:11,
357:25, 358:4,
358:7, 358:9,
358:15, 358:17,
361:4, 362:3,
362:12, 362:15,
362:19, 362:23,
363:1, 367:16,
373:15, 373:19,
374:21, 375:1,
375:11, 375:14,
375:18, 376:5,
376:14, 376:17,
376:25, 377:24,
378:14, 378:17,
380:13, 380:20,
381:4, 382:16,
382:21, 383:1,
383:6, 383:15,
385:9, 385:13,
385:15, 385:18,
386:20, 388:10,
426:17, 438:16,
440:3, 442:4
**Sundaram** [10] -
256:14, 304:12,
314:1, 374:4,
406:20, 407:4,
412:12, 412:20,
426:15, 436:9
**supervising** [1] -
387:13
**support** [1] - 335:2
**supports** [1] - 436:23
**supposed** [1] - 271:20
**surprised** [3] - 269:17,
269:19, 434:11
**sustain** [3] - 312:14,
312:20, 382:15
**switch** [1] - 402:4
**sworn** [1] - 260:11

**T**

**table** [5] - 256:8,
256:21, 326:17,
379:12, 407:12
**Tacoma** [1] - 287:10
**tag** [1] - 382:24
**taint** [1] - 432:19
**talks** [1] - 335:8
**tapes** [1] - 290:11
**tasks** [1] - 296:14
**TD** [8] - 353:16,
353:18, 399:3,
399:24, 402:6,
404:13, 423:16,

424:8
**TDBank** [13] - 264:20,
265:6, 277:20,
280:3, 280:7,
280:11, 280:19,
317:9, 317:21,
318:9, 399:7,
399:15, 399:18
**technical** [1] - 337:7
**telephone** [9] - 289:7,
299:25, 300:10,
300:22, 302:1,
303:9, 304:8,
306:21, 400:18
**temple** [2] - 271:2,
359:18
**temporary** [1] - 429:11
**ten** [6] - 301:14, 304:3,
304:10, 323:12,
323:18, 373:22
**Ten** [1] - 373:19
**ten-minute** [1] -
373:22
**term** [1] - 329:24
**terms** [5] - 325:7,
362:4, 377:15,
385:5, 387:3
**test** [6] - 350:24,
351:4, 351:7,
351:10, 351:12,
351:24
**testified** [48] - 260:11,
314:13, 317:8,
318:15, 319:20,
321:3, 321:20,
323:20, 335:24,
350:7, 353:14,
353:15, 353:24,
354:3, 354:6, 354:9,
354:12, 354:23,
355:9, 358:18,
359:25, 365:8,
365:21, 368:21,
381:5, 384:18,
388:19, 388:24,
390:16, 390:20,
391:6, 393:20,
393:21, 397:20,
397:23, 402:5,
404:14, 406:15,
406:17, 406:24,
417:25, 418:4,
419:6, 419:11,
419:15, 419:25,
422:4, 431:14
**testifies** [1] - 439:24
**testify** [13] - 384:19,
386:11, 386:16,
387:22, 388:2,
388:4, 388:6,

426:23, 427:2,
427:6, 427:12,
434:23
**testifying** [3] - 428:7,
428:11, 439:20
**testimony** [45] -
257:20, 257:22,
258:6, 258:24,
272:3, 288:16,
335:23, 363:4,
363:17, 363:22,
388:16, 388:19,
388:22, 390:19,
391:7, 391:12,
395:8, 395:21,
396:16, 396:21,
397:2, 397:3,
397:14, 398:19,
404:2, 405:11,
405:16, 406:1,
406:6, 406:12,
406:16, 406:21,
406:23, 419:25,
426:18, 429:10,
431:13, 432:3,
432:11, 432:13,
437:3, 437:6,
438:18, 438:22,
438:23
**text** [3] - 331:6,
348:25, 349:3
**texted** [1] - 346:25
**texting** [1] - 338:5
**themselves** [2] -
290:12, 426:22
**they've** [1] - 330:14
**thinking** [2] - 434:3,
437:24
**third** [8] - 340:20,
344:5, 408:23,
423:12, 423:15,
424:5, 424:7, 434:12
**thousands** [1] -
315:14
**threat** [17] - 358:19,
358:25, 359:11,
359:14, 359:21,
360:5, 360:9,
360:11, 365:18,
365:22, 366:2,
366:16, 366:20,
366:23, 367:1,
367:25, 368:13
**three** [8] - 299:10,
299:18, 324:13,
328:4, 337:16,
358:12, 387:19,
413:3
**three-minute** [2] -
299:10, 299:18

**tick** [1] - 351:12
**to..** [1] - 321:21
**today** [17] - 291:21,
319:20, 326:12,
346:15, 346:25,
350:5, 353:18,
354:23, 359:10,
388:24, 389:21,
390:20, 391:7,
397:3, 403:2,
406:15, 431:14
**Today** [4] - 263:20,
273:16, 274:2,
326:13
**toe** [1] - 352:15
**together** [12] - 256:15,
308:20, 316:9,
327:19, 329:4,
329:19, 331:25,
333:13, 334:16,
421:24, 423:12,
423:16
**tomorrow** [6] -
424:23, 426:4,
426:6, 426:7, 426:9,
439:23
**tone** [3] - 310:1,
310:5, 311:13
**took** [15] - 277:18,
280:1, 293:11,
317:5, 345:2, 351:4,
351:10, 362:1,
397:4, 405:17,
405:22, 406:2,
408:10, 437:4,
438:23
**top** [13] - 266:11,
267:10, 274:19,
275:1, 276:25,
277:6, 281:21,
282:18, 284:5,
285:1, 286:13,
286:18, 424:3
**topic** [4] - 358:16,
380:10, 406:14,
424:19
**topics** [2] - 338:13,
402:4
**total** [1] - 419:7
**totaling** [1] - 421:11
**touch** [2] - 334:2,
425:7
**towards** [1] - 388:16
**Trading** [15] - 263:20,
273:15, 274:1,
282:1, 282:23,
393:15, 394:1,
394:5, 395:18,
395:24, 396:4,
396:9, 396:10,

396:14, 397:18
**transacted** [1] -
396:11
**transaction** [15] -
354:16, 354:21,
355:2, 357:14,
359:4, 365:14,
395:7, 395:10,
395:11, 395:12,
395:14, 402:10,
404:5, 406:6, 406:16
**transactions** [11] -
287:12, 325:19,
393:2, 395:20,
405:11, 405:13,
405:21, 406:1,
406:7, 406:8, 428:12
**transcript** [6] - 255:25,
290:5, 290:20,
306:9, 355:25, 439:1
**TRANSCRIPT** [1] -
255:10
**Transcription** [1] -
255:25
**transcripts** [4] - 289:8,
290:4, 290:10,
290:15
**transfer** [1] - 277:13,
277:17, 278:6,
278:24, 279:8,
279:11, 279:18,
279:25, 281:3,
291:4, 353:15,
354:19, 357:21,
357:22, 388:19,
389:5, 391:6,
393:13, 395:18,
397:16, 403:24,
404:22, 405:1,
418:5, 418:9, 418:17
**transferred** [18] -
277:21, 278:17,
280:4, 280:16,
292:6, 294:21,
297:16, 297:21,
358:14, 389:1,
391:9, 393:12,
393:17, 393:21,
394:8, 396:24,
397:7, 418:24
**transferring** [1] -
281:7
**transfers** [1] - 405:17
**translate** [3] - 321:12,
321:13, 424:9
**Translate** [1] - 397:5
**translated** [7] -
289:25, 290:14,
343:18, 351:3,
351:20, 387:9, 422:9

**translation** [2] - 290:6, 422:8
**translations..** [1] - 290:4
**translator** [2] - 408:15, 408:17
**transmitted** [1] - 436:2
**trapped** [1] - 312:5
**TRIAL** [1] - 255:10
**trial** [13] - 256:5, 256:9, 355:25, 362:19, 363:4, 374:16, 379:6, 379:7, 386:16, 388:2, 388:6, 427:11, 434:10
**trick** [1] - 426:16
**tried** [3] - 310:6, 311:16, 354:18
**triple** [1] - 438:13
**triple-hearsay** [1] - 438:13
**trouble** [1] - 312:6
**truck** [16] - 328:4, 350:17, 420:12, 420:14, 420:16, 420:19, 420:21, 420:24, 421:2, 421:4, 421:8, 422:2, 422:5, 422:19, 424:16
**true** [18] - 258:17, 292:3, 294:25, 319:25, 320:15, 326:5, 326:22, 335:23, 341:4, 345:18, 346:24, 369:15, 383:6, 383:16, 402:9, 418:23, 432:10, 438:22
**trusted** [2] - 269:1, 401:8
**truth** [6] - 360:16, 360:17, 386:14, 412:8, 418:3
**truthful** [17] - 353:9, 364:17, 366:12, 368:7, 368:9, 368:12, 383:24, 384:12, 384:16, 384:23, 385:3, 388:3, 406:24, 407:19, 417:23, 418:3
**truthfully** [1] - 384:19
**truthfulness** [2] - 385:7, 386:6
**try** [4] - 330:25, 352:5, 363:2, 378:20

**trying** [2] - 348:7, 348:10
**Tuesday** [1] - 255:6
**turn** [3] - 346:11, 376:18, 406:14
**turned** [6] - 289:11, 362:18, 376:16, 378:25, 382:7, 382:11
**turns** [1] - 428:15
**twelve** [1] - 323:12
**twenty** [1] - 370:22
**twice** [3] - 285:13, 307:11, 310:10
**two** [35] - 267:20, 267:21, 267:23, 267:25, 283:11, 283:19, 291:12, 302:6, 304:18, 304:19, 306:12, 308:10, 323:25, 324:13, 328:4, 338:15, 338:18, 358:11, 367:6, 367:10, 376:8, 380:8, 392:23, 393:2, 393:10, 398:22, 405:12, 413:2, 416:23, 418:25, 419:6, 419:11, 419:24, 421:11, 437:1
**type** [1] - 330:21

**U**

**U.S** [13] - 255:13, 256:9, 322:5, 322:12, 323:5, 327:23, 352:22, 356:4, 387:13, 408:10, 409:5, 435:14, 437:14
**ultimate** [1] - 379:3
**uncle** [1] - 329:24
**uncontested** [1] - 436:12
**under** [27] - 260:6, 356:2, 372:3, 372:7, 372:19, 373:8, 375:4, 375:5, 377:18, 378:4, 378:11, 378:13, 382:18, 383:7, 383:10, 383:21, 384:10, 384:14, 384:22, 385:5, 385:20, 386:4, 386:10, 387:6, 388:1, 435:25,

436:16
**Under** [2] - 372:12, 375:4
**understood** [10] - 323:17, 332:6, 333:19, 350:10, 350:14, 364:14, 370:25, 385:21, 387:17, 433:23
**UNITED** [3] - 255:1, 255:3, 255:11
**United** [5] - 255:5, 255:17, 256:2, 256:5, 256:8
**unless** [3] - 312:14, 374:9, 439:12
**unrelated** [1] - 330:6
**up** [48] - 280:1, 280:10, 281:6, 287:23, 287:25, 295:22, 308:14, 310:7, 313:1, 314:6, 316:23, 317:13, 317:14, 324:17, 334:2, 336:11, 336:17, 339:8, 339:17, 342:20, 372:4, 376:12, 379:25, 380:7, 380:16, 385:10, 385:14, 385:23, 389:11, 391:14, 392:4, 394:18, 394:21, 394:25, 403:6, 403:14, 408:2, 409:1, 409:21, 412:4, 414:19, 414:21, 416:16, 416:17, 416:21, 428:9, 438:6, 439:6
**update** [1] - 358:14
**UPS** [2] - 276:8, 435:11
**upset** [5] - 310:12, 311:1, 347:7, 347:9, 347:10

**V**

**Valley** [2] - 345:10, 345:11
**various** [4] - 325:1, 348:13, 348:19, 352:15
**vehicle** [1] - 309:1
**via** [1] - 338:5
**view** [2] - 257:19, 427:15
**visa** [1] - 369:2

**Visa** [2] - 381:12, 382:7
**voice** [36] - 291:16, 291:18, 292:21, 292:22, 292:25, 293:9, 294:6, 295:18, 295:20, 296:4, 296:6, 296:23, 297:6, 297:8, 298:9, 298:11, 298:20, 298:22, 299:5, 299:7, 299:25, 300:2, 300:10, 300:12, 300:22, 300:24, 302:1, 302:3, 302:16, 302:18, 303:9, 303:11, 303:20, 303:22, 306:21, 306:23
**voices** [2] - 292:23, 296:21
**voluntarily** [1] - 387:4

**W**

**Wait** [1] - 440:4
**wait** [5] - 355:7, 423:14, 439:5, 440:4, 440:25
**waited** [3] - 354:12, 354:24, 355:6
**waiting** [2] - 286:6, 291:25
**wallet** [2] - 273:8, 273:14
**wants** [2] - 389:18, 433:11
**war** [1] - 332:12
**warm** [2] - 343:13, 343:18
**warned** [3] - 407:18, 408:20, 412:16
**warning** [2] - 409:14, 417:8
**Washington** [9] - 277:18, 279:16, 287:10, 323:9, 324:5, 324:6, 328:14, 328:15, 332:25
**waste** [1] - 439:6
**ways** [1] - 331:9
**Wednesday** [1] - 441:9
**week** [1] - 408:23
**weeks** [5] - 324:13, 418:15, 418:25, 419:21, 440:2

**west** [1] - 333:6
**WhatsApp** [26] - 330:17, 330:20, 330:25, 331:9, 331:11, 331:13, 331:16, 331:20, 337:15, 337:22, 338:6, 338:9, 338:10, 341:25, 342:4, 342:9, 343:9, 343:13, 344:20, 346:11, 346:14, 346:25, 348:13, 348:16, 348:19, 348:22
**whereby** [1] - 375:19
**white** [1] - 412:17
**who-knows** [1] - 429:10
**whole** [1] - 280:16
**Wholesale** [62] - 263:21, 264:5, 264:6, 264:8, 264:17, 266:14, 267:9, 267:21, 269:2, 269:5, 269:8, 270:7, 271:13, 272:17, 273:2, 273:16, 274:1, 274:7, 275:2, 275:10, 277:7, 277:20, 278:7, 278:10, 279:7, 279:12, 281:3, 283:16, 283:20, 284:10, 294:16, 294:19, 314:7, 315:15, 316:1, 316:24, 317:9, 318:16, 319:1, 319:12, 319:17, 353:15, 356:19, 356:25, 389:15, 390:15, 392:2, 392:13, 392:15, 395:22, 396:24, 397:9, 397:16, 397:21, 397:24, 399:3, 399:7, 402:6, 402:10, 404:13, 405:12, 406:5
**Wholesale's** [3] - 277:24, 399:10, 399:13
**wife** [2] - 291:19, 294:9
**wife's** [1] - 292:22
**wire** [7] - 288:7, 288:9, 292:13, 292:14, 293:20, 357:21,

357:22
**Wireless** [3] - 263:20, 273:15, 274:1
**withdraw** [2] - 427:24, 439:2
**withdrawal** [8] - 391:2, 392:1, 392:13, 392:17, 392:24, 393:6, 395:5, 403:12
**withdrawn** [1] - 353:13
**withdrew** [1] - 283:15
**Witness** [1] - 425:5
**WITNESS** [7] - 270:21, 270:24, 271:2, 383:14, 393:14, 394:12, 442:2
**witness** [53] - 256:24, 257:1, 260:10, 260:23, 261:15, 288:17, 304:7, 304:15, 304:21, 337:1, 342:13, 342:15, 342:20, 352:6, 352:7, 352:8, 358:1, 358:5, 358:8, 373:25, 380:11, 382:22, 385:19, 409:22, 410:4, 410:5, 410:8, 414:18, 414:19, 421:21, 425:2, 425:6, 425:13, 425:23, 426:3, 426:5, 426:8, 426:11, 426:18, 427:22, 427:23, 428:3, 428:11, 432:3, 432:4, 433:1, 433:12, 434:3, 434:16, 434:19, 439:19, 440:19, 441:4
**witness'** [1] - 440:22
**witnesses** [5] - 425:24, 426:2, 426:4, 426:12, 426:16
**wondering** [1] - 424:20
**word** [3] - 293:1, 293:2, 330:22
**worded** [1] - 378:10
**words** [3] - 258:1, 288:21, 288:25
**workers** [1] - 325:3
**worry** [8] - 264:15, 279:22, 279:23, 288:8, 309:16,

309:17, 311:1, 311:9
**WOZENCROFT** [2] - 255:20, 337:6
**Wozencroft** [2] - 256:15, 436:9
**wrap** [1] - 380:16
**write** [3] - 348:22, 378:22, 427:11
**written** [8] - 342:20, 348:20, 351:7, 351:10, 351:12, 351:19, 351:24, 352:18
**wrote** [3] - 344:12, 344:17, 348:19

## Y

**YAWAY** [1] - 330:23
**year** [8] - 320:12, 328:7, 328:10, 340:9, 340:24, 344:6, 355:3, 366:14
**year-round** [1] - 328:7
**years** [28] - 314:13, 314:17, 314:20, 314:23, 323:12, 323:18, 323:19, 324:21, 327:12, 327:15, 328:1, 328:3, 328:11, 328:13, 330:2, 330:5, 330:12, 330:15, 332:9, 370:22, 370:23, 372:4, 372:5, 397:25, 398:22, 401:15, 427:10
**Yesterday** [1] - 368:18
**yesterday** [21] - 260:18, 262:8, 263:16, 265:24, 290:1, 355:9, 356:2, 356:8, 357:10, 358:18, 359:3, 365:8, 381:5, 381:15, 383:24, 388:17, 406:23, 417:25, 419:6, 419:11
**YORK** [3] - 255:1, 255:14, 255:18
**York** [23] - 255:5, 255:15, 255:19, 255:22, 256:3, 256:15, 265:6, 275:11, 277:19, 280:1, 280:5, 280:11, 285:5, 332:23, 333:1,

333:4, 333:7, 333:9, 345:2, 345:12, 386:12, 387:23
**yourself** [2] - 354:14, 354:16
**yous** [1] - 338:19

## Z

**zero** [1] - 370:22
**zoom** [22] - 266:11, 266:15, 266:19, 267:10, 267:14, 274:18, 275:3, 275:4, 275:22, 276:25, 281:21, 282:18, 284:5, 284:17, 284:18, 284:24, 284:25, 286:13, 286:18, 286:24